UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20710 CR-ALTONAGA /GOODMAN

IN RE SEALED INDICTMENT
_____/

## MOTION TO SEAL

NOW COMES the United States of America, by and through its undersigned Assistant United States Attorney, and respectfully requests that the indictment, arrest warrant, and any resulting order be SEALED until the arrest of the defendant or until further order of this court, excepting the United States Attorney's Office and any relevant law enforcement agency, which may obtain copies of any indictment, arrest warrant, or other sealed document for purposes of arrest, extradition, or any other necessary cause, for the reasons that some of the named defendants may flee and the integrity of the ongoing investigation may be compromised should knowledge of this indictment become public. ~~Further, due to the number of persons to be arrested and the belief that at least one of them may and armed and dangerous, it is important that the defendants not receive any notice of the indictment.~~ KJL The United States is prepared to provide further information *in camera* should the Court so require.

Respectfully submitted,

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

By: _____
KEVIN J. LARSEN
Assistant United States Attorney
Court ID: A5501050
United States Attorney's Office
99 NE 4th Street, 4th Floor
Miami, FL 33132
Tel.: 305.961.9356
Email: kevin.larsen@usdoj.gov