FILED by _____ D.C.
AUG 3 0 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S. D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20710
CR-ALTONAGA /GOODMAN

IN RE SEALED INDICTMENT
_____/

## SEALED ORDER

The United States of America, having applied to this Court for an Order sealing the indictment, arrest warrant, and this order, and the Court finding good cause:

IT IS HEREBY ORDERED that the indictment, arrest warrants, and this order shall be filed under seal until the arrest of the defendant or until further order of this Court, however, the United States Attorney's Office and any relevant law enforcement agency may obtain copies of any indictment, arrest warrant, or other sealed document for purposes of arrest, extradition, or any other necessary cause.

DONE AND ORDERED in chambers at Miami, Florida, this 30 day of August, 2030.

_____
HONORABLE EDWIN G. TORRES
UNITED STATES MAGISTRATE JUDGE

cc: AUSA Kevin J. Larsen