**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 18-20710-CR-ALTONAGA**

**UNITED STATES OF AMERICA**,

      Plaintiff,

vs.

**SENTHIL RAMAMURTHY**,

      Defendant.

_____/

**SEALED NOTICE PLACING DEFENDANT IN FUGITIVE STATUS**

It appearing that the above-named Defendant is a fugitive from justice, the Clerk is directed to remove this case from the Court's Pending Case List and place this case on the Clerk's Fugitive Case List.

DATED:     September 20, 2018

                                          STEVEN LARIMORE, CLERK OF COURT

                                          By:     /s/   Patricia Snead
                                                      Deputy Clerk