UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 18-20710-CR-ALTONAGA (SEALED)

UNITED STATES OF AMERICA,

    Plaintiff,

V.

SENTHIL RAMAMURTHY,

    Defendant(s).
_____/

## ORDER

**THIS CAUSE** came before the Court and pursuant to proceedings it is thereupon, PURSUANT TO THE ARREST OF THE ABOVE NAMED DEFENDANT, THIS CASE IS HEREBY UNSEALED.

**DONE AND ORDERED** at Miami, Florida this 20th day of September, 2018.

LAUREN F. LOUIS
**UNITED STATES MAGISTRATE JUDGE**