# MINUTE ORDER

Page 4

## Magistrate Judge Lauren F. Louis

Atkins Building Courthouse - 11th Floor      Date: 9/20/2018   Time: 1:30 p.m.

Defendant: SENTHIL RAMAMURTHY      J#: 61799-479      Case #: 18-20710-CR-ALTONAGA (SEALED)

AUSA: Kevin Larsen      Attorney: Gregg Bernstein (Pro Hac Vice pending)

Violation: CONP. TO COMMIT HEALTH CARE FRAUD AND WIRE FRAUD      Surr/Arrest Date:      YOB:

Proceeding: Initial Appearance/Arraignment      CJA Appt:

Bond/PTD Held: ☐ Yes  ☐ No      Recommended Bond:

Bond Set at:            Co-signed by:

- [x] Surrender and/or do not obtain passports/travel docs
- [x] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [x] Random urine testing by Pretrial Services
  Treatment as deemed necessary
- [x] Refrain from excessive use of alcohol
- [x] Participate in outpatient substance abuse therapy & treatment
- [ ] Maintain or seek full-time employment/education
- [x] No contact with victims/witnesses, except through counsel
- [x] No firearms
- [x] Not to encumber property
- [ ] May not visit transportation establishments
- [x] Home Confinement/GPS Monitoring and/or Curfew ___ pm to ___ am, paid by Defendant
- [x] Allowances: Medical needs, court appearances, attorney visits, religious
- [x] Travel extended to: S/D OF FL, M/D OF FL, S/D OF TEXAS & DISTRICT OF MD
- [x] Other: No employment in the Health Care Field

Language: English

Disposition:
Defendant advised of rights and charges

Indictment Unsealed

Counsel has filed his motion to appear Pro Hac Vice

Govt recommends the same bond that was given to the Defendant in Texas (new bond paperwork executed); $250K w/10% & $250K PSB cosigned by his parents; bond to be posted w/in 7 days (no hrg. held);

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:      Time:      Judge:      Place:

Report RE Counsel:
PTD/Bond Hearing:
Arraignment: 9/27/18  @10:00 a.m.   Duty/Miami
Status Conference RE:
D.A.R. 14:16:21/14:20:24      Time in Court: 10 mins

s/Lauren F. Louis      Magistrate Judge