UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-20710-CR- ALONAGA/GOODMAN

UNITED STATES OF AMERICA,

    Plaintiff,

SENTHIL RAMAMURTHY,

    Defenant.

_____/

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Jack E. Fernandez, from the law firm of Zuckerman Spaeder LLP, 101 E. Kennedy Blvd., Suite 1200, Tampa, FL 33602 represents Defendant Senthil Ramamurthy in the above-referenced case. This appearance is limited to trial of this matter and Defendant respectfully requests that all pleadings, notices, correspondence and any other documents related to this case be sent Mr. Fernandez.

Dated: September 24, 2018    Respectfully submitted,

    /s/ Jack E. Fernandez
    Jack E Fernandez
    Fla. Bar No. 843751
    Zuckerman Spaeder LLP
    101 E. Kennedy Blvd., Suite 1200
    Tampa, FL 33602
    Tel: (813) 221-1010
    Fax: (813) 223-7961
    jfernandez@zuckerman.com
    Attorneys for Defendant Senthil Ramamurthy

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY on this 24th day of September, 2018 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. The Clerk of Court will serve a notice of electronic filing on all counsel of record.

/s/ Jack E. Fernandez

6540084.1