UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20710-CR-ALTONAGA/GOODMAN

UNITED STATES OF AMERICAN,

v.

SENTHIL RAMAMURTHY,

    Defendant.

_____/

**ORDER GRANTING**
**UNOPPOSED MOTION TO WAIVE APPEARANCE AT ARRAIGNMENT**

THIS CAUSE having come before the Court on Defendant Senthil Ramamurthy's Unopposed Motion to Waive Appearance At Arraignment (the "Motion"), this Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED and the Defendant Senthil Ramamurthy is excused from attendance at his arraignment.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of September, 2018.

                                            _____
                                            UNITED STATES MAGISTRATE JUDGE