UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20710-CR-ALTONAGA/GOODMAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SENTHIL RAMAMURTHY,

    Defendant.

_____/

## MOTION TO APPEAR PRO HAC VICE, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of GREGG BERNSTEIN of the law firm of Zuckerman Spaeder LLP, 100 E. Pratt Street, Suite 2440, Baltimore, MD 21202-1031, for purposes of appearance as co-counsel on behalf of Defendant Senthil Ramamurthy in the above-styled case only. Undersigned also moves pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Mr. Bernstein, to receive electronic filings in this case, and in support thereof states as follows:

    1.    Mr. Bernstein is not admitted to practice in the Southern District of Florida. He is a member in good standing of the United States District Court for the District of Columbia, and the United States District Court for the District of Maryland.

    2.    Movant, Jack Fernandez, Esquire, of the law firm of Zuckerman Spaeder LLP, 101 E. Kennedy Blvd., Suite 1200, Tampa, FL 33602, is a member in good standing of the

Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Mr. Bernstein has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Mr. Bernstein by and through undersigned designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Mr. Bernstein at email address: *gbernstein@zuckerman.com.*

WHEREFORE, Jack Fernandez moves this Court to enter an Order permitting Mr. Bernstein to appear before this Court on behalf of Defendant Senthil Ramamurthy for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Mr. Bernstein.

Date: September 24, 2018                     Respectfully submitted,

/s/ Jack Fernandez
Jack Fernandez
Florida Bar No. 843751
Zuckerman Spaeder LLP
101 E. Kennedy Blvd, Suite 1200
Tampa, FL 33602
Phone: (813) 221-1010
Fax: (813) 223-7961
jfernandez@zuckerman.com
Attorneys for Defendant Senthil Ramamurthy

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20710-CR-ALTONAGA/GOODMAN

UNITED STATES OF AMERICA,

v.

SENTHIL RAMAMURTHY,

Defendant.
_____/

### CERTIFICATION OF GREGG BERNSTEIN

Gregg Bernstein, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission Practice, Peer Review, and Discipline of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and, (2) I am a member in good standing of the United States District Court for the District of Columbia, and the United States District Court for the District of Maryland.

_____
Gregg Bernstein

6537216.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Appear Pro Hac Vice, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was served by hand delivery on the 24th day of September, 2018, on all counsel or parties of record.

/s/   Jack Fernandez
Jack Fernandez

6541056.1