UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20710-CR-ALTONAGA/GOODMAN

UNITED STATES OF AMERICAN,

v.

SENTHIL RAMAMURTHY,

    Defendant.

_____/

**ORDER GRANTING**
**MOTION TO APPEAR PRO HAC VICE,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Gregg Bernstein, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Gregg Bernstein may appear and participate in this action on behalf of Defendant Senthil Ramamurthy. The Clerk shall provide electronic notification of all electronic filings to gbernstein@zuckerman.com.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of _____, 2018.

                                                                         _____
                                                                         UNITED STATES MAGISTRATE JUDGE

6537226.1