UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-20710-CR- ALONAGA/GOODMAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SENTHIL RAMAMURTHY,

    Defendant.
_____/

## NOTICE OF WAIVER OF APPEARANCE AT ARRAIGNMENT

Defendant, SENTHIL RAMAMURTHY, by his undersigned counsel, pursuant to Fed.R.Crim.P 10(b), hereby gives notice of his waiver of appearance at his arraignment, presently scheduled for September 27, 2018, at 10:00 a.m., and states as follows:

1. On August 30, 2018, a nineteen-count indictment was filed in this District charging Mr. Ramamurthy with one count of Conspiracy to Commit Health Care Fraud and Wire Fraud, four counts of Health Care Fraud, one count of Conspiracy to Pay and Receive Health Care Kickbacks, five counts of Receipt of Kickbacks in Connection with a Federal Health Care Program, and eight counts of Payment of Kickbacks in Connection with a Federal Health Care Program. The indictment was unsealed on September 24, 2018.

2. Mr. Ramamurthy was arrested on September 11, 2017, at his home in Mission, Texas. He appeared before a magistrate judge in the Southern District of Texas who released Mr. Ramamurthy pursuant to certain conditions of release.

3. Mr. Ramamurthy appeared for his initial appearance in this District on September 21, 2018, at which time the magistrate judge imposed the same conditions of release and set an arraignment for September 27, 2018, at 10:00 a.m. Following his initial appearance, and consistent with the terms of his release, Mr. Ramamurthy returned home to Texas.

4. On September 24, 2018, undersigned counsel entered his appearance on behalf of the Defendant.

5. Pursuant to Fed.R.Crim.P. 10(b), Mr. Ramamurthy hereby waives his appearance at the arraignment. A written waiver of appearance executed by Mr. Ramamurthy is attached as Exhibit 1 to this Notice. As noted in the attached written waiver, Mr. Ramamurthy has received a copy of his indictment, has been advised of its contents, and pleads "not guilty" to all counts in the Indictment.

Dated: September 26, 2018          Respectfully submitted,

/s/ Jack E. Fernandez
Jack E Fernandez
Fla. Bar No. 843751
Zuckerman Spaeder LLP
101 E. Kennedy Blvd., Suite 1200
Tampa, FL 33602
Tel: (813) 221-1010
Fax: (813) 223-7961
jfernandez@zuckerman.com
Attorneys for Defendant Senthil Ramamurthy

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this 26th day of September, 2018 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. The Clerk of Court will serve a notice of electronic filing on all counsel of record.

/s/ Jack E. Fernandez

6541703.1