UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-20710-CR- ALONAGA/GOODMAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SENTHIL RAMAMURTHY,

    Defendant.
_____/

## WAIVER OF APPEARANCE AT ARRAIGNMENT

Defendant, Senthil Ramamurthy, hereby waives his appearance at the arraignment in this case. I am aware that the arraignment is scheduled before the magistrate judge on September 27, 2018, at 10:00 a.m. I wish to waive my appearance in order to avoid the expense of travel from my home in Texas to this District.

Further, I have received a copy of the Indictment, which I have reviewed with my attorney. I understand the charges contained in the Indictment, and plead not guilty to each of the Counts.

I HEREBY DECLARE AND AFFIRM that the contents are the foregoing are true and correct to the best of my knowledge, information and belief.

_____
Jack B. Fernandez
Counsel for Defendant,
Senthil Ramamurthy

_____
Senthil Ramamurthy



EXHIBIT
1

6540838.1