# COURT MINUTES

## Magistrate Judge John O'Sullivan

Atkins Building Courthouse - 5th Floor    Date: 9/27/18    Time: 10:00 a.m.

Defendant: Senthil Ramamurthy    J#: 61799-479    Case #: 18-20710-CR-ALTONAGA/GOODMAN
AUSA: Jaime Raich    Attorney: ~~GREGG BERNSTEIN~~/JACK FERNANDEZ ✓
Violation: CONSP/HEALTH CARE & WIRE FRAUD
Proceeding: ARRAIGNMENT    CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No    Recommended Bond:
Bond Set at: $250,000 10%; $250,000 PSB    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:
Waiver of Appearance at Arraignment filed 9/25

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order Requested

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:    Time:    Judge:    Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R.  10:08:02    Time in Court: 2