UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-20710-CR- ALTONAGA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SENTHIL RAMAMURTHY,

    Defendant.
_____/

## UNOPPOSED MOTION TO CONTINUE TRIAL DATE

Defendant, SENTHIL RAMAMURTHY, by his undersigned counsel, moves for a continuance of the trial in this matter, presently scheduled for November 13, 2018, and in support thereof, states as follows:

1. On August 30, 2018, a nineteen-count indictment was filed under seal in this District charging Mr. Ramamurthy with one count of Conspiracy to Commit Health Care Fraud and Wire Fraud; four counts of Health Care Fraud; one count of Conspiracy to Pay and Receive Health Care Kickbacks; five counts of Receipt of Kickbacks in Connection with a Federal Health Care Program; and eight counts of Payment of Kickbacks in Connection with a Federal Health Care Program.

2. Mr. Ramamurthy was arrested on September 11, 2017, at his home in McAllen, Texas. He appeared before a Magistrate Judge in the Southern District of Texas, who released Mr. Ramamurthy pursuant to conditions of release.

3.  Mr. Ramamurthy appeared for his initial appearance in this District on September 21, 2018. The indictment was unsealed on September 24, 2018, at which time counsel entered their appearance. The arraignment was on September 27, 2018.

4.  On September 27, 2018, the Court issued an Order setting the trial date for November 13, 2018, along with deadlines for motions and pre-trial matters. The Court also scheduled a status conference for October 22 at 8:50 a.m.

5.  It is respectfully submitted that a postponement of the trial date and other deadlines is appropriate for a number of reasons. First, the nineteen-count indictment was only unsealed two weeks ago. It contains a number of different alleged statutory violations in a complicated fact pattern involving multiple participants and witnesses that counsel is only beginning to analyze. *See* 18 U.S.C. § 3161(h)(7)(B)(ii). Second, although government counsel is diligently working toward producing discovery within the time frame required by Local Rule 88.10, to date, no discovery, which is expected to be voluminous, has been produced. Counsel will need time to review the discovery in order to determine what, if any, motions will be filed and to prepare for trial. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). A trial date only five weeks away is not sufficient time to conduct a meaningful review of the indictment and the discovery and will deprive the defendant of effective representation. Accordingly, the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

7.  Government counsel, AUSA Kevin Larsen, has authorized undersigned counsel to represent to this Court that this motion is unopposed.

8.  The Defendant waives his right to a speedy trial set forth at 18 U.S.C. § 3161(c)(1).

WHEREFORE, Defendant respectfully moves this Court to continue the trial date of November 13 and set a new date that is convenient with the Court's and the parties' respective schedules, as well as set new dates for motions, pre-trial matters and related conferences with the Court.

Dated: October 10, 2018               Respectfully submitted,

/s/ Jack E. Fernandez
Jack E Fernandez
Fla. Bar No. 843751
Zuckerman Spaeder LLP
101 E. Kennedy Blvd., Suite 1200
Tampa, FL 33602
Tel: (813) 221-1010
Fax: (813) 223-7961
jfernandez@zuckerman.com

/s/ Gregg L. Bernstein
Gregg L. Bernstein
*Pro hac vice*
Zuckerman Spaeder LLP
100 East Pratt Street, Suite 2440
Baltimore, Maryland 21202
Tel: (410) 332-0444
Fax: (410) 659-0436
gbernstein@zuckerman.com

Attorneys for Defendant Senthil Ramamurthy

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 10th day of October, 2018 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. The Clerk of Court will serve a notice of electronic filing on all counsel of record.

/s/ Jack Fernandez