UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20710-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**SENTHIL RAMAMURTHY**,

    Defendant.

_____/

## ORDER

THIS CAUSE came before the Court on Defendant's Unopposed Motion to Continue Trial Date [ECF No. 20]. Defendant requests the Court continue the current trial date of November 14, 2018 because there has not been time to fully review discovery. (*See* Mot. 2). The Motion does not, however, inform the Court of how long the continuance should last or what trial date is convenient to the parties. (*See generally id.*). The Court cannot "set a new date [] convenient with the Court's and the parties' respective schedules" (Mot. 3 (alteration added)), when the parties have provided no information about their respective schedules.

Accordingly, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 20]** is **DENIED**.

**DONE AND ORDERED** in Miami, Florida, this 10th day of October, 2018.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record