

| | |
|---|---|
| To: | Steven Larimore/FLSD/11/USCOURTS, |
| Cc: | |
| Bcc: | |
| Subject: | SENTHIL RAMAMURTHY  7:18-MJ-01903 (18-20710 CR) |
| From: | Janie Leyva/TXSD/05/USCOURTS - Tuesday 04/17/2018 10:49 AM |

**FILED BY** ___YR___
**Oct 3, 2018**
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. Miami

Dear Ms.

RE:  CR NO:  **18-20710-CR** USA VS. **SENTHIL RAMAMURTHY** (Our Mag No:  7:18-MJ-01903)

Reference the above-captioned case from your District, the case proceedings from our District are docketed and Defendant is to be transferred back to your District.  The local Proceedings can be accessed through the Electronic Case Filing/PACER Service System at:

**pacer.login.uscouts.gov**

Thank you



718mj01903.pdf

Janie Leyva
Case Manager To
US Magistrate Judge J. Scott Hacker
SD/TX - McAllen Division
Tel#:  (956)618-8060
Fax# (956) 928-8247
Email:  Janie_Leyva@txs.uscourts.gov

CLOSED

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (McAllen)
## CRIMINAL DOCKET FOR CASE #: 7:18-mj-01903-1

Case title: USA v. Ramamurthy  
Other court case number: 18-20710 CR-Altonaga Southern District of Florida, Miami Division

Date Filed: 09/11/2018  
Date Terminated: 10/02/2018

Assigned to: Magistrate Judge J Scott Hacker

### Defendant (1)

**Senthil Ramamurthy**  
*(Deft. released on a $250,000 cash bond w/$25,000 deposit)*  
*TERMINATED: 10/02/2018*

represented by **Francisco Javier Rodriguez**  
Law Office of Francisco J Rodriguez  
1111 W Nolana  
McAllen, TX 78504  
956-687-4363  
Email: frankr@mcallenlawfirm.com  
*ATTORNEY TO BE NOTICED*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:1347.F | |

### Plaintiff

**USA**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/10/2018 | | Arrest (Rule 40) of Senthil Ramamurthy, filed. (cjones, 7) (Entered: 09/11/2018) |
| 09/11/2018 | 1 | Rule 5(c)(3) Documents Received from Southern District of Florida as to Senthil Ramamurthy Initial Appearance - Rule 40 set for 9/11/2018 at 11:30 AM before Magistrate Judge J Scott Hacker, filed.(cjones, 7) (Additional attachment(s) added on 9/11/2018: # 1 Sealed Motion/ Order) (cjones, 7). (Entered: 09/11/2018) |
| 09/11/2018 | 2 | ARREST Warrant issued 8/30/18 Returned Executed on 9/10/18 in case as to Senthil Ramamurthy. Document restricted from PACER under privacy policy, filed. (cjones, 7) (Entered: 09/11/2018) |
| 09/11/2018 | 3 | AO 257 Information Sheet as to Senthil Ramamurthy, filed.(cjones, 7) (Entered: 09/11/2018) |
| 09/11/2018 | | Minute Entry for proceedings held before Magistrate Judge J Scott Hacker: Status Conference as to Senthil Ramamurthy held on 9/11/2018. Court ordered for Deft be interview by Pretrial Officer. Initial Appearance set for 9/11/2018 at 04:00 PM before Magistrate Judge J Scott Hacker. Appearances: Lenn Ferrer, AUSA; Frank Rodriguez, RETAINED; (ERO: Xavier Avalos)(DUSM: David Herrera)(Interpreter: Woody Lewis-Janice Palma/not used) Deft remanded to custody, filed, filed.(jaleyva, 7) (Entered: 09/11/2018) |
| 09/11/2018 | 4 | NOTICE OF ATTORNEY APPEARANCE: Francisco Javier Rodriguez appearing for Senthil Ramamurthy *as retained counsel*, filed.(Rodriguez, Francisco) (Entered: 09/11/2018) |
| 09/11/2018 | | ***Set/Reset Hearings as to Senthil Ramamurthy: Status Conference set for 9/12/2018 at 10:00 AM before Magistrate Judge J Scott Hacker (jaleyva, 7) (Entered: 09/11/2018) |
| 09/11/2018 | | Minute Entry for proceedings held before Magistrate Judge J Scott Hacker. INITIAL APPEARANCE on Criminal Complaint as to Senthil Ramamurthy, held on 9/11/2018. (Deft informed of rights.) Deft appeared w/ retained counsel. Preliminary Examination & Detention Hearing set for at before Magistrate Judge J. Scott Hacker. Appearances: Lenn Ferrer, AUSA; Francisco Javier Rodriguez, RETD. (PTS: Daisy Montemayor) (ERO: Xavier Avalos) (Interpreter: Elena Medrano/Eduardo Canudas/not used) (DUSM: Mario Loya) Deft remanded to custody.. (jaleyva, 7) (Entered: 09/11/2018) |
| 09/11/2018 | 5 | Order of Temporary Detention Pending Hearing as to Senthil Ramamurthy. ( Signed by Magistrate Judge J Scott Hacker) Parties notified. (jaleyva, 7) (Entered: 09/11/2018) |
| 09/11/2018 | | Minute Entry for proceedings held before Magistrate Judge J Scott Hacker: DETENTION HEARING as to Senthil Ramamurthy held on 9/11/2018. Arguments heard. List of condition to be filed as Government Exhibit 1 to be attached to Pretrial Report. Agreement between parties is to Waive the Identity Hearing. Status Hearing scheduled for 9/12/18 at 10:00 a.m. Deft remanded to custody of U.S. Marshal. Appearances: Lenn Ferrer, AUSA; Frank Rodriguez, RETAINED; (ERO: Xavier Avalos)(DUSM: David Herrera)(Interpreter: Woody Lewis-Janice Palma/not used), filed.(jaleyva, 7). Modified on 10/2/2018 (jaleyva, 7). (Entered: 09/11/2018) |

| | | |
|---|---|---|
| 09/12/2018 | | ***Set/Reset Hearings as to Senthil Ramamurthy: Status Conference set for 9/12/2018 at 03:00 PM before Magistrate Judge J Scott Hacker (jaleyva, 7) (Entered: 09/12/2018) |
| 09/12/2018 | 6 | Pretrial Services Report (Sealed) as to Senthil Ramamurthy, filed. (bmorin, 7) (Entered: 09/12/2018) |
| 09/13/2018 | | Bond payment received for Senthil Ramamurthy. Payment submitted by Kannan Ramamurthy in the amount of $25,000.00. Receipt number #MCA018853, filed. (klopez, 7) (Entered: 09/13/2018) |
| 09/13/2018 | 7 | ORDER setting bond with conditions noted as to Senthil Ramamurthy ( Signed by Magistrate Judge J Scott Hacker) Parties notified. (agarcia, 7) (Entered: 09/13/2018) |
| 09/13/2018 | 9 | ORDER Setting Conditions of Release ( Signed by Magistrate Judge J Scott Hacker) Parties notified. (agarcia, 7) (Entered: 09/14/2018) |
| 09/14/2018 | 8 | Cash Bond Entered as to Senthil Ramamurthy in amount of $ 250,000 w/$25,000 deposit, Receipt # MCA018853. Bond Depositor: Kanman Ramamurthy, filed. (Attachments: # 1 Unredacted attachment)(agarcia, 7) (Entered: 09/14/2018) |
| 09/24/2018 | 10 | Unopposed MOTION to Vacate *Orders and Release Cash Bond* by Senthil Ramamurthy, filed. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Proposed Order Order Granting)(Rodriguez, Francisco) (Entered: 09/24/2018) |
| 10/02/2018 | 11 | RULE 5 Papers letter e-mail to access case proceedings through the Electronic Case Filing/Pacer Service System set to Southern District of Florida - Miami Division as to Senthil Ramamurthy, filed.(jaleyva, 7) (Entered: 10/02/2018) |
| 10/03/2018 | 12 | ORDER regarding 10 Motion to Vacate Orders and Release Cash Bond (Signed by Magistrate Judge J Scott Hacker.) Parties notified.(drodriguez, 7) (Entered: 10/03/2018) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/15/2018 09:53:45 | | | |
| **PACER Login:** | ud1358:4168830:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 7:18-mj-01903 |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |