UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-20710-CR- ALTONAGA

UNITED STATES OF AMERICA,

       Plaintiff,

v.

SENTHIL RAMAMURTHY,

       Defendant.

_____/

## DEFENDANT'S RENEWED UNOPPOSED MOTION TO CONTINUE TRIAL DATE PURSUANT TO COURT'S OCTOBER 10, 2018 ORDER

      Defendant, SENTHIL RAMAMURTHY, by his undersigned counsel, renews his motion for a continuance of the trial in this matter, presently scheduled for November 13, 2018, and in support thereof, states as follows:

      1.     On August 30, 2018, a nineteen-count indictment was filed under seal in this District charging Mr. Ramamurthy with one count of Conspiracy to Commit Health Care Fraud and Wire Fraud; four counts of Health Care Fraud; one count of Conspiracy to Pay and Receive Health Care Kickbacks; five counts of Receipt of Kickbacks in Connection with a Federal Health Care Program; and eight counts of Payment of Kickbacks in Connection with a Federal Health Care Program.

      2.     Mr. Ramamurthy was arrested on September 11, 2017, at his home in McAllen, Texas. He appeared before a Magistrate Judge in the Southern District of Texas, who released Mr. Ramamurthy pursuant to conditions of release.

3.      Mr. Ramamurthy appeared for his initial appearance in this District on September 21, 2018. The indictment was unsealed on September 24, 2018, at which time counsel entered their appearance. The arraignment was on September 27, 2018.

4.      On September 27, 2018, the Court issued an Order setting the trial date for November 13, 2018 [ECF No. 16], along with deadlines for motions and pre-trial matters. The Court also scheduled a status conference for October 22 at 8:50 a.m.

5.      On October 10, 2018, the defendant moved for a continuance of the trial date and rescheduling of related deadlines [ECF No. 20], noting that a postponement was appropriate for a number of reasons. First, the nineteen-count indictment was only unsealed a few weeks prior and contained a number of different alleged statutory violations in a complicated fact pattern involving multiple participants and witnesses that counsel was only beginning to analyze. *See* 18 U.S.C. § 3161(h)(7)(B)(ii). Second, although government counsel has been diligently working toward producing discovery within the time frame required by Local Rule 88.10, at the time the motion was filed, no discovery, which is expected to be voluminous, had been produced.[1] Counsel noted that they will need time to review the discovery in order to determine what, if any, motions will be filed, and they will need time to prepare for trial. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). Finally, the defendant noted that a trial date only five (now four) weeks away was not sufficient time to conduct a meaningful review of the indictment and the discovery, and would deprive the defendant of effective representation.  Accordingly, the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The government did not oppose the defendant's request.

---

[1]      Since filing the motion, the government has made a partial production of discovery; however, more discovery is expected.

2

6.      On October 10, 2018, the Court denied the motion [ECF No. 21], noting that it was unable to schedule a new trial date, "when the parties have provided no information about their respective schedules."

7.      As a result, the parties have conferred and would advise the Court that the government and the defendant are available to begin trial on either **February 25, 2019; March 4, 2019; or, March 11, 2019,** if convenient with the Court's calendar. Depending on the trial date set by the Court, new dates can be set for the filing of pre-trial motions, motions in limine, voir dire, jury instructions, exhibit and witness lists, status conferences and calendar calls consistent with the Court's original Scheduling Order.

8.      The Defendant waives his right to a speedy trial set forth at 18 U.S.C. § 3161(c)(1).

WHEREFORE, Defendant respectfully moves for a continuance of the trial date presently scheduled for November 13, and jointly requests that a new trial date be set on either February 28, 2019, March 4, 2019, or March 11, 2019, as well as set new dates for motions, pre-trial matters and related conferences with the Court.

Dated:  October 15, 2018              Respectfully submitted,

/s/ Jack E. Fernandez
Jack E Fernandez
Fla. Bar No. 843751
Zuckerman Spaeder LLP
101 E. Kennedy Blvd., Suite 1200
Tampa, FL 33602
Tel:  (813) 221-1010
Fax:  (813) 223-7961
jfernandez@zuckerman.com

/s/ Gregg L. Bernstein
Gregg L. Bernstein
*Pro hac vice*
Zuckerman Spaeder LLP
100 East Pratt Street, Suite 2440
Baltimore, Maryland 21202
Tel: (410) 332-0444
Fax: (410) 659-0436
gbernstein@zuckerman.com
Attorneys for Defendant
   Senthil Ramamurthy

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 15th day of October, 2018 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. The Clerk of Court will serve a notice of electronic filing on all counsel of record.

/s/ Jack Fernandez