UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20710-CR-ALTONAGA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SENTHIL RAMAMURTHY,

    Defendant.

_____/

## REVISED ORDER SETTING TRIAL

THIS CAUSE came before the Court on Defendant's Renewed Unopposed Motion to Continue Trial Date [ECF No. ____].

Having considered Defendant's Motion and the grounds stated therein, pursuant to 18 U.S.C. §3161(h)(7)(A), the Court **FINDS** that the ends of justice outweigh the best interests of the public and the defendant to a speedy trial.

Accordingly, it is:

**ORDERED AND ADJUDGED** that Defendant's Motion is **GRANTED.**

It is further **ORDERED** as follows:

1. THE ABOVE CAUSE is hereby set for **Criminal Jury Trial** at 400 North Miami Avenue, Courtroom 12-2, Miami, Florida, during the two-week period commencing _____, **2019,** or as soon thereafter as the case may be called. A **Calendar Call** will be held at **9:00 a.m. on** _____, **2019,** at the same location. All pre-trial motions and motions *in limine* must be filed by _____.

2

2. With the exception of the above scheduling changes set forth in this Order, the remainder of this Court's Order Setting Trial Date [ECF No. 16] shall remain in full force and effect.

**DONE AND ORDERED** in Miami, Florida, this _____ day of October, 2018.

_____
**CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE**

6591663.1