UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-20710-CR-ALTONAGA

UNITED STATES OF AMERICA

vs.

SENTHIL RAMAMURTHY,

    Defendant.

_____/

### GOVERNMENT'S SPEEDY TRIAL REPORT

COMES NOW, THE UNITED STATES OF AMERICA, by and through the undersigned Assistant United States Attorney and files its Speedy Trial Report, in accordance with S.D. Fla. L. R. 88.5.

1. On August 30, 2018, a sealed Indictment was filed and arrest warrant was issued for defendant Senthil Ramamurthy ("Ramamurthy") [D.E. 1]. On September 10, 2018, Ramamurthy was arrested in the Southern District of Texas and he had an initial appearance in that district on September 12, 2018.

2. Ramamurthy had his initial appearance before a judicial officer in the Southern District of Florida on September 20, 2018 [D.E. 7].

3. Ramamurthy was arraigned in the Southern District of Florida on September 27, 2018 [D.E. 13], where he entered a plea of not guilty.

4. On October 10, 2018, Ramamurthy filed a motion to continue the trial [D.E. 20]. The motion was initially denied by U.S. District Judge Altonaga [D.E. 21]. On October 15, 2018, Ramamurthy filed a renewed motion to continue the trial [D.E. 26].

4.     On October 15, 2018, Judge Altonaga issued an Order continuing the trial, finding that the ends of justice required the continuance and the exclusion of the period from October 15, 2018 to including the date the trial commences is excludable time under the Speedy Trial Act [D.E. 27].

## CALCULATION OF SPEEDY TRIAL TIME PERIOD

5.     The Speedy Trial Act states that "[a] defendant's trial 'shall commence within seventy days from the filing date. . . of the . . . indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs.'" 18 U.S.C. § 3161(c)(1).  The plain language of the statute states that the seventy-day trial requirement applies to "any case in which a plea of not guilty is entered . . ." The statute lists various periods of delay that are excluded from the computation of when a trial shall commence.  18 U.S.C. § 3161 (h)(1).

6.     The Speedy Trial period on the defendant's Indictment began to run in this case on September 27, 2018, the date on which Ramamurthy first appeared before a judicial officer in the Southern District of Florida to enter a plea of not guilty.  *See* 18 U.S.C. § 3161(c)(1). Pursuant to its order continuing the trial, this Court tolled the running of the "speedy trial clock" on October 15, 2018 [D.E. 27].  Thus, as of October 15, 2018, **a total of eighteen speedy trial days have elapsed**.[1]

7.     Pursuant to the order of this Court, the "speedy trial clock" remains tolled until the "date trial commences" [D.E. 27].

8.     In accordance with the Local Rules, on Thursday, October 18, 2018, the government sent an inquiry to opposing counsel seeking its position on the calculation of the

---

[1] This calculation is derived by computing the number of days that have elapsed since September 27, 2018, the date Ramamurthy was arraigned, and October 15, 2018, the date this Court granted the motion to continue the trial.

Speedy Trial period.  Counsel for the defendant, Gregg Bernstein, Esq., who is in agreement with the government's calculation that fifty-two days remain on the "Speedy Trial clock" in the instant matter.

                                  Respectfully submitted,

                                  ARIANA FAJARDO ORSHAN
                                UNITED STATES ATTORNEY

By:    /s/Kevin J. Larsen_____
        Kevin J. Larsen
        Assistant United States Attorney
        Court No. A5501050
        99 N.E. 4th Street, 4th Floor
        Miami, FL 33132
        Tel: 305-961-9356
        Fax: 305-536-4699
        Kevin.Larsen@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 18, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/Kevin J. Larsen
Kevin J. Larsen
Assistant United States Attorney