UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20710-CR-ALTONAGA(s)

IN RE SEALED INDICTMENT
_____/

## MOTION TO SEAL

The United States of America, through the undersigned Assistant United States Attorney, respectfully requests that, with the exception of those copies to be provided to the United States Attorney's Office and any other relevant law enforcement agency for use in the arrest and/or extradition process, the attached Superseding Indictment, arrest warrant, and any resulting orders be SEALED until the arrest of the first defendant or until further order of this Court, given that the named defendant may flee, the integrity of the ongoing investigation might be compromised, and the safety of certain witnesses could be compromised should knowledge of this Superseding Indictment become public. The United States is prepared to provide further information *in camera* should the Court so require.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: _____
KEVIN J. LARSEN
Assistant United States Attorney
Court ID No. A5501050
99 NE 4th Street 4th Floor
Miami, FL 33132
Telephone: (305) 961-9356
E-Mail: Kevin.Larsen@usdoj.gov