**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  18-20710-CR-ALTONAGA**

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**SENTHIL RAMAMURTHY**,

    Defendant.

_____/

**ORDER**

Upon the request of counsel for the Defendant, Gregg L. Bernstein, a member of the Bar of the State of Maryland, and whose appearance previously has been entered in this case *pro hac vice*, it is

**ORDERED AND ADJUDGED** that Mr. Bernstein is permitted to bring his cell phone and laptop computer into the courthouse for appearances before the Court related to this case.

**DONE AND ORDERED** in Miami, Florida, this 3rd day of January, 2019.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record