# COURT MINUTES
Page 1

## Magistrate Judge Chris M. McAliley

Atkins Building Courthouse - 6th Floor     Date: 1/7/19     Time: 10:00 a.m.

---

Defendant: Senthil Ramamurthy     J#: Bond     Case #: 18-20710-Cr-Altonaga(s)

AUSA: Karen Rochlin / Kevin Larsen     Attorney: Gregg Bernstein Esq. (Perm)

Violation: Consp., Health & Wire Fraud

Proceeding: Arraign     CJA Appt:

Bond/PTD Held: ○ Yes  ○ No     Recommended Bond:

Bond Set at: $250Kw/10% & $250 Psb     Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ___
- ☐ Other: ___

Language: English ✓

Disposition:
Jack E. Fernandez Jr., Esq.
Perm

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

Time from today to ___ excluded from Speedy Trial Clock

---

NEXT COURT APPEARANCE     Date:     Time:     Judge:     Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. 10:03:49     Time in Court: 1