**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  18-20710-CR-ALTONAGA**

**UNITED STATES OF AMERICA**,

 Plaintiff,
v.

**SENTHIL RAMAMURTHY** and
**MANGALA RAMAMURTHY**,

 Defendants.
_____/

**ORDER**

 THIS CAUSE came before the Court on Senthil Ramamurthy and Mangala Ramamurty's Unopposed Motion to be Excused from Appearance at Status Conference [ECF No. 46].  Being fully advised, it is

 **ORDERED AND ADJUDGED** that the Motion is **GRANTED**.  Defendants are not required to attend the status conference scheduled for January 23, 2019; nevertheless, they must appear by phone.  Counsel for Defendants shall make arrangements with the Courtroom Deputy to ensure Defendants' participation by phone, including the presence of their Pretrial Services Officer in Texas or a court reporter to provide verification that Defendants are indeed present.

 **DONE AND ORDERED** in Miami, Florida, this 14th day of January, 2019.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record