UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   18-20710-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

 Plaintiff,
vs.

**SENTHIL RAMAMURTHY** and
**MANGALA RAMAMURTHY**,

 Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court on January 23, 2019 for a status conference, and upon Defendants, Senthil Ramamurthy and Mangala Ramamurthy's *ore tenus* Motion for Continuance. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.   The interests of justice served by a continuance outweigh any interest of the public or the Defendants in a speedy trial.   As a result, the period of delay resulting from this continuance — *i.e*., from the date the Motion was presented, January 23, 2019, to including the date the trial commences — is excludable time under the Speedy Trial Act.   *See* 18 U.S.C. § 3161.

**Referral to Magistrate Judge**. Pursuant to 28 U.S.C. § 636 and this District's Magistrate Judge Rules, discovery matters are referred to Magistrate Judge Jonathan Goodman.   Magistrate Judge Goodman holds a regular discovery calendar.   **No written discovery motions, including motions to compel, for protective order, or related motions for sanctions shall be filed unless the Magistrate Judge so directs at his discovery calendar.**   Counsel must actually confer and engage in reasonable compromise in a genuine effort to resolve their discovery disputes before noticing the dispute for the discovery calendar.   The Court may impose sanctions, monetary or

CASE NO. 18-20710-CR-ALTONAGA

otherwise, if it determines discovery is being improperly sought or is being withheld in bad faith. If, after conferring, the parties are unable to resolve their discovery dispute without Court intervention, they shall not file written motions. Rather, the "moving party" shall contact the chambers of Magistrate Judge Goodman at (305) 523-5720 and place the matter on the next available discovery calendar.

This cause is set for a status conference on **February 12, 2019 at 10:00 a.m.** The trial will be rescheduled at this time. Initial pre-trial motions must be filed by February 5, 2019. Strict compliance with the Local Rules is expected, particularly with regard to motion practice. *See* S.D. FLA. L.R. 7.1.

**DONE AND ORDERED** in Miami, Florida, this 23rd day of January, 2019.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record