UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case Number 18-20710-CR-ALTONAGA/Goodman(s)

**United States of America,**

vs.

**MANGALA RAMAMURTHY,**

      **Defendant.**
_____/

### GOVERNMENT'S NOTICE OF FILING OF LIST OF AUTHORITIES

Pursuant to the Court's Order directing the parties to submit lists of authorities they intend to rely upon at the discovery hearing scheduled for February 1, 2019 [DE 56], the Government hereby notices the filing of its list of authorities in support of its contention that the Defendant is not entitled to discovery of rough notes taken by the case agent, a paralegal and the assigned AUSA investigating the case during an interview of the Defendant that occurred on or about October 19, 2018:

*U.S. v. Cruz,* **2009 WL 10707513, *4-5 (N.D.Ga. 2009)** (the defendant is not entitled to agent's rough notes under Fed. R. Crim. P. 16 of interview of the defendant, where the government disclosed a report that contains all of the information contained in the interview notes) *citing U.S. v. Jordan,* 316 F.3d 1215, 1227 (11th Cir. 2003); *see also U.S. v. Van Nguyen,* 456 F. Supp. 2d 1366, 1367 (N.D. Ga. 2006).

*U.S. v. Brown***, 303 F.3d 582, 589-591 (5th Cir. 2002)** (in a false statement case, the defendant is not entitled under Fed. R. Crim. P. 16 to interviewing agent's rough notes taken at interview of the defendant where the government produced a written report that accurately reflects the contents of the interviewer's rough notes) *citing U.S. v. Muhammad,* **120 F.3d 688, 699 (7th Cir. 1997)**.

**Fed. R. Crim. P. 16(2):  Information Not Subject to Disclosure:** "Except as permitted by Rule 16(a)(1)(A)-(D), (F) and (G), this rule does not authorize the discovery or inspection of reports, memoranda, or other internal government documents made by an attorney for the government or other government agent in connection with investigating or prosecuting the case." *See also:* 2013 Amendments to Rule 16(a): "[a] defendant's pretrial access to books, papers, and

documents under Rule 16(a)(1)(E) remains subject to the limitations imposed by Rule 16(a)(2).

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: /s Kevin J. Larsen
Kevin J. Larsen
Assistant United States Attorney
Court No. A5501050
99 Northeast 4th Street, 4th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9356
Fax: (305) 536-4699
Email: kevin.larsen@usdoj.gov