### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### Case Number 18-20710-CR-ALTONAGA/Goodman(s)

**United States of America,**

**vs.**

**MANGALA RAMAMURTHY,**

      **Defendant.**
_____/

### GOVERNMENT'S NOTICE OF FILING OF ROUGH INTERVIEW NOTES

The Government hereby notices its filing of the Declaration of Special Agent Caleb King in compliance with this Court's order dated February 2, 2019 [D.E. 58].

      Respectfully submitted,

      ARIANA FAJARDO ORSHAN
      UNITED STATES ATTORNEY

    By: /s Kevin J. Larsen
      Kevin J. Larsen
      Assistant United States Attorney
      Court No. A5501050
      99 Northeast 4th Street, 4th Floor
      Miami, Florida 33132-2111
      Telephone: (305) 961-9356
      Fax: (305) 536-4699
      Email: kevin.larsen@usdoj.gov