# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### CASE NO. 18-20710-CR-ALTONAGA(s)

UNITED STATES OF AMERICA

vs.

MANGALA RAMAMURTHY,

     Defendant.

_____/

## DECLARATION OF CALEB D. KING

Pursuant to 28 U.S.C. § 1746, I, CALEB D. KING, declare and state as follows:

1. I am a Special Agent (SA) with the Defense Criminal Investigative Service (DCIS) assigned to the Fort Lauderdale Resident Agency in Fort Lauderdale, FL. My current responsibilities include conducting various criminal investigations of alleged violations of federal law affecting the Department of Defense (DoD) including violations of the Uniform Code of Military Justice (UCMJ), 10 United States Code (U.S.C.) §§ 801, et seq., as well as federal laws found under Title 18 U.S.C. My law enforcement authority is derived from 10 U.S.C. § 1585a.

2. I graduated from the U.S. Army Criminal Investigation Division Special Agent Course in 2010 and from the DCIS Special Agent Basic Course in Glynco, Georgia, in 2013, and have since conducted numerous criminal investigations.

3. I interviewed Dr. Mangala Ramamurthy on October 19, 2018 at the United States Attorney's Office in Miami, Fl. Present at the interview was Assistant United States Attorney ("AUSA") Kevin J. Larsen, paralegal specialist Cynthia Lam and attorneys Michael Pisano and Michael Padula on behalf of Dr. Ramamurthy. I subsequently prepared a DCIS Form 1[1] documenting the statements Dr. Ramamurthy made during this interview.

4. In preparing the report documenting Dr. Ramamurthy's statements, I used my recollection and notes I took during the interview on October 19. I did not consult any notes other than my own in connection with preparing and completing the report.

5. I did not submit a draft copy of the report to AUSA Larsen or to the paralegal before finalizing the report.

---

[1] A DCIS Form 1 is a report used to document investigative activity by DCIS Special Agents.

I declare under penalty of perjury that the above information is true and correct to the best of my belief.

Executed on: _February 9th, 2019_

CALEB D. KING
Special Agent
Defense Criminal Investigative Service