UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case Number 18-20710-CR-ALTONAGA/Goodman(s)

**UNITED STATES OF AMERICA,**

vs.

**MANGALA RAMAMURTHY,**

      **Defendant.**
_____/

### GOVERNMENT'S NOTICE OF FILING OF DECLARATION OF SPECIAL AGENT CALEB KING

The Government hereby notices its filing of the Declaration of Special Agent Caleb King in compliance with this Court's order dated February 2, 2019 [D.E. 61]. This notice is a *corrected* notice for D.E. 62, in which the Government inadvertently characterized the notice as a "notice of filing of rough interview notes," which was filed under seal in compliance with the Order of this Court dated February 1, 2019 [D.E. 60].

    Respectfully submitted,

    ARIANA FAJARDO ORSHAN
    UNITED STATES ATTORNEY

  By: /s Kevin J. Larsen
    Kevin J. Larsen
    Assistant United States Attorney
    Court No. A5501050
    99 Northeast 4th Street, 4th Floor
    Miami, Florida 33132-2111
    Telephone: (305) 961-9356
    Fax: (305) 536-4699
    Email: kevin.larsen@usdoj.gov