**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 18-20710-CR-ALTONAGA**

**UNITED STATES OF AMERICA**,

    Plaintiff,
vs.

**SENTHIL RAMAMURTHY** and
**MANGALA RAMAMURTHY**,

    Defendant.
_____/

**ORDER**

THIS CAUSE came before the Court on the Motions to Seal [ECF Nos. 63 and 67]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motions are **GRANTED**. The documents are permitted to be filed under seal, and shall remain under seal until **February 5, 2020**. This Order shall not be filed under seal.

**DONE AND ORDERED** in Miami, Florida, this 5th day of February, 2019.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record