**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 18-CR-20710-ALTONAGA**

**UNITED STATES OF AMERICA,**

    **v.**

**SENTHIL KUMAR RAMAMURTHY, et al.,**

    **Defendant.**
_____/

**NOTICE OF APPEARANCE**

**COMES NOW** the United States of America, by and through the undersigned Assistant United States Attorney, and gives notice that the above captioned case has been assigned to Assistant United States Attorney Jonathan D. Stratton.

    Respectfully submitted,

    ARIANA FAJARDO ORSHAN
    UNITED STATES ATTORNEY

By:    s/ Jonathan D. Stratton
    Jonathan D. Stratton
    Assistant United States Attorney
    Florida Bar: 93075
    99 N.E. 4th Street
    Miami, FL 33132
    Telephone Number: (305) 961-9151
    Fax Number: (305) 530-6168
    Email: Jonathan.Stratton@usdoj.gov

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on February 6, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                                        s/ Jonathan D. Stratton
                                                        Jonathan D. Stratton
                                                        Assistant United States Attorney