## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## CASE NO. 18-20710-CR-ALTONAGA(s)

**UNITED STATES OF AMERICA**

**vs.**

**SENTHIL RAMAMURTHY and**
**MANGALA RAMAMURTHY,**

     **Defendants.**
_____/

## GOVERNMENT'S FOURTH RESPONSE TO THE STANDING DISCOVERY ORDER

COMES NOW, THE UNITED STATES OF AMERICA, by and through the undersigned Assistant United States Attorney and files this *corrected* response to the Standing Discovery Order. On or about February 8, 2019, the government produced to counsel for the defendants, additional documents with bates range of:

- GOV06-000001 through GOV06-15816
- BH000001 through BH0033448

This supplemental production is made pursuant to the government's continuing duty to disclose information as required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of

Criminal Procedure, Brady, Giglio, Naupe, and the obligation to assure a fair trial. The government previously filed a version of its Fourth Response to the Standing Discovery Order [D.E. 79] that inadvertently omitted some portion of the bates range for documents included in this production.

        Respectfully submitted,

        ARIANA FAJARDO ORSHAN
        UNITED STATES ATTORNEY

By:   /s/Kevin J. Larsen_____
       Kevin J. Larsen
       Assistant United States Attorney
       Court No. A5501050
       99 N.E. 4th Street, 4th Floor
       Miami, FL 33132
       Tel: 305-961-9356
       Fax: 305-536-4699
       Kevin.Larsen@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 11, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and on or about February 8, 2019 by means of U.S. Mail to Gregg Bernstein, Esq., 100 East Pratt Street, Suite 2440, Baltimore, MD 21202, and David Oscar Markus, 40 N.W. 3rd Street, PH 1, Miami, FL 33128.

/s/Kevin J. Larsen_____
Kevin J. Larsen
Assistant United States Attorney