**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-20710-CR-ALTONAGA(s)**

**UNITED STATES OF AMERICA**

vs.

**SENTHIL RAMAMURTHY and
MANGALA RAMAMURTHY,**

    **Defendants.**
_____/

**GOVERNMENT'S FIFTH RESPONSE TO THE STANDING DISCOVERY ORDER**

COMES NOW, THE UNITED STATES OF AMERICA, by and through the undersigned Assistant United States Attorney and files this response to the Standing Discovery Order. On or about February 12, 2019, the government produced to counsel for the defendants, additional documents with bates range of:

- XYN-0000001-XYN-0000013

This supplemental production is made pursuant to the government's continuing duty to disclose information as required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of

Criminal Procedure, Brady, Giglio, Naupe, and the obligation to assure a fair trial. The government previously filed a version of its Fourth Response to the Standing Discovery Order [D.E. 79] that inadvertently omitted some portion of the bates range for documents included in this production.

                                        Respectfully submitted,

                                        ARIANA FAJARDO ORSHAN
                                        UNITED STATES ATTORNEY

By:    /s/Kevin J. Larsen_____
          Kevin J. Larsen
          Assistant United States Attorney
          Court No. A5501050
          99 N.E. 4th Street, 4th Floor
          Miami, FL 33132
          Tel: 305-961-9356
          Fax: 305-536-4699
          Kevin.Larsen@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on February 12, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and on or about February 8, 2019.

/s/Kevin J. Larsen
Kevin J. Larsen
Assistant United States Attorney