UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20710-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,
vs.

**SENTHIL RAMAMURTHY** and
**MANGALA RAMAMURTHY**,

    Defendants.
_____/

## ORDER CONTINUING TRIAL

**THIS CAUSE** came before the Court on February 13, 2019, and upon the Defendants' *ore tenus* motion to continue the trial. The Court has considered the Motion, and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The interests of justice served by a continuance outweigh any interest of the public or the Defendants in a speedy trial. As a result, the period of delay resulting from this continuance – *i.e.*, from the date the Motion was presented, February 13, 2019, to including the date trial commences – is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161. The parties shall adhere to the following pre-trial and trial schedule:

    1.    All pre-trial motions and motions *in limine* must be filed by **April 15, 2019**. Each party is limited to filing one motion *in limine*; if there is more than one Defendant, Defendants shall file a combined motion. Motions *in limine* may exceed the page limits allowed by the Rules.

CASE NO.   18-20710-CR-ALTONAGA

2. The deadline for the tendering of guilty pleas is **May 10, 2019**. *See, e.g.*, *United States v. Gamboa*, 166 F.3d 1327, 1331 (11th Cir. 1999) (citing *United States v. Ellis*, 547 F.2d 863, 868 (5th Cir. 1977)).

3. Calendar call will be held on **Tuesday, May 21, 2019 at 9:00 a.m.**  The case is set for **Jury Trial** during the two-week trial period that begins **May 28, 2019**.

4. A status conference is scheduled for **April 5, 2019 at 8:30 a.m.**  Defendants must be present.

**DONE AND ORDERED** in Miami, Florida, this 13th day of February, 2019.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record