# EXHIBIT 1

**Dr. Ruben Aleman & Associates**
**4408 N. McColl Rd.**
**McAllen, Texas 78504**

---

Telephone: (956) 686-5432                                                                                       Fax: (956) 686-4395

January 4, 2018

To Whom It May Concern:

RE: Senthil Ramamurthy (D.O.B. 08/25/1981)

    This letter is to notify that Mr. Senthil Ramamurthy is a patient at my office. He has had chronic low back pain for which he has had visit to a spine specialist. The specialist has recommended physical therapy and weight loss. He has diabetes for which he must loose weight in order to control his blood glucose. It is difficult for him to exercise while wearing an ankle bracelet. I believe it would benefit his overall conditions if he be allowed to remove it so that he can exercise. If you have any further questions please call my office.

Sincerely,

*[signature]*
Ruben Aleman, M.D.