# EXHIBIT 2



**Jonathan R Gottlieb, MD**
3659 South Miami Avenue
Suite 4002
Miami, FL 33133

Phone: 305.393.8810
Fax: 305.393.8811
Website : www.miamiorthospine.com
Email: office@miamiorthospine.com

## Referral

**Patient Name:** SENTHIL RAMAMURTHY
**Patient DOB:** 08/25/1981

**Date:** 10/19/18

**Refer to:** Physical Therapy
**Patient Diagnosis:** Lumbar disc degeneration at L5-S1

**Special Instructions:** Evaluate and Treat


Jonathan R. Gottlieb, MD