# EXHIBIT 3



**Phone: (956) 872-3585 / (956) 488-6972**

# Winter Schedule
## December-February

| Term | CRN | Course Name | Starting Date | Ending Date | Meeting Days | Time | Loc | Room | Cost | Teacher |
|---|---|---|---|---|---|---|---|---|---|---|
| **GED** | | | | | | | | | | |
| 520192 | 20071 | GED Math | 01/07/19 | 02/11/19 | M-TH | 12pm-2pm | TBA | TBA | $240.00 | TBA |
| 520192 | 20068 | TSI Math | 01/07/19 | 02/11/19 | M-TH | 12pm-2pm | TBA | TBA | $240.00 | TBA |
| **ESL** | | | | | | | | | | |
| 520192 | 20089 | Hi-Advanced II | 01/07/19 | 02/11/19 | M-TH | 10-12pm | PCN | 1-705 | $240.00 | K. Henry |
| 520192 | 20091 | Hi-Advanced III | 01/07/19 | 02/11/19 | M-TH | 6-8pm | PCN | 1-805 | $240.00 | T. Torres |
| 520192 | 20090 | Hi-Advanced III | 01/07/19 | 02/11/19 | M-TH | 2-4pm | PCN | 1-902 | $240.00 | R. Kiger |
| 520192 | 20084 | HI-Advance I | 01/07/19 | 02/11/19 | M-TH | 10am-12pm | PCN | 1-804 | $240.00 | E. Herrera |
| 520192 | 20056 | Foundations III | 01/07/19 | 02/11/19 | M-TH | 12-2pm | PCN | 1-705 | $240.00 | K. Henry |
| **Substitute** | | | | | | | | | | |
| 520192 | 20033 | Substitute Teacher | 12/08/18 | 12/15/18 | Sat | 8-2pm | PCN | 1-802 | $72.00 | D. Gonzales |
| 520192 | 20052 | Substitute Teacher | 01/05/19 | 01/12/19 | Sat | 8-2pm | PCN | 1-802 | $72.00 | TBA |
| 520192 | 20053 | Substitute Teacher | 01/19/19 | 01/26/19 | Sat | 8-2pm | PCN | 1-802 | $72.00 | TBA |
| 520192 | 20058 | Substitute Teacher | 01/19/18 | 01/26/18 | Sat | 8-3pm | STARR | D1-116 | $72.00 | A. Garcia |
| 520192 | 20054 | Substitute Teacher | 02/02/19 | 02/09/19 | Sat | 8-2pm | PCN | 1-802 | $72.00 | TBA |
| 520192 | 20055 | Substitute Teacher | 02/16/19 | 02/26/19 | Sat | 8-2pm | PCN | 1-802 | $72.00 | TBA |
| **CPR** | | | | | | | | | | |
| 520192 | 20011 | CPR- Health Care Provider | 12/13/18 | 12/13/18 | Thur | 1-5pm | PCN | 1-802 | $24.00 | E. Hernandez |
| 520192 | 20012 | CPR- Health Care Provider | 01/10/19 | 01/10/19 | Thur | 1-5pm | PCN | 1-802 | $24.00 | E. Hernandez |
| 520192 | 20013 | CPR- Health Care Provider | 01/24/19 | 01/24/19 | Thur | 1-5pm | PCN | 1-802 | $24.00 | G. Franklin |
| 520192 | 20014 | CPR- Health Care Provider | 02/07/19 | 02/07/19 | Thur | 1-5pm | PCN | 1-802 | $24.00 | G. Franklin |
| **Real Estate** | | | | | | | | | | |
| 520192 | 20041 | Principles I | 01/05/19 | 01/13/19 | Sat & Sun | 8:30-5pm | PCN | 1-904 | $180.00 | J. Brown |
| 520192 | 20042 | Finance | 01/07/19 | 01/30/19 | M&W | 6-10pm | PCN | 1-904 | $180.00 | M. Henry |
| 520192 | 20043 | Principles II | 01/19/19 | 01/27/19 | Sat & Sun | 8:30-5pm | PCN | 1-904 | $180.00 | J. Brown |
| 520192 | 20044 | Promulgated Contracts | 02/02/19 | 02/10/19 | Sat & Sun | 8:30-5pm | PCN | 1-904 | $180.00 | J. Brown |
| 520192 | 20045 | Law of Agency | 02/04/19 | 02/27/19 | M&W | 6-10pm | PCN | 1-904 | $180.00 | M. Henry |
| 520192 | 20046 | Law of Agency | 02/16/19 | 02/24/19 | Sat & Sun | 8:30-5pm | PCN | 1-904 | $180.00 | J. Brown |
| 520193 | 30005 | Law of Contracts | 03/02/19 | 03/10/19 | Sat & Sun | 8:30-5pm | PCN | 1-904 | $180.00 | J. Brown |
| 520193 | 30006 | Promulgated Contracts | 03/04/19 | 03/21/19 | M-TH | 6-10pm | PCN | 1-904 | $180.00 | M. Henry |
| 520193 | 30007 | Finance | 03/23/19 | 03/31/19 | Sat & Sun | 8:30-5pm | PCN | 1-904 | $180.00 | J. Brown |
| 520193 | 30008 | Principles I | 04/13/19 | 04/28/19 | Sat & Sun | 8:30-5pm | PCN | 1-904 | $180.00 | J. Brown |
| 520193 | 30009 | Law of Contracts | 04/01/19 | 04/24/19 | M&W | 6-10pm | PCN | 1-904 | $180.00 | M. Henry |
| 520193 | 30012 | Principles II | 05/04/19 | 05/12/19 | Sat & Sun | 8:30-5pm | PCN | 1-904 | $180.00 | J. Brown |
| 520193 | 30011 | Principles I | 05/06/19 | 05/29/19 | M&W | 6-10pm | PCN | 1-904 | $180.00 | M. Henry |
| 520193 | 30013 | Promulgated Contracts | 05/18/19 | 05/26/19 | Sat & Sun | 8:30-5pm | PCN | 1-904 | $180.00 | J. Brown |
| **Microsoft Office Specialist (MOS)** | | | | | | | | | | |
| 520192 | 20082 | Internet Basics | 01/07/19 | 01/09/19 | M-Th | 9am-12pm | PCN | 1-703 | | TBA |
| 520192 | 20083 | Beginning Computers | 01/09/19 | 01/17/19 | M-Th | 9am-12pm | PCN | 1-703 | | TBA |
| 520192 | 20035 | Microsoft Office Word | 01/17/19 | 01/29/18 | M-Th | 9am-12pm | PCN | 1-703 | | TBA |
| 520192 | 20036 | Microsoft Office Excel | 01/29/18 | 02/05/19 | M-Th | 9am-12pm | PCN | 1-703 | | TBA |
| 520192 | 20037 | Microsoft Office Powerpoint | 02/05/19 | 02/12/19 | M-Th | 9am-12pm | PCN | 1-703 | | TBA |
| 520192 | 20038 | Microsoft Specialist Access | 02/12/19 | 02/14/19 | M-Th | 9am-12pm | PCN | 1-703 | | TBA |
| 520192 | 20039 | Microsoft Office Outlook | 02/14/19 | 02/19/19 | M-Th | 9am-12pm | PCN | 1-703 | | TBA |
| | | | | | | | Total= | | $579.00 | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | **Health Course** | | | | | | | |
| 520192 | 20120 | Medication Aide Update | 12/10/18 | 12/10/18 | Monday | 8 am -3 pm | PCN | 1-904 | $42.00 | J. Villarreal |
| 520192 | 20060 | Medication Aide Class | 01/07/19 | 05/15/19 | M & W | 5:30-9:30pm | PCN | 1-804 | $840.00 | J. Villarreal |
| | | | **Trade/Technology** | | | | | | | |
| 520192 | 20073 | Forklift Operator | 01/07/19 | 01/17/19 | M-Th | 8-12 pm | TECE | TBA | $255.00 | F. Garcia |
| 520192 | 20087 | Intro To Welding | 01/07/19 | 03/18/19 | M & W | 6-9pm | TECE | 1-412 | $324.00 | M. Balandrano |
| 520192 | 20088 | Pipe Welding | 01/08/19 | 03/07/19 | T & R | 6-9pm | TECE | 1-412 | $324.00 | M. Balandrano |
| | | | **ART** | | | | | | | |
| 520192 | 20016 | Fresh Floral Design I | 12/09/18 | 01/13/19 | Sundays | 12-4pm | PCN | 1-705 | $96.00 | S. Salinas |
| 520192 | 20078 | Workshop: Create Mum | 12/08/18 | 12/08/18 | Saturday | 1-5pm | PCN | 1-705 | $24.00 | S. Salinas |
| 520192 | 20017 | Beg Sewing | 12/10/18 | 01/26/19 | M&Tu | 6-9pm | PCN | 1-705 | $72.00 | A. Cantu |
| 520192 | 20050 | Silk Floral Design | 01/05/19 | 01/26/19 | Saturdays | 8-12pm | PCN | 1-705 | $72.00 | A. Cantu |
| 520192 | 20021 | Cake Decorating (2) | 12/10/18 | 12/13/18 | M-TH | 5:30-8:30PM | PCN | 1-802 | $72.00 | Y. Bernal |
| | | | **Delta Area (Edcouch Elsa)** | | | | | | | |
| 520192 | 20085 | Customer Service | 01/08/19 | 01/17/19 | T&TH | 6-9pm | DELTA | SAIL | $ 72.00 | TBA |

**\* Dates and Times are Subject to change**     Updated:     12/3/18