UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20710-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**SENTHIL RAMAMURTHY**,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court on Defendant's Unopposed Motion to Modify his Conditions of Release [ECF No. 98], filed March 8, 2019. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendant's conditions of release are modified to eliminate the condition he be detained at home with a GPS ankle monitor. Defendant shall have a curfew from 9:00 p.m. to 6:00 a.m. Furthermore, Defendant shall seek and actively maintain full-time employment. All other conditions of Defendant's bond remain as previously set.

**DONE AND ORDERED** in Miami, Florida, this 11th day of March, 2019.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record