AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
для the
Southern District of Florida

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No. 18-20710-CR-Altagona/Goodman |
| SENTHIL RAMAMURTHY | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Senthil Ramamurthy

Date: 03/13/2019

*Attorney's signature*

Daniella R. Sterns - 124528
*Printed name and bar number*
Zuckerman Spaeder LLP
101 E. Kennedy Boulevard
Suite 1200
Tampa, FL 33602

*Address*

dsterns@zuckerman.com
*E-mail address*

(813) 221-1010
*Telephone number*

(813) 223-7961
*FAX number*