# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.   18-20710-CR-ALTONAGA/Goodman

**UNITED STATES OF AMERICA**,

　　　　Plaintiff,

vs.

**SENTHIL RAMAMURTHY**, *et al.*,

　　　　Defendants.

_____/

### ORDER OF REFERENCE TO MAGISTRATE JUDGE

**THIS CAUSE** came before the Court on Defendant's *Ex Parte* Motion to Issue Rule 17(c) Subpoenas [ECF No. 103], filed March 25, 2019.   Pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72, and the Magistrate Rules of the Local Rules of the Southern District of Florida, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 103]** is **REFERRED** to United States Magistrate Judge Jonathan Goodman to take all necessary and proper action as required by law.   This Order shall not be filed under seal.

**DONE AND ORDERED** in Miami, Florida, this 26th day of March, 2019.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:　　counsel of record
　　　Magistrate Judge Jonathan Goodman