UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 18-20710(1)-CR-ALTONAGA/GOODMAN

UNITED STATES OF AMERICA,

    Plaintiff,
v.

SENTHIL RAMAMURTHY, et al.

    Defendants.
_____/

### SUPPLEMENTAL ORDER ON DEFENDANT'S MOTION TO ISSUE RULE 17(c) SUBPOENAS

Defendant Senthil Ramamurthy has filed a motion for issuance of Rule 17(c) subpoenas [ECF No. 103], and the Undersigned has required the United States to respond (and has permitted Ramamurthy to file an optional reply) [ECF No. 108]. The specific witnesses at issue and the Defendant's strategic rationale for seeking early, pre-trial production of the documents from the witnesses remain under seal, however.

Although disclosure of the witnesses' identities and the reasons why Defendant seeks documents from them could, of course, reveal Defendant's trial strategy, there is no reason why the **legal authority** cited in the motion must remain confidential. In the Undersigned's view, there is a greater chance that the to-be-filed memoranda will be more comprehensive and helpful if all parties knew the legal authority being relied

upon.

In his motion, in addition to relying on Federal Rule of Criminal Procedure 17(c), Defendant also cites the following legal authority:

- *United States v. Noriega*, 764 F. Supp. 1480, 1492 (S.D. Fla. 1991).

- *United States u. Nixon*, 418 U.S. 683, 700 (1974).

- Fed. R. Evid. 401.

- *United States v. Iozia*, 13 F.R.D. 335, 338 (S.D.N.Y. 1952).

- *United States v. Bachynsky*, No. 04-20250-CR, 2007 WL 1521499, at *2 (S.D. Fla. 2007) (citing *Nixon* and applying *Iozia* factors).

- *United States v. Brown*, No. 11-60285, 2013 WL 1624205, at *3-4 (S.D. Fla. Apr. 15, 2013).

- *United States v. Marshall*, No. 07-20569-CR, 2008 WL 2474662, at *2 (S.D. Fla. June 17, 2008) (noting that while the Court cannot definitively determine admissibility of documents sought in a Rule 17(c) subpoena until the documents are before the Court, the defendant can meet his burden under Rule 17(c) by establishing the documents sought are relevant and sought to be used at trial).

- *United States v. Blake*, No. 13-80054-CR, 2014 WL 1764679, at *4 (S.D. Fla. Mar. 25, 2014).

The parties are free to discuss, or not discuss, the authorities listed above in the memoranda filed in response to the order establishing a briefing schedule. In addition, they are free to discuss other legal authority, as well. But the Undersigned believes that the briefing will be sharper if the parties and their counsel are all on the same legal page

and understand the specific authority being debated.

**DONE AND ORDERED** in Chambers, in Miami, Florida, on March 27, 2019.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
The Honorable Cecilia M. Altonaga
All counsel of record