# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-20710-CR-ALTONAGA/GOODMAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SENTHIL RAMAMURTHY,

    Defendant.
_____/

## WAIVER OF APPEARANCE AT ARRAIGNMENT

The Defendant, SENTHIL RAMAMURTHY, hereby waives his appearance at the arraignment in this case. I am aware that the arraignment will be scheduled before the duty magistrate judge on May 14, 2019. I wish to waive my appearance in order to avoid the expense of travel from my home in Texas to Miami, Florida.

Further, I have received a copy of the second superseding indictment, which I have reviewed with my attorney. I understand the charges contained in the second superseding indictment, and I plead not guilty to each of the counts. Also, I permit Lauren Doyle of Markus/Moss, PLLC to stand in on behalf of my counsel at the arraignment.

I HEREBY DECLARE AND AFFIRM, under penalty of perjury, that the contents of the foregoing are true and correct to the best of my knowledge, information, and belief.

_____
Jack E. Fernandez
Counsel for Defendant
Senthil Ramamurthy

_____
Senthil Ramamurthy