UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-20710-CR-ALTONAGA/GOODMAN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

SENTHIL RAMAMURTHY,

      Defendant.
_____/

**DEFENDANT'S UNOPPOSED MOTION
TO WAIVE HIS APPEARANCE AT ARRAIGNMENT**

The Defendant, SENTHIL RAMAMURTHY, by his undersigned attorneys and pursuant to Federal Rule of Criminal Procedure 10(b), waives his appearance at his arraignment on the second superseding indictment, filed on May 9, 2019, and moves the Court to accept the waiver. The government does not oppose Mr. Ramamurthy's requested relief. The grounds for Mr. Ramamurthy's motion are set forth below.

**Memorandum of Law**

On August 30, 2018, a federal grand jury returned a nineteen-count indictment charging Mr. Ramamurthy with several counts related to health care fraud and kickbacks. Dkt. 3. Mr. Ramamurthy was arrested on September 11, 2018, at his home in McAllen, Texas, and has been on pretrial release since then. Dkt. 7. Mr. Ramamurthy was arraigned on the original indictment on September 27, 2018, and entered a not guilty plea. Dkt. 13.

On December 13, 2018, a federal grand jury returned a superseding indictment, which added an additional defendant and additional counts. Dkt. 32. On January 17, 2019, Mr. Ramamurthy appeared for arraignment on the superseding indictment and again entered a not guilty plea. Dkt. 43.

On May 13, 2019, a federal grand jury returned this most recent second superseding indictment, which added four additional defendants as well as several additional charges involving an entirely separate alleged conspiracy. Dkt. 117. Mr. Ramamurthy waives his appearance at this third arraignment on the second superseding indictment pursuant to Federal Rule of Criminal Procedure 10(b), and moves the Court to accept the waiver. This waiver will permit Mr. Ramamurthy to avoid the expense of lodging and travel from Texas to Florida.

A written waiver of appearance executed by Mr. Ramamurthy is attached as Exhibit 1 to this Motion. As noted in the waiver, Mr. Ramamurthy has received a copy of his indictment, has been advised of its contents, and pleads "not guilty." Exh. 1. Therefore, Mr. Ramamurthy meets the relevant requirements for waiver under Rule 10(b).

Assistant United States Attorney Kevin Larsen has authorized undersigned counsel to represent to this Court that this motion is unopposed.

WHEREFORE, Mr. Ramamurthy respectfully requests that the Court grant his motion to waive his appearance at his arraignment.[1]

---

[1] Mr. Ramamurthy has authorized Lauren Doyle of Markus/Moss, PLLC to stand in on behalf of undersigned counsel at the arraignment. *See* Exh. 1.

## S.D. Fla. Local Rule 7.1(a)(3) Certification

Counsel for Mr. Ramamurthy certifies that he conferred with Assistant United States Attorney Kevin Larsen, who informed undersigned counsel that the government does not oppose Mr. Ramamurthy's request to waive his appearance at the arraignment.

Dated:  May 13, 2019               Respectfully submitted,

/s/ Jack E. Fernandez
Jack E. Fernandez
Fla. Bar No. 843751
Daniella R. Sterns
Fla. Bar No. 124528
Zuckerman Spaeder LLP
101 E. Kennedy Blvd., Suite 1200
Tampa, FL 33602
Tel:  (813) 221-1010
Fax:  (813) 223-7961
jfernandez@zuckerman.com
dsterns@zuckerman.com

Gregg L. Bernstein
*Pro hac vice*
Zuckerman Spaeder LLP
100 E. Pratt St., Suite 2440
Baltimore, MD 21202
Tel:  (410) 332-0444
Fax:  (410) 659-0436
gbernstein@zuckerman.com

*Attorneys for Defendant
Senthil Ramamurthy*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this 13th day of May, 2019 that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. The Clerk of Court will serve a notice of electronic filing on all counsel of record.

/s/ Jack E. Fernandez_____