# MINUTE ORDER

Page 9

## Magistrate Judge Edwin G. Torres

King Building Courtroom 10-5     Date: 5/14/19     Time: 2:00 p.m.

Defendant: Senthil Ramamurthy    J#: Bond    Case #: 18-20710-Cr-Altonaga(s)(s)

AUSA: Kevin Larsen    Attorney: Lauren Doyle for Jack Fernandez

Violation: Consp to Commit Health Care & Wire Fraud; Consp to Defraud the U.S., False Statements, Kickbacks    Surr/Arrest Date:    YOB:

Proceeding: Arraignment on 2nd Superseding Indictment    CJA Appt:

Bond/PTD Held: ☐ Yes ☐ No    Recommended Bond:

Bond Set at:    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language:

Disposition:
WAIVER of Defendant's Appearance (DE 121) accepted by The Court
Defendant Arraigned
Reading of indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:

Report RE Counsel:
PTD/Bond Hearing:
Prel/Arr or Removal:
Status Conference RE:
D.A.R. 14:48:09    Time in Court: 2

s/Edwin G. Torres     Magistrate Judge