UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20710-CR-ALTONAGA/Goodman(s)

IN RE: )
GRAND JURY INVESTIGATIONS WITHIN )
THE FGJ No. 17-03 DISTRICT OF FLORIDA ) 18-20710-CR-ALTONAGA(S)(S)
) Under Seal
_____ )

Sealed
FILED BY _____ D.C.
MAY 15 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## MOTION TO SEAL

The United States of America, by and through the undersigned Assistant United States Attorney, hereby respectfully requests that the Government's Sealed Notice of Filing of Motion To Authorize The Disclosure of Grand Jury Materials To the Department of Justice's Litigation Technology Service Center Under Federal Rule of Criminal Procedure 6(e)(3)(A)(ii). This motion and accompanying order be SEALED until further order of the Court. Copies of these pleadings may be obtained by the United States Attorney's office.

Respectfully submitted,

ARIANA FAJARJO ORSHAN
UNITED STATES ATTORNEY

By: _____
KEVIN LARSEN
Assistant United States Attorney
Court ID No. A5501050
United States Attorney's Office
99 NE 4th Street, 4th Floor
Miami, FL 33132
Tel.: 305.961.9356
Email: kevin.larsen@usdoj.gov