UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20710-CR-ALTONAGA/Goodman(s)

IN RE:
GRAND JURY INVESTIGATIONS WITHIN
THE FGJ No. 17-03 DISTRICT OF FLORIDA

18-20710-CR-ALTONAGA(S)(S)

Under Seal

\_\_ SEALED

\_\_ NOT SEALED

Per Local Rule 5.4(d), the matter(s) shall remain sealed.
\_\_\_\_ years; \_\_\_\_ (specific date): \_\_\_\_ permanently; \_\_\_\_ (other).

**SEALED ORDER**

The United States of America, having applied to this Court for an Order sealing the Government's Sealed Notice of Filing Motion To Authorize The Disclosure of Grand Jury Materials To the Department of Justice's Litigation Technology Service Center Under Federal Rule of Criminal Procedure 6(e)(3)(A)(ii) this motion and accompanying order and the Court finding good cause:

IT IS HEREBY ORDERED that the Government's Sealed Notice of Filing Rough Interview Notes, this motion and accompanying order shall be SEALED until further order of this Court. Copies of these pleadings may be obtained by the United States Attorney's office.

**DONE AND ORDERED** in chambers in Miami, Florida, this \_\_\_\_ day of May 2019.

_____
HONORABLE JOSE E. MARTINEZ
UNITED STATES DISTRICT COURT JUDGE

cc:   Kevin J. Larsen, AUSA