__ SEALED

__ NOT SEALED

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Per Local Rule 5.4(d), the matter(s) shall remain sealed.

_____ years:_____(specific date):

_____ permanently;_____ (other).

IN RE:                                                      )
GRAND JURY INVESTIGATIONS WITHIN    )
THE FGJ No.17-03 DISTRICT OF FLORIDA     )          18-20710-CR-ALTONAGA(S)(S)
                                                           )
_____)

## STANDING ORDER AUTHORIZING DISCLOSURE OF GRAND JURY MATERIALS TO THE DEPARTMENT OF JUSTICE'S LITIGATION TECHNOLOGY SERVICE CENTER UNDER FEDERAL RULE OF CRIMINAL PROCEDURE 6(e)(3)(A)(ii)

Federal Rule of Criminal Procedure 6(e)(3)(A)(ii) authorizes the disclosure of matters occurring before the grand jury, other than its deliberations or votes, to "any government personnel . . . that an attorney for the government considers necessary to assist in performing that attorney's duty to enforce federal criminal law." The Department of Justice has established a secure, state-of-the-art Litigation Technology Service Center (LTSC) in Columbia, South Carolina, operated under government contract to provide highly complex, technical, and computerized data/document processing and review services for all United States Attorneys.

The Court finds that disclosure of grand jury materials to the Department of Justice's LTSC facility, for purposes of technical litigation support and data processing/review services, is warranted to assist prosecutors in the performance of their duty to enforce federal criminal laws.

Accordingly, it is hereby ORDERED pursuant to Rule 6(e)(3)(A)(ii) that matters occurring before the grand jury may be disclosed to LTSC contract employees to provide technical litigation support assistance to the United States Attorney's Office for this District.

Signed this _____ day of _____, 20___.


_____
HONORABLE JOSE E. MARTINEZ
UNITED STATES DISTRICT COURT JUDGE