UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20710-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**SENTHIL RAMAMURTHY**, *et al.*,

    Defendants.

_____/

### ORDER

THIS CAUSE came before the Court on the Government's Motion to Seal [ECF No. 133]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion [ECF No. 133] is **DENIED**, given the Motion to Seal does not contain any sensitive or confidential information. This Order shall not be filed under seal.

**DONE AND ORDERED** in Miami, Florida, this 17th day of May, 2019.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record