UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20710-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**SENTHIL RAMAMURTHY**, *et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court on the Government's Sealed Motion to Authorize the Disclosure of Grand Jury Materials to the Department of Justice's Litigation Technology Service Center Under Federal Rule of Criminal Procedure 6(e)(3)(A)(ii) [ECF No. 134]. While the Motion addresses the request to disclose materials the substance of which are not revealed, it does not explain why it is filed under seal. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion [ECF No. 134] is **GRANTED**. This Order shall not be filed under seal and the Motion [ECF No. 134] shall be unsealed.

**DONE AND ORDERED** in Miami, Florida, this 17th day of May, 2019.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record