**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 18-20710-CR-Altonaga(s)(s)**

**UNITED STATES OF AMERICA**

**v.**

**SENTHIL RAMAMURTHY,**
**MANGALA RAMAMURTHY,**
**ANTHONY MAUZY,**
**THOMAS SAHS,**
**RAJESH MAHBUBANI, and**
**JOHN SCHOLTES,**

      **Defendants.**
_____/

**MOTION FOR PROTECTIVE ORDER GOVERNING**
**THE DISCLOSURE OF PRIVATE HEALTH INFORMATION,**
**IDENTIFYING, AND FINANCIAL INFORMATION**

COMES NOW the United States of America and respectfully requests that this Court enter a protective order regarding discovery to be provided in this case. The discovery in question relates to private health information, identifying information, and sensitive financial information. As grounds for this motion, the United States submits the following:

1. The defendants are charged via a second superseding indictment with conspiracies to commit health care and wire fraud; conspiracies to defraud the United States and to pay and/or receive health care kickbacks as well as substantive counts alleging unlawful receipt and/or payment of health care kickbacks. Defendant Mangala Ramamurthy is also charged with substantive counts of making false statements.[1]

---

[1] On October 12, 2018, this Court granted the government's motion for protective order [D.E.s 22 and 23] as to Defendant Senthil Ramamurthy. The instant motion seeks to expand the existing protective order to all the

2. Pursuant to the Standing Discovery Orders and Rule 16 of the Federal Rules of Criminal Procedure, the United States is obligated to provide discovery to the defendants.

3. Some of the discovery in this case involves the disclosure of private health information that may be subject to the provisions of the Privacy Act, 5 U.S.C. § 552a, to the provisions of 45 C.F.R. §§ 164.102–164.534, or to the provisions of 42 U.S.C. § 1306. The individually identifiable health information contained in the discovery material includes sensitive identifying numbers, patient health information, and billing codes.

4. Some of the discovery in this case contains private financial information of individuals and entities. The sensitive private financial information contained in the discovery in question includes, but is not limited to, bank account numbers, social security numbers, tax information, dates of birth, signatures, and residential addresses, of some defendants and other third-parties. The discovery also includes identifying information of defendants and other individuals, including social security numbers, Tricare and Medicare numbers, dates of birth, and addresses associated with Tricare and Medicare beneficiaries.

5. Pursuant to the Standing Discovery Order, the United States seeks to disclose to defense counsel records and documents that contain this individually identifiable health information and sensitive private financial information. The discovery includes documents contained in computer disks provided by Tricare and Medicare that contain individually identifiable health information relating to an individual, and documents provided by banks that contain sensitive private financial and identifying information. In order to comply with its

---

defendants now charged by the Second Superseding Indictment. Moreover, because the Second Superseding Indictment now alleges fraud on both the Tricare *and* Medicare programs, this motion and proposed order reflects the addition of Medicare-related information to be protected.

discovery obligations, undersigned counsel must produce, or make available for inspection, those documents relating to individually identifiable health information relating to an individual and documents containing sensitive private financial information. The documents and files in question are voluminous, therefore redacting them for individually identifiable health information and sensitive private financial information is impracticable. The instant motion and proposed order seeks to achieve the purpose of prompt disclosure of discovery by the government to the defendants while simultaneously protecting the privacy rights of uninvolved third parties.

6. The United States requests the Court enter the attached proposed protective order governing the disclosure, use, and disposal, of this individually identifiable health information and sensitive private financial information. The United States seeks to produce this information as "confidential," to be used only for purposes of this litigation, and to restrict its disclosure to non-parties of this litigation only as needed for this litigation, and only after the non-party understands the protective order and agrees to abide by the protective order. In view of the sensitive nature of this information and the nature of the charges, the United States also seeks to have defendants' access to the confidential discovery be governed and/or supervised by his defense counsel under the instruction that documents and data produced by the government may be reviewed and/or used only in connection with the above-captioned court proceedings; all other would-be uses are prohibited. Federal Rule of Criminal Procedure 16 (d)(1) gives the Court discretion to issue the proposed protective order.

7. On May 15, 2019, undersigned counsel contacted counsel for the defendants to obtain their position on this motion. Counsel for all of the defendants stated that they do not object to the government's motion.

3

WHEREFORE, it is requested that this Court, pursuant to the Standing Discovery Order and Rule 16(d)(1) of the Federal Rules of Criminal Procedure, enter the attached protective order concerning the disclosure of individually identifiable health information and sensitive financial information.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: s/Kevin J. Larsen
Kevin J. Larsen
Assistant United States Attorney
Court No.   A5501050
99 N.E. 4th street
Miami, FL 33132
Telephone: (305) 961-9356
E-mail: kevin.larsen@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF this May 28, 2019.

s/Kevin J. Larsen
Assistant United States Attorney
