UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-20710-CR-ALTONAGA(s)(s)

**UNITED STATES OF AMERICA**

vs.

**SENTHIL RAMAMURTHY and
MANGALA RAMAMURTHY,**

    **Defendants.**
_____/

### GOVERNMENT'S SIXTH RESPONSE TO THE STANDING DISCOVERY ORDER

COMES NOW, THE UNITED STATES OF AMERICA, by and through the undersigned Assistant United States Attorney and files this response to the Standing Discovery Order. On or about May 29, 2019, the government produced to counsel for the defendants, additional documents with bates range of:

- DOJ01-000001 through DOJ01-000012

This supplemental production is made pursuant to the government's continuing duty to disclose information as required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Naupe, and the obligation to assure a fair trial.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY


By:   /s/Kevin J. Larsen_____
      Kevin J. Larsen
      Assistant United States Attorney
      Court No. A5501050
      99 N.E. 4th Street, 4th Floor
      Miami, FL 33132
      Tel: 305-961-9356
      Fax: 305-536-4699
      Kevin.Larsen@usdoj.gov

**CERTIFICATE OF SERVICE**

2

**I HEREBY CERTIFY** that on May 28, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and on or about May 28, 2019.

/s/Kevin J. Larsen
Kevin J. Larsen
Assistant United States Attorney