**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 18-20710-CR-ALTONAGA(s)(s)**

**UNITED STATES OF AMERICA**

vs.

**SENTHIL RAMAMURTHY and**
**MANGALA RAMAMURTHY,**

    **Defendants.**
_____/

**GOVERNMENT'S SUPPLEMENT TO SIXTH RESPONSE TO THE STANDING**
**DISCOVERY ORDER**

    COMES NOW, THE UNITED STATES OF AMERICA, by and through the undersigned Assistant United States Attorney and files this supplement to the sixth response to the Standing Discovery Order. On or about May 29, 2019, the government produced to counsel for the above-captioned defendants, additional documents with bates range of DOJ01-000001 through DOJ01-000012[1]. On or about May 30, 2019, the government produced additional documents with bates range of MOCD-0000001 through MOCD-0032270.

    This supplemental production is made pursuant to the government's continuing duty to disclose information as required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Naupe, and the obligation to assure a fair trial.

    A.    1.    Written or recorded statements made by the defendant:
                The government obtained written statements made by one or more of the above-captioned defendants in the form of e-mails and/or text messages between one or more co-conspirators. These e-mails and/or text messages

---

[1] This bates range reflects a temporary folder for documents to be processed in e-discovery format. Upon processing, the individual documents in the temporary folder will receive new bates numbers and a replacement document production will be made by the government with newly-assigned bates numbers.

      were produced to counsel for the defendant on or about May 29, 2019 and on May 30, 2019.

5. Books, papers, documents, photographs, tangible objects, buildings or places which the government intends to use as evidence at trial to prove its case-in-chief, or which were obtained from or belonging to the defendant:

      Documents responsive to this category were provided to counsel for the defendants on or about May 29, 2019 and May 30, 2019. The government will supplement this information as necessary.

N. The government anticipates calling expert witnesses regarding pharmacy compounding, telemedicine and genetic testing. The government will provide the names, CVs and a summary of their respective opinions in a separate communication.

      The government also anticipates that it may call one or more witnesses from Tricare, Medicare, and/or Express Scripts to testify regarding rules and regulations related to the claims and/or reimbursement process at issue in this case. Should this testimony even qualify as expert opinion within the rules, the government will timely disclose a written summary of testimony the government reasonably expects to offer at trial as required under Rules 702, 703, or 705 of the Federal Rules of Evidence.

      The government hereby demands a written summary of expert testimony that the defense reasonably expects to offer at trial, if any, pursuant to Rules 702, 703, or 705 of the Federal Rules of Evidence, describing the witnesses' opinions, the bases and the reasons for those opinions, and the witnesses' qualifications.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: /s/Kevin J. Larsen
Kevin J. Larsen
Assistant United States Attorney
Court No. A5501050
99 N.E. 4th Street, 4th Floor
Miami, FL 33132
Tel: 305-961-9356
Fax: 305-536-4699
Kevin.Larsen@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 30, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and on or about May 30, 2019 by means of U.S. mail to Jack Fernandez, Esq., at 101 E. Kennedy Blvd., Suite 1200, Tampa, FL 33602.

/s/Kevin J. Larsen
Kevin J. Larsen
Assistant United States Attorney