**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-20710-CR-ALTONAGA(s)(s)**

**UNITED STATES OF AMERICA**

vs.

**SENTHIL RAMAMURTHY and
MANGALA RAMAMURTHY,**

    **Defendants.**
_____/

## GOVERNMENT'S RESPONSE TO THE STANDING DISCOVERY ORDER

COMES NOW, THE UNITED STATES OF AMERICA, by and through the undersigned Assistant United States Attorney and files this seventh response to the Standing Discovery Order.[1] On or about June 4, 2019, the government produced to counsel for the above-captioned defendants, additional documents with bates range of:

- DOJ01-000014 through DOJ01-000021[2]
- XYN-0000001 through XYN-0000013.

This supplemental production is made pursuant to the government's continuing duty to disclose information as required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, <u>Brady</u>, <u>Giglio</u>, <u>Naupe</u>, and the obligation to assure a fair trial.

    Respectfully submitted,

    ARIANA FAJARDO ORSHAN
    UNITED STATES ATTORNEY

---

[1] The instant response is the government's ninth response as to Defendant Senthil Ramamurthy, and the seventh response as to Defendant Mangala Ramamurthy.

[2] This bates range reflects a temporary folder for documents to be processed in e-discovery format. Upon processing, the individual documents in the temporary folder will receive new bates numbers and a replacement document production will be made by the government with newly-assigned bates numbers.

By: /s/Kevin J. Larsen
Kevin J. Larsen
Assistant United States Attorney
Court No. A5501050
99 N.E. 4th Street, 4th Floor
Miami, FL 33132
Tel: 305-961-9356
Fax: 305-536-4699
Kevin.Larsen@usdoj.gov

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 5, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and on or about June 4, 2019 by means of U.S. mail to Jack Fernandez, Esq., at 101 E. Kennedy Blvd., Suite 1200, Tampa, FL 33602.

/s/Kevin J. Larsen
Kevin J. Larsen
Assistant United States Attorney