**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 18-20710-CR-ALTONAGA(s)(s)**

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**SENTHIL RAMAMURTHY**,
**MANGALA RAMAMURTHY**,
**ANTHONY MAUZY**,
**THOMAS SAHS**,
**RAJESH MAHBUBANI**, and
**JOHN SCHOLTES**,

    Defendants.
_____/

## ORDER CONTINUING TRIAL

**THIS CAUSE** came before the Court on June 6, 2019 for a status conference, and upon the Defendants' *ore tenus* Motion to Continue the Trial. The Court has considered the Motion, and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The interests of justice served by a continuance outweigh any interest of the public or the Defendants in a speedy trial. As a result, the period of delay resulting from this continuance – *i.e*., from the date the Motion was presented, June 6, 2019, to including the date trial commences – is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161. The parties shall adhere to the following pre-trial and trial schedule:

1. The Government provides it expert witness summaries or reports by **October 1, 2019**.

2. Defendants provide their expert witness summaries or reports by **October 28, 2019**.

CASE NO. 18-20710-CR-ALTONAGA

3. All pre-trial motions and motions *in limine* must be filed by **November 8, 2019**. Each party is limited to filing one motion *in limine*; Defendants shall file a combined motion. Motions *in limine* may exceed the page limits allowed by the Rules.

4. The Government files its exhibit and witness lists by **December 2, 2019**.

5. Defendants file their exhibit and witness lists by **December 17, 2019**.

6. The deadline for the tendering of guilty pleas is **December 16, 2019**. *See, e.g.*, *United States v. Gamboa*, 166 F.3d 1327, 1331 (11th Cir. 1999) (citing *United States v. Ellis*, 547 F.2d 863, 868 (5th Cir. 1977)).

7. Calendar call will be held on **Tuesday, January 14, 2020 at 9:00 a.m.** The case is set for **Jury Trial** on **January 22, 2020**, or as set at calendar call.

**DONE AND ORDERED** in Miami, Florida, this 7th day of June, 2019.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record