UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20710-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**RAJESH MAHBUBANI**,

    Defendant.

_____/

## ORDER

THIS CAUSE came before the Court on the Motion to File Under Seal [ECF No. 175], filed on July 3, 2019. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The documents are permitted to be filed under seal and shall remain under seal until July 3, 2020. This Order shall not be filed under seal.

**DONE AND ORDERED** in Miami, Florida, this 3rd day of July, 2019.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record