UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-20710-CR-ALTONAGA

UNITED STATES OF AMERICA

vs.

SENTHIL RAMAMURTHY,
MANGALA RAMAMURTHY,
ANTHONY MAUZY,
THOMAS SAHS,
RAJESH MAHBUBANI, and
JOHN SCHOLTES,

    Defendants.
_____/

**[PROPOSED] ORDER**

Upon consideration of the Motion for Misjoinder filed by defendants Anthony Mauzy, Thomas Sahs, and Rajesh Mahbubani and the entire record therein, it is by the Court this _____ day of _____, 2019, hereby

ORDERED that the motion be, and is hereby GRANTED and further

ORDERED that the Second Superseding Indictment filed on May 13, 2019 be DISMISSED as it pertains to defendants Anthony Mauzy, Thomas Sahs, and Rajesh Mahbubani.

                                          _____
                                          Honorable Cecilia M. Altonaga
                                          United States District Judge

Copies to: Counsel of Record