## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20710-CR-ALTONAGA(s)(s)

UNITED STATES OF AMERICA

vs.

SENTHIL RAMAMURTHY
MANGALA RAMAMURTHY,
ANTHONY MAUZY, THOMAS SAHS,
RAJESH MAHBUBANI, and
JOHN SCHOLTES,

   **Defendants.**
_____/

## GOVERNMENT'S SUPPLEMENTAL RESPONSE TO
## THE STANDING DISCOVERY ORDER

COMES NOW, THE UNITED STATES OF AMERICA, by and through the undersigned Assistant United States Attorney and files this supplemental response to the Standing Discovery Order. On or about August 9, 2019, the government produced to counsel for the above-captioned defendants, a DVD bate stamped GOV10-000001.

This supplemental production is made pursuant to the government's continuing duty to

disclose information as required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Naupe, and the obligation to assure a fair trial.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:   /s/Kevin J. Larsen
Kevin J. Larsen
Assistant United States Attorney
Court No. A5501050
99 N.E. 4th Street, 4th Floor
Miami, FL 33132
Tel: 305-961-9356
Fax: 305-536-4699
Kevin.Larsen@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 9, 2019, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF. In addition, a DVD bate stamped GOV10-000001 was sent via Federal Express to: Jack E. Fernandez, Jr., Esq., Zuckerman Spaeder LLP, 101 E. Kennedy Blvd., Suite 1200, Tampa, FL 33602; David O. Markus, Esq., Markus/Moss PLLC, 40 NW Third Street, Penthouse 1, Miami, FL 33128; Ryan K. Stumphauzer, Esq., Stumphauzer Foslid Sloman et al., 2 South Biscayne Boulevard, Suite 2550, Miami, FL 33131; Andrew S. Feldman, Feldman Firm PLLC, 200 S. Biscayne Boulevard, Suite 2790, Miami, FL 33131; Marissel Descalzo, Esq., Tache, Bronis, et al., 150 S.E. Second Ave., Suite 600, Miami, FL 33131; and Jeffrey D. Marcus, Esq., 2 South Biscayne Boulevard, Suite 1750, Miami, FL 33131.

/s/Kevin J. Larsen
Kevin J. Larsen
Assistant United States Attorney