UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20710-CR-ALTONAGA(s)(s)

UNITED STATES OF AMERICA

vs.

**SENTHIL RAMAMURTHY**
**MANGALA RAMAMURTHY,**
**ANTHONY MAUZY, THOMAS SAHS,**
**RAJESH MAHBUBANI, and**
**JOHN SCHOLTES,**

     **Defendants.**
_____/

## GOVERNMENT'S NOTICE OF STRIKING

The United States of America, by and through the undersigned Assistant United States Attorney hereby files this Notice of Striking. On August 9, 2019, the Government filed its Supplemental Response to the Standing Discovery Order. However, in so filing, the document was erroneously filed under the wrong entry (Notice of Intent to Rely Upon Witness(es) to Oppose Defense Based Upon Public Authority (DE 190)). Accordingly docket entry 190 should be stricken and replaced by docket entry 191.

           Respectfully submitted,
           ARIANA FAJARDO ORSHAN
           UNITED STATES ATTORNEY

By:   /s/Kevin J. Larsen_____
       Kevin J. Larsen
       Assistant United States Attorney
       Court No. A5501050
       99 N.E. 4th Street, 4th Floor
       Miami, FL 33132
       Tel: 305-961-9356
       Fax: 305-536-4699
       Kevin.Larsen@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 9, 2019, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF. In addition, a DVD bate stamped GOV10-000001 was sent via Federal Express to: Jack E. Fernandez, Jr., Esq., Zuckerman Spaeder LLP, 101 E. Kennedy Blvd., Suite 1200, Tampa, FL 33602; David O. Markus, Esq., Markus/Moss PLLC, 40 NW Third Street, Penthouse 1, Miami, FL 33128; Ryan K. Stumphauzer, Esq., Stumphauzer Foslid Sloman et al., 2 South Biscayne Boulevard, Suite 2550, Miami, FL 33131; Andrew S. Feldman, Feldman Firm PLLC, 200 S. Biscayne Boulevard, Suite 2790, Miami, FL 33131; Marissel Descalzo, Esq., Tache, Bronis, et al., 150 S.E. Second Ave., Suite 600, Miami, FL 33131; and Jeffrey D. Marcus, Esq., 2 South Biscayne Boulevard, Suite 1750, Miami, FL 33131.

/s/Kevin J. Larsen
Kevin J. Larsen
Assistant United States Attorney