## <u>EXHIBIT INDEX</u>

Exhibit A        Government's Trial Road Map

Exhibit B        Email dated June 21, 2015 – Subject: 7k cancer buccal swab

Exhibit C        Email dated June 25, 2015 – Subject: Pre cancer mall hustle

Exhibit D        Email dated July 30, 2015 – Subject CHC presentation and attachment

Exhibit E        SKR Services – July 2015

Exhibit F        Email dated July 31, 2015 – Subject: Thanks for Attending the PREVENTEST
Webinar Slides Attached

Exhibit G        Email dated July 29, 2015 – Subject: Chc presentation

Exhibit H        Med Health Quest, Sales Orientation – Update: Dec 7, 2015

Exhibit I        Med Health Quest Promotes Health & Wellness

Exhibit J        Letter dated February 16, 2016 regarding MHQ Ventures, LLC Termination of
Marketing Services Agreement

# EXHIBIT A

| Week 1 | Day 1 | Time | Day 2 | Time | Day 3 | Time | Day 4 | Time | Day 5 | Time |
|---|---|---|---|---|---|---|---|---|---|---|
| | Tricare Program Witness | 1 | Asif Uddin | Day | Jennifer Carbon | 1/2 Day | Tricare (compounding) Marketers | Day | Tricare (compounding) Marketers | Day |
| | Asif Uddin | 7 | | | Compounding Pharmacy Principal | 1/2 Day | Compounding Marketer #1 (R.G.) | 3 | Compounding Marketer #3 (B.S.) | 3 |
| | | | | | | | Compounding Marketer #2 (D.B.) | 3 | Compounding Marketer #4 (C.K.) | 3 |

| Week 2 | Day 1 | Time | Day 2 | Time | Day 3 | Time | Day 4 | Time | Day 5 | Time |
|---|---|---|---|---|---|---|---|---|---|---|
| | Tricare Compounding Beneficiaries | Day | Tricare Compounding Beneficiaries | | Fact Witness (A.N.) | 1 | Medicare Program Witness | 2 | Genetic Testing Marketer #2 (A.T.) | 1.5 |
| | Beneficiary #1 (J.V.) | 1.5 | Beneficiary #6 (J.H.) | 1.5 | Special Agent Caleb King | 4 | Expert Witness #2 | 2 | Genetic Testing Marketer #3 (R.C.) | 2.5 |
| | Beneficiary #2 (J.R.) | 1.5 | Beneficiary #7 (D.B.) | 1.5 | Expert Witness #1 | 3 | Genetic Testing Marketer #1 | 2 | Genetic Testing Marketer #4 (L.C.) | 2.5 |
| | Beneficiary #3 (C.M.) | 1.5 | Beneficiary #8 (L.W.) | 1.5 | | | Cooperating Witness #1 | 2 | Genetic Testing Marketer #5/Beneficiary (A.L.) | 1.5 |
| | Beneficiary #4 (J.R.) | 1.5 | Analyst Lisa Klitz | 3 | | | | | | |
| | Beneficiary #5 (S.T.) | 1.5 | | | | | | | | |

| Week 3 | Day 1 | Time |
|---|---|---|
| | Medicare Beneficiary #1 (M.C.) | 1 |
| | Fact Witness #2 (S.N.) | 1 |
| | Medicare Beneficiary #2 (A.C.) | 1 |
| | Medicare Beneficiary #3 (D.R.) | 1 |
| | Medicaid Beneficiary #4 (R.L.) | 1 |
| | Medicare Beneficiary #5 (Y.M./H.S.) | 1 |

| Witness Name | Summary of Relevant Testimony | Indictment Count |
|---|---|---|
| Tricare Program Witness | Testify about Tricare program, including rules and regulations related to submission and payment of claims; rules and regulations regarding use of Telemedicine. | 1-35 |
| Asif Uddin | Recruited into Compounding Pharmacy Conspiracy by Ramamurthy; targeted and referred Tricare beneficiaries to Ramamurthy in exchange for kickbacks; paid kickbacks to others in exchange for referral of Tricare beneficiaries; participation in compounding scheme with MHQV defendants and Scholtes; Dr. Mangala Ramamurthy's participation in Compounding Pharmacy Conspiracy; patients' receipt of compounded medications without speaking to physicians, co-pay waivers, pre-determined formulations; Genetic Testing Conspiracy and efforts by Ramamurthy to recruit him into that scheme. | 1, 10, 25-26, 31-32, 35, 39 |
| Jennifer Carbon | Recruited into Compounding Pharmacy Conspiracy by Ramamurthy; forged prescriptions and referred Tricare beneficiaries to Ramamurthy and MHQV Defendants in exchange for kickbacks; ratification of prescriptions without speaking to patients. | 1, 10, 27, 29, 32 |
| Compounding Pharmacy Principal | Principal of Pharmacy 2 that paid kickbacks to Ramamurthy and Scholtes in exchange for referral of Tricare beneficiary prescriptions; payment arrangement pharmacy had with defendants; Pharmacy 2 processes related to processing and dispensing compounded medications to Tricare beneficiaries referred by defendants; process for submission and receipt of claim payments tied to Tricare beneficiaries referred by defendants to Pharmacy 2; participation with Ramamurthy, Scholtes and others in meetings regarding use of telemedicine for obtaining prescriptions; prescription pads used by Pharmacy 2. | 1, 10-24 |
| Compounding Marketer #1 (R.G.) | Recruited and referred Tricare beneficiaries to MHQV defendants, Ramamurthy and Scholtes; Received payments in exchange for the recruitment and referral of the Tricare beneficiaries. | 1, 10, 34 |
| Compounding Marketer #2 (D.B.) | Recruited and referred Tricare beneficiaries to MHQV defendants, Ramamurthy and Scholtes; Received payments in exchange for the recruitment and referral of Tricare beneficiaries; Genetic Testing plan/conspiracy. | 1, 10, 33, 39 |

| Witness Name | Summary of Relevant Testimony | Indictment Count |
|---|---|---|
| Compounding Marketer #3 (B.S.) | Recruited and referred Tricare beneficiaries to Ramamurthy, MHQV defendants and Scholtes; received payments in exchange for the recruitment and referral of Tricare beneficiaries. | 1,10 |
| Compounding Marketer #4 (C.K.) | Recruited and referred Tricare beneficiaries to Ramamurthy, MHQV defendants and Scholtes; received payments in exchange for the recruitment and referral of Tricare beneficiaries. | 1, 10 |
| Tricare Beneficiary #1 (J.V.) | Tricare beneficiary recruited to receive compounded medications from Pharmacy 1 and/or 2; did not speak to prescribing physician. | 1, 2, 10 |
| Tricare Beneficiary #2 (J.R.) | Tricare beneficiary recruited to receive compounded medications from Pharmacy 1 and/or 2; did not speak to prescribing physician. | 1,3, 10 |
| Tricare Beneficiary #3 (C.M.) | Tricare beneficiary recruited to receive compounded medications from Pharmacy 1 and/or 2; did not speak to prescribing physician. | 1, 4, 6, 10 |
| Tricare Beneficiary #4 (J.R.) | Tricare beneficiary recruited to receive compounded medications from Pharmacy 1 and/or 2; did not speak to prescribing physician. | 1, 5, 10 |
| Tricare Beneficiary #5 (S.T.) | Tricare beneficiary recruited to receive compounded medications from Pharmacy 1 and/or 2; did not speak to prescribing physician. | 1, 7, 10 |
| Tricare Beneficiary #6 (J.H.) | Tricare beneficiary recruited to receive compounded medications from Pharmacy 1 and/or 2; did not speak to prescribing physician. | 1, 8, 10 |
| Tricare Beneficiary #7 (D.B.) | Tricare beneficiary recruited to receive compounded medications from Pharmacy 1 and/or 2; did not speak to prescribing physician. | 1, 9, 10 |
| Tricare beneficiary #8 (L.W.) | Tricare beneficiary recruited to receive compounded medications from Pharmacy 1 and/or 2; did not speak to prescribing physician. | 1, 10 |
| Analyst Lisa Klitz | Testify about flow of proceeds from Tricare and Medicare to various defendants; testify about kickback transactions between Ramamurthy, MHQV defendants and Scholtes; provide summary testimony related to specific claims identified in indictment. | 1, 10, 11-35, 39 |

| Witness Name | Summary of Relevant Testimony | Indictment Count |
|---|---|---|
| Fact Witness (A.N.) | Testify regarding allegations contained in false statement count. | 38 |
| SA Caleb King | Testify regarding allegations in false statement counts; testify regarding investigation and regarding interviews with one or more defendants. | 1, 10, 36-38, 39 |
| Expert Witness #1 | Expert testimony related to compounding claims and use of telemedicine in compounding and genetic testing schemes. | 1-10, 39 |
| Medicare Program Witness | Testify about Medicare Rules and Regulations regarding genetic testing and Medicare rules and regulations related to payment of claims for genetic testing procedures. | 39 |
| Expert Witness #2 | Testify about use of genetic testing in connection with treatment of patients. | 39 |
| Genetic Testing Marketer #1 (O.G.) | Testify regarding participation in Genetic Testing Conspiracy and involvement with defendants Dr. Mangala Ramamurthy and Ramamurthy. | 39 |
| Cooperating Witness #1 | Testify to facts relevant to Pharmacy Compounding and Kickback Conspiracies; testify regarding knowledge of and participation in Genetic Testing Conspiracy; testify regarding knowledge of involvement by defendants Dr. Mangala Ramamurthy and Scholtes. | 1, 10, 39 |
| Genetic Testing Marketer #2 (A.T.) | Testify regarding participation in Genetic Testing Conspiracy and involvement with defendants Dr. Mangala Ramamurthy and Ramamurthy. | 39 |
| Genetic Testing Marketer #3 (R.C.) | Testify regarding participation in Genetic Testing Conspiracy and involvement with defendants Dr. Mangala Ramamurthy and Ramamurthy. | 39 |
| Genetic Testing Marketer #4 (L.C.) | Testify regarding participation in Genetic Testing Conspiracy and involvement with defendant Ramamurthy. | 39 |
| Genetic Testing Marketer #5 (A.L.) | Testify regarding participation in Genetic Testing Conspiracy and involvement with defendant Ramamurthy. | 39 |
| Medicare Beneficiary #1 (M.C.) | Testify regarding receipt of genetic cancer test; lack of relationship with prescribing physician; receipt of test results (if any). | 39 |
| Fact Witness #2 (S.N.) | Medical power of attorney for brother who received genetic cancer test; lack of relationship with prescribing physician; receipt of test results (if any). | 39 |

| Witness Name | Summary of Relevant Testimony | Indictment Count |
|---|---|---|
| Medicare Beneficiary #2 (A.C.) | Testify regarding receipt of genetic cancer test; lack of relationship with prescribing physician; receipt of test results (if any). | 39 |
| Medicare Beneficiary #3 (D.R.) | Testify regarding receipt of genetic cancer test; lack of relationship with prescribing physician; receipt of test results (if any). | 39 |
| Beneficiary #4 (R.L.) (Medicaid Bene) Georgia | Testify regarding receipt of genetic cancer test; lack of relationship with prescribing physician; receipt of test results (if any). | 39 |
| Medicare Beneficiaries #5/6 (Y.M./H.S.) | Testify regarding receipt of genetic cancer test; lack of relationship with prescribing physician; receipt of test results (if any). | 39 |

# EXHIBIT B

**Sent:** Sunday, June 21, 2015 12:00:19 AM
**Subject:** Re: 7k cancer buccal swab
**From:** New Berlin <teleportdoor@gmail.com>
**To:** R Kumar <rama1.vim@gmail.com>
**Cc:** Thomas Sahs <tomsahs@gmail.com>

Holy shit@! Let's get it.

----------------------
SidianAgency.com
Real world design & IT solutions for the public sector, b2b, and entertainment industries.
LinkedIn.com/in/anthonymauzy

On Sat, Jun 20, 2015 at 5:45 PM, R Kumar <rama1.vim@gmail.com> wrote:

  Behold! The holy grail.
Let goto new York and meet the owners ASAP and unroll this in every mall in America.

GOV08-025982

# EXHIBIT C

**From:**   Thomas Sahs <tomsahs@gmail.com>
**Subject:**   Pre cancer mall hustle
**Sent:**   Thursday, June 25, 2015 10:33:18 AM
**To:**   Anthony Mauzy <amauzy@medhealthquest.com>, John Scholtes <jscholtes@compass.md>, Roger <rajeshm42@gmail.com>, R Kumar <rama1.vim@gmail.com>

Mhq wellness kiosk:
A resource for public health located in shopping malls across the USA. Each kiosk will offer onsite pre cancer dna screening and other swab tests, access to telemedicine and compound pharmaceuticals and creams.

Target:
Tricare is still a good target with avg reimbursements of 8k per swab. Medicaid and Medicare are steady with lower reimbursements and commercial ppo payers work as well.

Basic set up:
- 1 cart or kiosk located in a strategic mall location based on insurance demographics.
- Appropriate signage
- 3 hourly employees (nursing students, mall rats)
- bucal swab kits
- iPad
- clip boards and pens
- paperwork
- delivery box
- flyers and or brochures
- appropriate seating
- local doctor relationship
- fedex account

Transaction process:
The swab takes roughly 5 min per patient (90 seconds for swab, 3-4 min for paperwork)
After the swab is conducted our staff will probe for compounding needs.  If there is interest they will refer to telemedicine.
At day's end all of the swabs will be collected into a box and shipped overnight to the local doctors office. The doctor will then process each swab and send directly to the lab.

Estimated monthly Costs:
- bucal swab kits - $0
- iPad - $500 (onetime)
- clipboards and pens - $100
- paper work/printing - $100
- delivery box - $200
- flyers/brochures - $250
- seating - $300 (one time)
- local dr - $5000/mo
- fedex - $1000/mo
- labor - 3 x employees @ $20/hr x 50 hr/wk = $12000/mo
- manager - $5000/mo override
- mall rent - $2000/mo
- signage - $500 (one time)

Pilot month total: $27000
Normal Monthly total: $25000

Estimated income based on:
30% retention rate

15% lab payout
30 leads/day
6 days/wk open
Medicaid Bucal swabs only (no counting all other products) reimbursing at 3500/test

Low end: $113,400 gross monthly income
High end (tricare $8000/test): $259,200 gross monthly income


Sent from my iPhone

GOV08-029561

# EXHIBIT D

**From:**      thomas sahs <tomsahs@gmail.com>
**Sent:**      Thursday, July 30, 2015 9:05:01 AM
**Subject:**   CHC presentation
**To:**        Anthony Mauzy <amauzy@medhealthquest.com>, Roger M <rajeshm42@gmail.com>,
"jscholtes@compass.md" <jscholtes@compass.md>, R Kumar <rama1.vim@gmail.com>
Draft - CHC Presentation Deck - July 2015.pdf


--
Thomas Sahs
512 550 1598

GOV08-021786



Med Health Quest

# Gene ID PreventTest Overview

## DNA Sequencing via Telemedicine

**July 2015**

GOV08-021787

# Our Goals of This Presentation

1. We would like to acquaint your company with the Gene ID test and how other companies are using telemedicine to market this test.

2. We would like to show you a partnership opportunity that can benefit both Med Health Quest and CHC.

GOV08-021788

# Our Vision

## To Expand to Lab / Diagnostic Testing in Q3 and Q4 of 2015

- Our Core Product : PREVENTEST ™
  - Non-invasive cancer risk pre-disposition test
  - Tests for : Breast, Ovarian, Colorectal, Endometrial, Prostate, Pancreas, Stomach and Skin
  - Performed with a simple mouth rinse and buccal swab
  - Results returned within 7-9 business days after insurance verification
  - Physician is not required to be present at the time of the swab
  - Results are delivered to the patient's primary care physician

GOV08-021789

# Process

1. **MHQ marketing: Patient Screening**
   - Use GeneID scorecard screener to identify patient's personal and familial cancer history.
   - <u>Patient</u>:
     - Sign Online requisition and consent form
     - Insurance Verification

2. **CHC triage and consult**
   - <u>Physician</u>:
     - Sign requisition and consent form
     - Document Medical Necessity
     - Sends requisition form to lab



# Process

**3.   AMD: PreventTest  Kit Ships Direct to Patient**
- ○   Will arrive via Fedex
- ○   <u>Patient Instructions</u>:
  - ■   Rinse with mouthwash for 30 seconds and spit into collection tube
  - ■   Buccal swab for 45 seconds (patients who cannot use mouthwash can use 2 swabs)
  - ■   Place specimens and signed forms into FedEex envelope & Send back to lab

GOV08-021791

# Process

4. **Follow Up**
   a. <u>Results</u>
      - Results returned within 7 business days via web portal, HIPAA compliant email, fax and hard copy to primary care physician
      - Additional Genetic Consultation services are provided by lab for test result analysis and preventative planning
   b. <u>Insurance</u>:
      - Covered by covered by both government and commercial plans
      - If there is a out of pocket expense we will contact the patient prior to running the test

GOV08-021792

# Benefits of Genetic Testing via Telehealth

- Effective for High Volume Marketers

- Discrete

- Medical necessity is documented by the scorecard screener

- Telehealth Methodology aligns with PREVENTEST  workflow

  ○ The kit is shipped directly back and forth to patient

  ○ The results are delivered to the primary care physician

  ○ The lab offers additional telephone based Genetic Consultation services.

GOV08-021793

# Partnership Opportunity

Med Health Quest would like to partner with CHC to bring this to other marketers within the CHC client base. This would allow for both all parties to greatly benefit.

**How it works:**

- Med Health Quest will facilitate a 15% distributorship agreement for any company that is marketing through CHC.
- Med Health Quest and CHC will split a 10% override on each marketing group that signs a distribution agreement with AMD.
- CHC also benefits through its core business of gaining more physician consults.

GOV08-021794

# Thank You!

 Med Health Quest

Senthil Ramamurthy, M.D.

John Scholtes

Thomas Sahs

thomas@medhealthquest.com

(512) 550-1598

GOV08-021795

# EXHIBIT E

# SKR Services

July 2015

## Assessing compounded pharmaceuticals and the condition of certain Provider-sponsored Health Plans

With a national footprint, SKR Services was initially formed to market compounded pharmaceutical products and services. As the reimbursement landscape is constantly compressing and changing, please note the included (and valuable) intel that should help to increase your effectiveness and efficiencies in the further marketing of these value added products.

As you are aware, Compounding is the creation of a drug by a licensed pharmacist to meet the unique needs of an individual patient when commercially available drugs do not meet those needs.

Examples of the ways that our affiliated pharmacies customize medications with a doctor's prescription to meet a patient's needs, include:

- Adjust strength or dosage.
- Reformulate the drug to exclude an unwanted, nonessential ingredient, such as gluten or a dye that a patient is allergic to.
- Change the form of the medication for patients who, for example, have difficulty swallowing or experience stomach upset when taking oral medication.

Compounding pharmacists can put drugs into specially flavored liquids, topical creams, suppositories, or other dosage forms suitable for patients' unique needs.

## Health Plans that cover compounded pharmaceuticals

As there are a growing number of health plans not covering compounded pharmaceuticals, SKR has developed the following list of employers that provide coverage of these products for their Members:

This message is intended for review by the person or entity to which it is addressed and may contain corporate information that is confidential or privileged, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this information is strictly prohibited. If you have received this message by error, please notify us immediately and destroy the related message.

GOV08-008180

**EMPLOYER**

Bank of America Corporation
AMTRAK
Basic Energy Services
Biomet
CELGENE
Cherokee Nation Enterprise
Faith Technologies
Federal Corrections Center
First United Bank
**ILWU PMA Coastwise**
Kellog
Medtronic
Muscogee (Creek) Nation
Quest Diagnostics INC
Randstand
Shell Exploration & Production
Southwest Airlines
Spirit Aerosystems
State Farm
The Goodyear Tire & Rubber Co
US Department Of Homeland Security
Usps Main office
Utility Contractors, Inc
**Walt Disney Company**
xerox

While each of the above Companies provide different pharmacy benefits, SKR Reps realizing the greatest success have been by servicing Walt Disney and ILWU (aka Int'l Longshore & Warehouse Union) employees.

SKR will host a teleconference the Week of July 13th, 2015 to discuss marketing strategies "that work" as well as provide an overview of the regulatory landscape to ensure complete compliance.

**Attendance is required as the following IMPORTANT Items will be discussed\*:**

- SKR's Compliance Officer will review strict Corporate policies and procedures from a regulatory standpoint
- Individual and Group goals will be discussed (each Rep is asked to be prepared to provide weekly/monthly/annual goals)
- Effective marketing strategies to enhance market penetration

This message is intended for review by the person or entity to which it is addressed and may contain corporate information that is confidential or privileged, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this information is strictly prohibited. If you have received this message by error, please notify us immediately and destroy the related message.

\* Time, date and dial-in details TBA

**Stay tuned….**

With a constant focus on expanding our platform and the services that we offer our network of physicians and patients, members of the SKR | MHQ Executive Team recently met with the leading next generation sequencing company in the US.

Based upon our diligence of the technology, people and the broad market, there is a high likelihood that SKR Services will be offering the first Comprehensive Cancer Risk Assessment test designed to determine patient's risk of developing up to 8 cancer types.

It is a non-invasive test that helps patients and clinicians determine the level of risk for some of the most common solid tumor cancers including; Breast, Ovarian, Endometrial, Pancreas, Prostate, Skin, Stomach and Colorectal Cancers.

We will provide further details over the coming days.

Wishing you much productivity and success always remembering that;

> *Successful people do what unsuccessful people are not willing to do!!!*

Regards,

Senthil Rama, CEO

This message is intended for review by the person or entity to which it is addressed and may contain corporate information that is confidential or privileged, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this information is strictly prohibited. If you have received this message by error, please notify us immediately and destroy the related message.

# EXHIBIT F

**From:**    "David Gruber" <sales@geneidlab.com>
**To:**      "David Gruber" <sales@geneidlab.com>
**Subject:** Thanks for Attending the PREVENTEST Webinar!  Slides Attached
**Sent:**    Friday, July 31, 2015 12:29:01 AM
GO LIVE PREVENTEST Training Presentation -  August 2015.pptx

**Everyone,**
**Thanks again for being on the Webinar today...the slides are**
**attached.    The PREVENTEST is such a valuable test in so many**
**ways!**
**Remember the key to success...after you present the features of**
**the test and get excitement, ask the doctor if he/she would like**
**to "make cancer screening a standard in your office".  Then**
**make some office posters for awareness and black and white**
**copies of the Questionnaire and have them put on every**
**clipboard so that all patients get screened.  If they**
**qualify...swab and send!**
Click here for dropbox:


*PREVENTEST SELLING DOCUMENTS June 2015*


**Call if you need anything.**
**David Gruber**


David Gruber
National Sales Director
New Jersey
(866) GENE-AMD
(866) 436-3263
Fax (201) 962-7393
email: Sales@GeneIDLab.com
Website: GeneIDLab.com

The information contained in this electronic message is privileged and/or confidential and is intended only for the use of the individual or entity named above. If you are not the intended recipient, or if you are responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of the communication is not authorized, allowed or intended by the sender. If you have received this communication in error, please immediately notify us by telephone at the above number and forward the original message to the sender above. Thank you
The link between faculty research and your private practice.

GOV08-026489

# EXHIBIT G

**From:**      Thomas Sahs <tomsahs@gmail.com>
**Subject:**   Chc presentation
**Sent:**      Wednesday, July 29, 2015 8:44:58 PM
**To:**        Anthony Mauzy <amauzy@medhealthquest.com>

Anthony it would be good if we have a short deck for chc tomorrow . The goal of the presentation is two fold:

1. We would like them to allow us to use them as a telehealth platform to aid with our genetic swab campaign.

2.  We would like to get them to present this to all of their marketing groups

I would include the following info:

1. Our goals
2. A short walk through the test
3. How genetics testing fits into the telehealth platform
4. What our deal split would be with chc

This could take a min to put together I gotta crash by midnight est bc our meeting is super early. Hit me when you can :)

Sent from my iPhone

GOV08-021784

# EXHIBIT H



# Sales Orientation

Update : Dec 7, 2015

GOV08-009406

# What is Med Health Quest?



- A new clinical care company powered by technology
- Exclusively for the select members of Union insurance benefits packages, specifically ILWU.

GOV08-009407

# What Do We Sell?



- Prescription grade pharmaceuticals and supplements
  - Sales are billed and fully covered by employee Insurance
- We don't sell prescriptions (that's not legal)
  - We do schedule appointments to speak with medical professionals (Doctors, Nurses) over the phone
  - If it's deemed medically necessary the Dr. will write a prescription & you get compensated

GOV08-009408

# The Ideal Client?



- Active Men and Women

- ILWU Members
  - Physical Occupation & Training
  - Aches and Pain
  - Potential for Injury
  - Scars from previous injuries
  - Want to enhance their sexual health
  - Must Have Union Insurance

GOV08-009409

# Family Health Package



GOV08-009410

# Workflow

1. Talk to Target Group

    a. Focus on selling the complete package, not individual scripts.

2. Enter their information into our CRM through secured link

3. We will schedule formal Phone evaluation with our clinic practitioner

4. Doctor will Prescribe Medication/Supplements

    a. You will be credited with the sale

5. Doctor will schedule a Follow Up Call a few weeks later

GOV08-009411

# Training Videos

- <u>Med Health Quest :</u>

- <u>Med Health Quest : An Introduction to MHQ for Customers</u>

- Certification : <u>Direct to Consumer Pipeline Process</u> (Required)

- Certification : <u>How to Be a Successful Salesperson</u> (Required)

- <u>Gene ID's DNA Cancer Detection Test</u>

GOV08-009412

# Thank You!

Anthony Mauzy

<u>amauzy@medhealthquest.com</u>

310-402-2878



GOV08-009413

# EXHIBIT I

# MED HEALTH QUEST PROMOTES HEALTH & WELLNESS

BY SUPPLYING HIGH QUALITY HEALTH AND WELLNESS PRODUCTS

**\* Covered by most insurance plans with no out of pocket expense**



## DNA CANCER RISK TEST

**THE BEST PROTECTION IS EARLY DETECTION**

Preventative DNA Screening for Breast, Ovarian, Colon, Rectal, Endometrial, Pancreatic, Prostate, Stomach and Skin Cancers. Just rinse and swab for 90 sec.



## METABOLIC HEALTH

Physical labor can deplete your body of vital nutrients, which must be replaced. With metabolic supplements, you could experience mental toughness, a stronger immune system, and reduced hypertension.



## STRESS / ANXIETY RELIEF

To combat temporary acute stress, we offer a compounded formulation with powerful prescription grade ingredients developed to deter mild depression without the side effects of typical anti-anxiety meds.



## PAIN RELIEF

Experiencing Pain and Aches at the workplace? Pharmacy compounding can provide topical **non-narcotic** pain relief, without stomach irritation or injectable steroids.



## SCAR & WOUND CARE

Specifically formulated for patients who have been injured at work. These topical treatments also help with recovery from cesarean sections, stretch marks and scars from cosmetic surgery.



## MEN'S SEXUAL HEALTH

Seeking new options for managing your sexual health? Our ED supplement is a safe alternative to Viagra® and Cialis®, specifically designed to increase blood flow and improve prostate function.

GOV08-008246

# EXHIBIT J

## *Law Offices of Squires Benson, P.L.*
### *Attorneys and Counselors at Law*
www.squiresbenson.com

GILBERT K. SQUIRES, P.E., ESQ.[1,2,3,4,5,7,8,9,10,11]
BOARD CERTIFIED — INTERNATIONAL LAW
e-mail: gilbertsquires@squiresbenson.com

ERRICK S. BENSON PEART, ESQ.[1,12]
e-mail: errickbensonpeart@squiresbenson.com

OLIVIA S. BENSON, ESQ.[1,5,6]
e-mail: oliviabenson@squiresbenson.com

[1] Admitted — Florida
[2] Admitted — District of Columbia
[3] Admitted — United States Supreme Court
[4] Admitted — U.S. Court of Appeals for the Eleventh Circuit
[5] Admitted — U.S. District Court Southern District of Florida
[6] Admitted — U.S. District Court Middle District of Florida

[7] Admitted — U.S. Bankruptcy Court Southern District of Florida
[8] Professional Engineer — State of Texas
[9] Arbitrator — American Arbitration Association
[10] International Business and Energy Arbitrator — ICDR
[11] Title Agent — The Fund
[12] Of Counsel

* **PLEASE DIRECT ALL CORRESPONDENCE TO THE MIAMI-DADE ADDRESS LISTED BELOW.**

**VIA E-MAIL ONLY:**     rama1.vim@gmail.com
                                   jscholtes@compass.md
                                   jscholtes@emetadvisors.com

February 16, 2016

Senthil Ramamurthy, Manager
John Scholtes
**SKR Services**

> **Re:  MHQ Ventures, LLC**
> **Termination of Marketing Services Agreement ("Agreement")**

Dear Messrs. Ramamurthy and Scholtes:

Please consider this correspondence MHQ Ventures, LLC's written notice of termination of the above-referenced Agreement, pursuant to its requirements.  The termination is effective as of today.

Their management decided to terminate the Agreement due to serious concerns about your organization's management practices, including but not limited to, its failure to pay proper compensation, and/or to pay as agreed on a timely basis.  Although they expected improvement in the handling of these issues, it has become apparent this will not occur in the short-term.

Sincerely,

Olivia S. Benson
For the Firm

cc:  MHQ Ventures (via e-mail)

mhq-letterterminationskragreement021616

Miami-Dade:  HSBC Bank Bldg., 301 Arthur Godfrey Road, Suite 502, Miami Beach, FL 33140 Tel.: (305) 575-2400 Fax:  (305) 575-2409
Broward:  Huntington Square III, 3350 S.W. 148th Ave., Suite 110, Miramar, FL 33027-3237 Tel.: (954) 874-1736 Fax:  305-575-2409

GOV08-022677