UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number 18-20710-CR-ALTONAGA/GOODMAN(s)(s)

UNITED STATES OF AMERICA,

vs.

SENTHIL RAMAMURTHY,
MANGALA RAMAMUTHY,
ANTHONY MAUZY,
THOMAS SAHS,
RAJESH MAHBUBANI and,
JOHN SCHOLTES,

          **Defendants.**

                                      /

**GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE EVIDENCE PURSUANT
TO FEDERAL RULE OF EVIDENCE 404(b)**

The United States of America hereby files this Notice of its intent to rely upon Federal

Rule of Evidence 404(b):

1.      The government intends to introduce certain evidence under Federal Rule of

Evidence 404(b) or under the doctrine of inextricably intertwined evidence.  The government may

also make use of this evidence for purposes of cross-examination or rebuttal.

2.      The second superseding indictment in this case alleges that between approximately

September 2014 and approximately July 2015, all of the defendants targeted the Tricare program

with fraudulent claims for expensive compounded medications, and that the impetus for this

scheme was the millions of dollars in kickbacks paid by compounding pharmacies (Counts 1 and

10), (the "Compounding Pharmacy Fraud and Kickback Conspiracies).  The indictment also

alleges that beginning in approximately July 2016, and continuing through approximately

December 2017, the defendants Senthil Ramamurthy, John Scholtes and Mangala Ramamurthy engaged in a similar conspiracy to target the Medicare program with false and fraudulent claims for genetic cancer tests (the "Genetic Testing Conspiracy") (Count 39).

3.      The government intends to introduce evidence proving that during the timeframe between the charged Compounding Pharmacy Fraud and Kickback Conspiracies and the charged Genetic Testing Conspiracy from approximately June 2015 through approximately February 2016, the defendants Senthil Ramamurthy, John Scholtes, Anthony Mauzy, Thomas Sahs and Rajesh Mahbubani collectively planned the scheme which ultimately led to the charged Genetic Testing Conspiracy beginning in July 2016. This scheme involved receiving kickbacks from genetic testing laboratories in exchange for targeting and referring beneficiaries of health care benefit programs, including Medicare, to receive DNA cancer genetic testing. *See,* [D.E. 194 at 2-8].

4.      The government also intends to introduce evidence proving that during the same intervening time frame (approximately July 2015 through approximately July 2016), the defendants Senthil Ramamurthy, John Scholtes, Anthony Mauzy, Thomas Sahs and Rajesh Mahbubani, collectively targeted beneficiaries of the International Longshore and Warehouse Union (ILWU) in California to receive the same expensive compounded medications they marketed to Tricare beneficiaries as charged in the Compounding Fraud and Kickback Conspiracies.  The government will introduce evidence proving that the defendants received kickbacks on a per-patient basis at the rate of 50% of the amount paid by ILWU's insurance plan from one or more compounding pharmacies in exchange for the referral of ILWU beneficiary prescriptions in an amount totaling more than $7 million, and that the defendants' conduct violated California law prohibiting medical referrals for profit.  This evidence will be presented through business and financial records, and through testimony of one or more witnesses who facilitated the

kickback payments to the defendants.  Much of the proof the government intends to rely upon has already been produced to the defendants in discovery, or was originally in the defendants' possession.

5.      This evidence is relevant to show motive, opportunity, intent, preparation, plan, knowledge, identity or lack of mistake or accident.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:   */s/ Kevin J. Larsen*
KEVIN J. LARSEN
Assistant United States Attorney
Special Bar Number: A5501050
99 NE 4th Street, 6th Floor
Miami, FL 33132
Tel: (305) 961-9356
Email: kevin.larsen@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed with the

Clerk of Court using CM/ECF, and that the foregoing document is being served this day on all

counsel of record via Notices of Electronic Filing generated by CM/ECF.


s/ *Kevin J. Larsen*
KEVIN J. LARSEN
Assistant United States Attorney