UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-20710-Cr-Altonaga

UNITED STATES OF AMERICA

vs.

SENTHIL RAMAMURTHY,
MANGALA RAMAMURTHY,
ANTHONY MAUZY,
THOMAS SAHS,
RAJESH MAHBUBANI, and
JOHN SCHOLTES,

    Defendants.
_____/

## NOTICE OF APPEARANCE

The undersigned Assistant U.S. Attorney respectfully files this Notice of Appearance on behalf of the United States of America in this case.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:    s/ Ana Maria Martinez
ANA MARIA MARTINEZ
ASSISTANT U.S. ATTORNEY
Florida Bar No.0735167
99 N.E. 4th Street
Miami, FL 33132
Phone: (305) 961-9431
Fax: (305) 536-5321
Email: Ana.Maria.Martinez@usdoj.gov

1

2

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on August 30, 2019 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via Notices of Electronic Filing generated by CM/ECF.

                                                s/Ana Maria Martinez
                                                Ana Maria Martinez
                                                Assistant United States Attorney