UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-20710-CR-ALTONAGA/GOODMAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SENTHIL RAMAMURTHY,

    Defendant.
_____/

## MOTION TO WITHDRAW AS COUNSEL OF RECORD AND TO TERMINATE CM/ECF NOTICES

Daniella R. Sterns hereby moves to withdraw as counsel of record for Defendant Senthil Ramamurthy, and to terminate CM/ECF notices to her, and states as follows:

1. Undersigned counsel will no longer be associated with the undersigned law firm, effective August 31, 2019.

2. Undersigned counsel has accepted a position to serve as a term law clerk for the United States Court of Appeals for the Eleventh Circuit and is barred by the Code of Conduct for Judicial Employees from the practice of law in this Court while employed by the federal judiciary.

3. Mr. Ramamurthy is also represented by Jack E. Fernandez and Gregg Bernstein (*pro hac vice)* in this matter, and Mr. Fernandez and Mr. Bernstein will continue to represent Mr. Ramamurthy.

4. Mr. Ramamurthy has been aware of and had notice of undersigned counsel's impending departure from the firm since undersigned counsel undertook the representation.

**WHEREFORE**, Daniella R. Sterns respectfully requests the entry of an Order granting her Motion to Withdraw and relieving her from further obligations to Mr. Ramamurthy in this case, and terminating CM/ECF notices.

Respectfully submitted,

/s/ Daniella R. Sterns
Daniella R. Sterns
Fla. Bar No. 124528
Zuckerman Spaeder LLP
101 E. Kennedy Blvd., Suite 1200
Tampa, FL 33602
Tel:  (813) 221-1010
Fax:  (813) 223-7961
dsterns@zuckerman.com

*Attorney for Defendant*
*Senthil Ramamurthy*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 30th day of August, 2019 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. The Clerk of Court will serve a notice of electronic filing on all counsel of record.

/s/ Daniella R. Sterns

6948677.1