UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-20710-CR-ALTONAGA/GOODMAN

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**SENTHIL RAMAMURTHY**,

    Defendant.
_____/

**PROPOSED ORDER GRANTING DANIELLA R. STERNS'
MOTION TO WITHDRAW AS COUNSEL OF RECORD**

THIS CAUSE came before the Court on Attorney Daniella R. Sterns' Motion to Withdraw as Counsel of Record and to Terminate CM/ECF Notices [ECF No. _]. Being fully advised, it is

**ORDERED AND ADJUDGED** that Daniella R. Sterns' Motion is **GRANTED**. Daniella R. Sterns shall be removed as counsel of record for Mr. Ramamurthy, and the Clerk shall terminate all CM/ECF notices to Ms. Sterns. Ms. Sterns shall have no further obligations to Mr. Ramamurthy in this case.

**DONE AND ORDERED** in Miami, Florida this __th day of _____, 2019.

                                                     _____
                                                     **CECILIA M. ALTONAGA**
                                                     **UNITED STATES DISTRICT JUDGE**

Copies furnished to:
Counsel of record