UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20710-CR-ALTONAGA/GOODMAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SENTHIL RAMAMURTHY,

    Defendant.

_____/

**MOTION TO APPEAR PRO HAC VICE,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission pro hac vice of Alicia L. Shelton of the law firm of Zuckerman Spaeder LLP, 100 E. Pratt Street, Suite 2440, Baltimore, MD 21202-1031, for purposes of appearance as co-counsel on behalf of Defendant Senthil Ramamurthy in the above-styled case only. Undersigned also moves pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Ms. Shelton, to receive electronic filings in this case, and in support thereof states as follows:

1.     Ms. Shelton is not admitted to practice in the Southern District of Florida and is a member in good standing of the United States District Court for the District of Columbia, and the United States District Court for the District of Maryland.

2.     Movant, Jack Fernandez, Esquire, of the law firm of Zuckerman Spaeder LLP, 101 E. Kennedy Boulevard, Suite 1200, Tampa, Florida 33602, is a member in good standing of

the Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Ms. Shelton has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Ms. Shelton by and through undersigned designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Ms. Shelton at email address: *ashelton@zuckerman.com*.

WHEREFORE, Jack Fernandez moves this Court to enter an Order permitting Ms. Shelton to appear before this Court on behalf of Defendant Senthil Ramamurthy for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Ms. Shelton.

Date: September __, 2019

Respectfully submitted,

/s/ Jack Fernandez
Jack Fernandez
Florida Bar No. 843751
Zuckerman Spaeder LLP
101 E. Kennedy Blvd, Suite 1200
Tampa, FL 33602
Phone: (813) 221-1010
Fax: (813) 223-7961
jfernandez@zuckerman.com
Attorneys for Defendant Senthil Ramamurthy

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20710-CR-ALTONAGA/GOODMAN

UNITED STATES OF AMERICA,

v.

SENTHIL RAMAMURTHY,

    Defendant.
_____/

## CERTIFICATION OF ALICIA L. SHELTON

Alicia L. Shelton, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission Practice, Peer Review, and Discipline of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and, (2) I am a member in good standing of the United States District Court for the District of Columbia, and the United States District Court for the District of Maryland.

_____
Alicia L. Shelton

6948949.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Appear Pro Hac Vice Consent to Designation and Request to Electronically Receive Notices of Electronic Filings; Certification of Alicia L. Shelton; and Proposed Order was served by CM/ECF on this ___ day of September, 2019, on all counsel or parties of record.

                                          /s/ Jack Fernandez
                                          Jack Fernandez