UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20710-CR-ALTONAGA/GOODMAN

UNITED STATES OF AMERICAN,

v.

SENTHIL RAMAMURTHY,

    Defendant.

_____/

**ORDER GRANTING
MOTION TO APPEAR PRO HAC VICE,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

    THIS CAUSE having come before the Court on the Motion to Appear Pro Hac Vice for Alicia L. Shelton, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

    ORDERED AND ADJUDGED that:

    The Motion is GRANTED. Alicia L. Shelton may appear and participate in this action on behalf of Defendant Senthil Ramamurthy. The Clerk shall provide electronic notification of all electronic filings to ashelton@zuckerman.com.

    DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of _____, 2019.

                                              _____
                                              UNITED STATES MAGISTRATE JUDGE