UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-20710-CR-ALTONAGA/GOODMAN(s)(s)

UNITED STATES OF AMERICA

vs.

MANGALA RAMAMURTHY, et. al.
_____/

**MANGALA RAMAMURTHY'S REPLY IN SUPPORT OF HER MOTION TO COMPEL THE GOVERNMENT TO COMPLY WITH THE COURT'S ORDER**

The Government says that it is unaware of any court order where a cooperating witness was ordered months in advance of trial. Response at 3. We know of the most important one, obviating the need for additional legal research:

> **MR. MARKUS:** **I understand that there has to be names given for the cooperators who he knows now and will call.**
>
> **THE COURT:** **Correct.**

Transcript of August 5, 2019 Status Conference at 45.

The Government continues to ignore this Court's Orders, including the one above. Because the Government never sought reconsideration or protection from this Court's clear order, it should be required to comply and produce the name of its cooperating witness.

Respectfully submitted,

**MARKUS/MOSS** PLLC
40 N.W. Third Street, PH1
Miami, Florida 33128
Tel: (305) 379-6667
markuslaw.com

By:    /s/ David Oscar Markus
       DAVID OSCAR MARKUS
       Florida Bar Number 119318
       dmarkus@markuslaw.com