UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20710-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**SENTHIL RAMAMURTHY**,

    Defendant.

_____/

## ORDER

**THIS CAUSE** came before the Court on Attorney Daniella R. Sterns' Motion to Withdraw as Counsel of Record and to Terminate CM/ECF Notices [ECF No. 200]. Being fully advised, it is

**ORDERED AND ADJUDGED** that Daniella R. Sterns' Motion is **GRANTED**. Daniella R. Sterns is removed as counsel of record for Mr. Ramamurthy, and the Clerk shall terminate all CM/ECF notices to Ms. Sterns. Ms. Sterns shall have no further obligations to Mr. Ramamurthy in this case.

**DONE AND ORDERED** in Miami, Florida, this 5th day of September, 2019.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record