# EXHIBIT 1 – A

# Text Messages



# Extraction Report
Apple iPhone Logical

## Participants

+19564758935
Dr Rhama New Number*
+16463002854
Personal*

## Conversation - SMS Messages (481)

| # | Folder | Party | Time | All timestamps | Status | Message | Deleted |
|---|--------|-------|------|----------------|--------|---------|---------|
| 1 | Inbox | **From** +19564758935 Dr Rhama New Number* **Direction:** Incoming | 4/26/2018 7:37:44 PM(UTC-4) | **Read:** 4/26/2018 7:40:01 PM(UTC-4) | Read | Hi Brett it's Rama this is my new number I switched to Verizon. :) | |
| 2 | Sent | **To** +19564758935 Dr Rhama New Number* **Direction:** Outgoing | 4/26/2018 8:46:03 PM(UTC-4) | | Sent | Call u am | |
| 3 | Sent | **To** +19564758935 Dr Rhama New Number* **Direction:** Outgoing | 4/26/2018 8:46:11 PM(UTC-4) | | Sent | We do commissions in am as well | |
| 4 | Sent | **To** +19564758935 Dr Rhama New Number* **Direction:** Outgoing | 4/26/2018 8:46:15 PM(UTC-4) | | Sent | A lot going on | |
| 5 | Inbox | **From** +19564758935 Dr Rhama New Number* **Direction:** Incoming | 4/30/2018 2:17:55 PM(UTC-4) | **Read:** 4/30/2018 2:26:12 PM(UTC-4) | Read | Hey buddy just checking in | |
| 6 | Inbox | **From** +19564758935 Dr Rhama New Number* **Direction:** Incoming | 5/10/2018 10:01:38 AM(UTC-4) | **Read:** 5/10/2018 10:45:05 AM(UTC-4) | Read | Hey my friend how's everything going | |
| 7 | Sent | **To** +16463002854 Personal* **To** +19564758935 Dr Rhama New Number* **Direction:** Outgoing | 5/31/2018 12:50:23 PM(UTC-4) | | Sent | Where are u | |
| 8 | Inbox | **From** +16463002854 Personal* **To** +19564758935 Dr Rhama New Number* **Direction:** Incoming | 5/31/2018 12:50:26 PM(UTC-4) | **Read:** 5/31/2018 12:51:05 PM(UTC-4) | Read | Where are u | |
| 9 | Inbox | **From** +19564758935 Dr Rhama New Number* **Direction:** Incoming | 5/31/2018 12:52:13 PM(UTC-4) | **Read:** 5/31/2018 12:52:16 PM(UTC-4) | Read | Just got back from Amsterdam | |
| 10 | Sent | **To** +19564758935 Dr Rhama New Number* **Direction:** Outgoing | 5/31/2018 12:52:50 PM(UTC-4) | | Sent | Oh nice | |

| # | Type | To/From | Date/Time | Read | Status | Message | |
|---|------|---------|-----------|------|--------|---------|---|
| 11 | | +19564758935 Dr Rhama New Number* Direction: Outgoing | 5/31/2018 12:53:12 PM(UTC-4) | | | | |
| 12 | Inbox | From +19564758935 Dr Rhama New Number* Direction: Incoming | 5/31/2018 12:53:13 PM(UTC-4) | Read: 5/31/2018 12:53:13 PM(UTC-4) | Read | How ru how is your fam | |
| 13 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 5/31/2018 12:53:15 PM(UTC-4) | | Sent | Minal | |
| 14 | Inbox | From +19564758935 Dr Rhama New Number* Direction: Incoming | 5/31/2018 12:53:45 PM(UTC-4) | Read: 5/31/2018 12:53:47 PM(UTC-4) | Read | Lol nice | |
| 15 | Inbox | From +19564758935 Dr Rhama New Number* Direction: Incoming | 5/31/2018 12:55:06 PM(UTC-4) | Read: 5/31/2018 12:55:57 PM(UTC-4) | Read | Been working on a commercial real estate property I have... Haven't been doing much else | |
| 16 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 5/31/2018 12:56:02 PM(UTC-4) | | Sent | Ugh | |
| 17 | Inbox | From +19564758935 Dr Rhama New Number* Direction: Incoming | 5/31/2018 1:00:30 PM(UTC-4) | Read: 5/31/2018 1:00:34 PM(UTC-4) | Read | Lol...if u have other ideas let me know...I'll call u later | |
| 18 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 5/31/2018 1:00:36 PM(UTC-4) | | Sent | Yes | |
| 19 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 5/31/2018 1:00:47 PM(UTC-4) | | Sent | You got 17k in at Minal for the month | |
| 20 | Inbox | From +19564758935 Dr Rhama New Number* Direction: Incoming | 5/31/2018 1:01:08 PM(UTC-4) | Read: 5/31/2018 1:01:41 PM(UTC-4) | Read | Oh shit how is that possible ? | |
| 21 | Inbox | From +19564758935 Dr Rhama New Number* Direction: Incoming | 5/31/2018 1:01:26 PM(UTC-4) | Read: 5/31/2018 1:01:41 PM(UTC-4) | Read | Well ask him to send that over lol please | |
| 22 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 5/31/2018 1:01:46 PM(UTC-4) | | Sent | 15th | |
| 23 | Inbox | From +19564758935 Dr Rhama New Number* Direction: Incoming | 5/31/2018 1:03:04 PM(UTC-4) | Read: 5/31/2018 1:03:07 PM(UTC-4) | Read | If there's anything at the other place let me know. Even 5k would be good...I need to pay my taxes I'm so far behind | |
| 24 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 5/31/2018 1:03:19 PM(UTC-4) | | Sent | I think so | |
| 25 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 5/31/2018 1:03:27 PM(UTC-4) | | Sent | Will check | |

| # | Type | To/From | Date/Time | Read | Status | Message | |
|---|---|---|---|---|---|---|---|
| 26 | | +19564758935 Dr Rhama New Number* Direction: Incoming | 1:05:09 PM(UTC-4) | Read: 5/31/2018 1:05:11 PM(UTC-4) | | week...maybe he forgot...I told him I was taking a break...my diabtes was acting up ...but now I'm much better | |
| 27 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 5/31/2018 1:05:22 PM(UTC-4) | | Sent | Oh good | |
| 28 | Inbox | From +19564758935 Dr Rhama New Number* Direction: Incoming | 5/31/2018 1:06:10 PM(UTC-4) | Read: 5/31/2018 1:06:15 PM(UTC-4) | Read | I'm on much stronger meds now. So I can get back to business noq | |
| 29 | Inbox | From +19564758935 Dr Rhama New Number* Direction: Incoming | 5/31/2018 1:06:15 PM(UTC-4) | Read: 5/31/2018 1:06:16 PM(UTC-4) | Read | Now | |
| 30 | Inbox | From +19564758935 Dr Rhama New Number* Direction: Incoming | 6/4/2018 12:41:04 PM(UTC-4) | Read: 6/4/2018 12:44:09 PM(UTC-4) | Read | Please ask Keith to send money. It's been many months and I haven't gotten paid | |
| 31 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 6/5/2018 4:28:03 PM(UTC-4) | | Sent | I'm in. Meeting call u little bit | |
| 32 | Inbox | From +19564758935 Dr Rhama New Number* Direction: Incoming | 6/5/2018 4:28:18 PM(UTC-4) | Read: 6/5/2018 4:29:18 PM(UTC-4) | Read | | |
| 33 | Inbox | From +19564758935 Dr Rhama New Number* Direction: Incoming | 6/8/2018 5:30:18 PM(UTC-4) | Read: 6/8/2018 5:33:09 PM(UTC-4) | Read | Hey buddy what's up | |
| 34 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 6/8/2018 5:33:21 PM(UTC-4) | | Sent | Hung over | |
| 35 | Inbox | From +19564758935 Dr Rhama New Number* Direction: Incoming | 6/8/2018 9:37:03 PM(UTC-4) | Read: 6/8/2018 10:20:58 PM(UTC-4) | Read | Lol | |
| 36 | Inbox | From +19564758935 Dr Rhama New Number* Direction: Incoming | 6/9/2018 2:51:19 PM(UTC-4) | Read: 6/9/2018 2:51:29 PM(UTC-4) | Read | I have new samples but I am reluctant to send them in until I get paid | |
| 37 | Inbox | From +19564758935 Dr Rhama New Number* Direction: Incoming | 6/12/2018 2:14:49 PM(UTC-4) | Read: 6/12/2018 2:46:09 PM(UTC-4) | Read | ?? | |
| 38 | Inbox | From +19564758935 Dr Rhama New Number* Direction: Incoming | 6/17/2018 6:31:05 PM(UTC-4) | Read: 6/17/2018 6:36:33 PM(UTC-4) | Read | Happy Father's day | |
| 39 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 6/17/2018 6:36:40 PM(UTC-4) | | Sent | Thanks | |
| 40 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 7/11/2018 7:50:33 PM(UTC-4) | | Sent | Call u soon in convertible | |

| 41 | | +19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Incoming | 4:03:49 PM(UTC-4) | Read:<br>8/7/2018<br>4:03:53 PM(UTC-4) | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 42 | Sent | To<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Outgoing | 8/7/2018<br>4:04:19 PM(UTC-4) | | Sent | Hey call u back been slow laying with baby she sick | |
| 43 | Inbox | From<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Incoming | 8/7/2018<br>4:04:47 PM(UTC-4) | Read:<br>8/7/2018<br>4:04:50 PM(UTC-4) | Read | Oh wow is she okay | |
| 44 | Sent | To<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Outgoing | 8/7/2018<br>4:05:02 PM(UTC-4) | | Sent | Has a cough last few days | |
| 45 | Inbox | From<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Incoming | 8/7/2018<br>4:05:31 PM(UTC-4) | Read:<br>8/7/2018<br>4:05:32 PM(UTC-4) | Read | I hope she gets better | |
| 46 | Sent | To<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Outgoing | 8/7/2018<br>4:05:39 PM(UTC-4) | | Sent | Thanks a | |
| 47 | Sent | To<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Outgoing | 8/7/2018<br>4:05:47 PM(UTC-4) | | Sent | Heard Minal coming to your party | |
| 48 | Inbox | From<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Incoming | 8/7/2018<br>4:07:18 PM(UTC-4) | Read:<br>8/7/2018<br>4:07:31 PM(UTC-4) | Read | Hahaha yes! Come if u can | |
| 49 | Sent | To<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Outgoing | 8/7/2018<br>4:07:39 PM(UTC-4) | | Sent | I hope I can | |
| 50 | Inbox | From<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Incoming | 8/7/2018<br>4:07:57 PM(UTC-4) | Read:<br>8/7/2018<br>4:08:00 PM(UTC-4) | Read | | |
| 51 | Sent | To<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Outgoing | 8/7/2018<br>4:08:05 PM(UTC-4) | | Sent | Lol | |
| 52 | Inbox | From<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Incoming | 8/7/2018<br>4:09:32 PM(UTC-4) | Read:<br>8/7/2018<br>4:09:37 PM(UTC-4) | Read | I think I have some new business for Minal | |
| 53 | Sent | To<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Outgoing | 8/7/2018<br>4:09:42 PM(UTC-4) | | Sent | Great | |
| 54 | Inbox | From<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Incoming | 8/7/2018<br>4:10:03 PM(UTC-4) | Read:<br>8/7/2018<br>4:14:53 PM(UTC-4) | Read | | |
| 55 | Inbox | From<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Incoming | 8/8/2018<br>5:18:50 PM(UTC-4) | Read:<br>8/8/2018<br>5:18:53 PM(UTC-4) | Read | How r things going at his lab | |

4

| 56 | Sent | +19564758935<br>Dr Rhama New Number*<br><br>**Direction:**<br>Outgoing | 5:19:17 PM(UTC-4) | | Sent | Good to get it twice for each holder fill... | |
|----|------|------|------|------|------|------|------|
| 57 | Inbox | **From**<br>+19564758935<br>Dr Rhama New Number*<br><br>**Direction:**<br>Incoming | 8/8/2018<br>5:20:01 PM(UTC-4) | **Read:**<br>8/8/2018<br>5:20:08 PM(UTC-4) | Read | K Call me | |
| 58 | Inbox | **From**<br>+19564758935<br>Dr Rhama New Number*<br><br>**Direction:**<br>Incoming | 8/15/2018<br>3:01:01 PM(UTC-4) | **Read:**<br>8/15/2018<br>3:02:46 PM(UTC-4) | Read | wasaaaaaap I got samples | |
| 59 | Sent | **To**<br>+19564758935<br>Dr Rhama New Number*<br><br>**Direction:**<br>Outgoing | 8/15/2018<br>3:02:49 PM(UTC-4) | | Sent | Nice | |
| 60 | Sent | **To**<br>+19564758935<br>Dr Rhama New Number*<br><br>**Direction:**<br>Outgoing | 8/15/2018<br>3:02:53 PM(UTC-4) | | Sent | Cgx ? | |
| 61 | Inbox | **From**<br>+19564758935<br>Dr Rhama New Number*<br><br>**Direction:**<br>Incoming | 8/15/2018<br>3:03:48 PM(UTC-4) | **Read:**<br>8/15/2018<br>3:06:30 PM(UTC-4) | Read | Yes is everything working at minals? | |
| 62 | Sent | **To**<br>+19564758935<br>Dr Rhama New Number*<br><br>**Direction:**<br>Outgoing | 8/15/2018<br>3:06:33 PM(UTC-4) | | Sent | No | |
| 63 | Inbox | **From**<br>+19564758935<br>Dr Rhama New Number*<br><br>**Direction:**<br>Incoming | 8/15/2018<br>3:07:45 PM(UTC-4) | **Read:**<br>8/15/2018<br>3:09:35 PM(UTC-4) | Read | Where do I send what's the word | |
| 64 | Sent | **To**<br>+19564758935<br>Dr Rhama New Number*<br><br>**Direction:**<br>Outgoing | 8/15/2018<br>3:32:38 PM(UTC-4) | | Sent | What u gave | |
| 65 | Sent | **To**<br>+19564758935<br>Dr Rhama New Number*<br><br>**Direction:**<br>Outgoing | 8/15/2018<br>3:32:41 PM(UTC-4) | | Sent | Have | |
| 66 | Inbox | **From**<br>+19564758935<br>Dr Rhama New Number*<br><br>**Direction:**<br>Incoming | 8/15/2018<br>3:36:53 PM(UTC-4) | **Read:**<br>8/15/2018<br>3:47:09 PM(UTC-4) | Read | Cgx pgx | |
| 67 | Sent | **To**<br>+19564758935<br>Dr Rhama New Number*<br><br>**Direction:**<br>Outgoing | 8/15/2018<br>3:47:18 PM(UTC-4) | | Sent | Medicade or Medicade | |
| 68 | Sent | **To**<br>+19564758935<br>Dr Rhama New Number*<br><br>**Direction:**<br>Outgoing | 8/15/2018<br>3:47:24 PM(UTC-4) | | Sent | Medicadw | |
| 69 | Inbox | **From**<br>+19564758935<br>Dr Rhama New Number*<br><br>**Direction:**<br>Incoming | 8/15/2018<br>3:50:59 PM(UTC-4) | **Read:**<br>8/15/2018<br>4:00:03 PM(UTC-4) | Read | Call me when you are free I need to send them out | |
| 70 | Inbox | **From**<br>+19564758935<br>Dr Rhama New Number*<br><br>**Direction:**<br>Incoming | 8/15/2018<br>3:57:55 PM(UTC-4) | **Read:**<br>8/15/2018<br>4:00:03 PM(UTC-4) | Read | Did Minal buy a Ferrari? | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 71 | | +19564758935<br>Dr Rhama New<br>Number*<br>**Direction:**<br>Outgoing | 8/15/2018<br>4:00:27 PM(UTC-4) | | | |
| 72 | Sent | **To**<br>+19564758935<br>Dr Rhama New<br>Number*<br>**Direction:**<br>Outgoing | 8/15/2018<br>4:00:34 PM(UTC-4) | | Sent | Or Medicare |
| 73 | Inbox | **From**<br>+19564758935<br>Dr Rhama New<br>Number*<br>**Direction:**<br>Incoming | 8/15/2018<br>4:05:40 PM(UTC-4) | **Read:**<br>8/15/2018<br>4:13:32 PM(UTC-4) | Read | Private insurance also |
| 74 | Inbox | **From**<br>+19564758935<br>Dr Rhama New<br>Number*<br>**Direction:**<br>Incoming | 8/15/2018<br>4:10:49 PM(UTC-4) | **Read:**<br>8/15/2018<br>4:13:32 PM(UTC-4) | Read | Oncology practice |
| 75 | Sent | **To**<br>+19564758935<br>Dr Rhama New<br>Number*<br>**Direction:**<br>Outgoing | 8/15/2018<br>4:13:35 PM(UTC-4) | | Sent | Ok |
| 76 | Sent | **To**<br>+19564758935<br>Dr Rhama New<br>Number*<br>**Direction:**<br>Outgoing | 8/15/2018<br>4:13:38 PM(UTC-4) | | Sent | What state |
| 77 | Inbox | **From**<br>+19564758935<br>Dr Rhama New<br>Number*<br>**Direction:**<br>Incoming | 8/15/2018<br>4:19:52 PM(UTC-4) | **Read:**<br>8/15/2018<br>4:31:50 PM(UTC-4) | Read | TX |
| 78 | Sent | **To**<br>+19564758935<br>Dr Rhama New<br>Number*<br>**Direction:**<br>Outgoing | 8/15/2018<br>7:58:27 PM(UTC-4) | | Sent | Like the fork |
| 79 | Sent | **To**<br>+19564758935<br>Dr Rhama New<br>Number*<br>**Direction:**<br>Outgoing | 8/15/2018<br>7:58:31 PM(UTC-4) | | Sent | A girl |
| 80 | Inbox | **From**<br>+19564758935<br>Dr Rhama New<br>Number*<br>**Direction:**<br>Incoming | 8/15/2018<br>8:07:04 PM(UTC-4) | **Read:**<br>8/16/2018<br>6:22:47 AM(UTC-4) | Read | Ha |
| 81 | Sent | **To**<br>+19564758935<br>Dr Rhama New<br>Number*<br>**Direction:**<br>Outgoing | 8/20/2018<br>11:18:32 AM(UTC-4) | | Sent | Tack me |
| 82 | Sent | **To**<br>+19564758935<br>Dr Rhama New<br>Number*<br>**Direction:**<br>Outgoing | 8/20/2018<br>11:18:34 AM(UTC-4) | | Sent | Call me |
| 83 | Inbox | **To**<br>+16463002854<br>Personal*<br>**From**<br>+19564758935<br>Dr Rhama New<br>Number*<br>**Direction:**<br>Incoming | 8/22/2018<br>4:00:27 PM(UTC-4) | **Read:**<br>8/22/2018<br>4:19:28 PM(UTC-4) | Read | I have 2 clinics ready |
| 84 | Sent | **From**<br>+16463002854<br>Personal*<br>**To**<br>+19564758935<br>Dr Rhama New<br>Number*<br>**Direction:**<br>Outgoing | 8/22/2018<br>4:19:33 PM(UTC-4) | | Sent | Ok |

| 85 | | | 5:03:06 PM(UTC-4) | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | +19564758935 Dr Rhama New Number* Direction: Outgoing | | | | | |
| 86 | Inbox | From +19564758935 Dr Rhama New Number* Direction: Incoming | 8/22/2018 5:16:20 PM(UTC-4) | Read: 8/22/2018 5:18:14 PM(UTC-4) | Read | Perfect | |
| 87 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 8/22/2018 5:18:20 PM(UTC-4) | | Sent | Yes let's rock | |
| 88 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 8/22/2018 6:07:40 PM(UTC-4) | | Sent | How many you think u can do | |
| 89 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 8/24/2018 7:25:22 PM(UTC-4) | | Sent | Call u tomorrow your birthday | |
| 90 | Inbox | From +19564758935 Dr Rhama New Number* Direction: Incoming | 8/24/2018 7:30:03 PM(UTC-4) | Read: 8/24/2018 7:30:06 PM(UTC-4) | Read | Thank u | |
| 91 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 8/25/2018 7:10:36 PM(UTC-4) | | Sent | Happy birthday player | |
| 92 | Inbox | From +19564758935 Dr Rhama New Number* Direction: Incoming | 8/25/2018 7:14:58 PM(UTC-4) | Read: 8/25/2018 7:15:09 PM(UTC-4) | Read | Hahaha thank u my friend | |
| 93 | Inbox | From +19564758935 Dr Rhama New Number* Direction: Incoming | 8/27/2018 2:49:05 PM(UTC-4) | Read: 8/27/2018 2:49:36 PM(UTC-4) | Read | Rama@roseshore.com | |
| 94 | Inbox | From +19564758935 Dr Rhama New Number* Direction: Incoming | 8/27/2018 2:49:29 PM(UTC-4) | Read: 8/27/2018 2:49:36 PM(UTC-4) | Read | Please send contract here | |
| 95 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 8/27/2018 2:49:39 PM(UTC-4) | | Sent | Yes | |
| 96 | Inbox | From +19564758935 Dr Rhama New Number* Direction: Incoming | 8/27/2018 2:50:34 PM(UTC-4) | Read: 8/27/2018 2:50:41 PM(UTC-4) | Read | Got clinics ready for samples | |
| 97 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 8/27/2018 2:50:51 PM(UTC-4) | | Sent | Good | |
| 98 | Inbox | From +19564758935 Dr Rhama New Number* Direction: Incoming | 8/27/2018 2:51:08 PM(UTC-4) | Read: 8/27/2018 2:51:08 PM(UTC-4) | Read | | |
| 99 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 8/27/2018 2:51:34 PM(UTC-4) | | Sent | Medicare or private or both ? | |

| 100 | | | | Read: 8/27/2018 2:51:43 PM(UTC-4) | Read | |
|-----|------|-----------------------------------------------------|---------------------------------|--------------------------------------|------|------------------------------------------------------------------|
| | | +19564758935 Dr Rhama New Number* **Direction:** Incoming | 2:51:43 PM(UTC-4) | | | |
| 101 | Sent | **To** +19564758935 Dr Rhama New Number* **Direction:** Outgoing | 8/27/2018 2:51:46 PM(UTC-4) | | Sent | Ok |
| 102 | Inbox | **From** +19564758935 Dr Rhama New Number* **Direction:** Incoming | 8/27/2018 2:52:03 PM(UTC-4) | **Read:** 8/27/2018 2:53:01 PM(UTC-4) | Read | My rep is at oncologist office as we speak |
| 103 | Inbox | **From** +19564758935 Dr Rhama New Number* **Direction:** Incoming | 8/28/2018 2:58:39 PM(UTC-4) | **Read:** 8/28/2018 2:58:42 PM(UTC-4) | Read | What's the word |
| 104 | Sent | **To** +19564758935 Dr Rhama New Number* **Direction:** Outgoing | 8/28/2018 2:59:06 PM(UTC-4) | | Sent | Sorry my daughters birthday will have all paperwork by tomrrow |
| 105 | Inbox | **From** +19564758935 Dr Rhama New Number* **Direction:** Incoming | 8/28/2018 2:59:52 PM(UTC-4) | **Read:** 8/28/2018 3:00:07 PM(UTC-4) | Read | Thank u |
| 106 | Inbox | **From** +19564758935 Dr Rhama New Number* **Direction:** Incoming | 8/28/2018 3:00:03 PM(UTC-4) | **Read:** 8/28/2018 3:00:07 PM(UTC-4) | Read | Happy birthday to your daughter |
| 107 | Sent | **To** +19564758935 Dr Rhama New Number* **Direction:** Outgoing | 8/28/2018 3:00:09 PM(UTC-4) | | Sent | |
| 108 | Sent | **To** +19564758935 Dr Rhama New Number* **Direction:** Outgoing | 8/29/2018 4:26:56 PM(UTC-4) | | Sent | They promised contract tomorrow sorry I'm waiting well |
| 109 | Inbox | **From** +19564758935 Dr Rhama New Number* **Direction:** Incoming | 8/29/2018 4:28:21 PM(UTC-4) | **Read:** 8/29/2018 4:29:08 PM(UTC-4) | Read | Ok I've got clinics waiting ready to rock m roll. I Don't wanna miss the opportunity |
| 110 | Sent | **To** +19564758935 Dr Rhama New Number* **Direction:** Outgoing | 8/29/2018 4:29:18 PM(UTC-4) | | Sent | No one more day I promise |
| 111 | Inbox | **From** +19564758935 Dr Rhama New Number* **Direction:** Incoming | 8/29/2018 4:29:38 PM(UTC-4) | **Read:** 8/29/2018 4:31:05 PM(UTC-4) | Read | |
| 112 | Sent | **To** +19564758935 Dr Rhama New Number* **Direction:** Outgoing | 8/29/2018 4:31:18 PM(UTC-4) | | Sent | |
| 113 | Inbox | **From** +19564758935 Dr Rhama New Number* **Direction:** Incoming | 8/29/2018 4:33:29 PM(UTC-4) | **Read:** 8/29/2018 4:33:41 PM(UTC-4) | Read | My company name is empire research LLC |
| 114 | Sent | **To** +19564758935 Dr Rhama New Number* **Direction:** Outgoing | 8/29/2018 4:33:46 PM(UTC-4) | | Sent | Ok |

| | | | | | | |
|---|---|---|---|---|---|---|
| 115 | | **+19564758935**<br>**Dr Rhama New**<br>**Number***<br><br>**Direction:**<br>Incoming | 12:59:02 PM(UTC-4) | 8/30/2018<br>12:59:19<br>PM(UTC-4) | | options ? |
| 116 | Inbox | **From**<br>**+19564758935**<br>**Dr Rhama New**<br>**Number***<br><br>**Direction:**<br>Incoming | 8/31/2018<br>2:23:34 PM(UTC-4) | **Read:**<br>8/31/2018<br>2:26:27 PM(UTC-4) | Read | What's the word ? |
| 117 | Sent | **To**<br>**+19564758935**<br>**Dr Rhama New**<br>**Number***<br><br>**Direction:**<br>Outgoing | 8/31/2018<br>2:26:38 PM(UTC-4) | | Sent | He said they tying it crazy |
| 118 | Sent | **To**<br>**+19564758935**<br>**Dr Rhama New**<br>**Number***<br><br>**Direction:**<br>Outgoing | 8/31/2018<br>2:26:41 PM(UTC-4) | | Sent | Waiting |
| 119 | Inbox | **From**<br>**+19564758935**<br>**Dr Rhama New**<br>**Number***<br><br>**Direction:**<br>Incoming | 9/4/2018<br>1:54:01 PM(UTC-4) | **Read:**<br>9/4/2018<br>2:00:39 PM(UTC-4) | Read | Hey buddy how's the contract? My reps are ready |
| 120 | Inbox | **From**<br>**+19564758935**<br>**Dr Rhama New**<br>**Number***<br><br>**Direction:**<br>Incoming | 9/4/2018<br>2:14:46 PM(UTC-4) | **Read:**<br>9/4/2018<br>2:14:49 PM(UTC-4) | Read | They a re sitting around doing nothing right now |
| 121 | Sent | **To**<br>**+19564758935**<br>**Dr Rhama New**<br>**Number***<br><br>**Direction:**<br>Outgoing | 9/4/2018<br>2:14:53 PM(UTC-4) | | Sent | It's not me |
| 122 | Sent | **To**<br>**+19564758935**<br>**Dr Rhama New**<br>**Number***<br><br>**Direction:**<br>Outgoing | 9/4/2018<br>2:15:09 PM(UTC-4) | | Sent | They sent contract it was wrong they fixing it todsy |
| 123 | Inbox | **From**<br>**+19564758935**<br>**Dr Rhama New**<br>**Number***<br><br>**Direction:**<br>Incoming | 9/4/2018<br>2:17:24 PM(UTC-4) | **Read:**<br>9/4/2018<br>2:17:30 PM(UTC-4) | Read | Can I fly to them and close the deal? These reps are on payroll regardless. I'm losing money every week |
| 124 | Sent | **To**<br>**+19564758935**<br>**Dr Rhama New**<br>**Number***<br><br>**Direction:**<br>Outgoing | 9/4/2018<br>2:48:13 PM(UTC-4) | | Sent | We getting this don today |
| 125 | Inbox | **From**<br>**+19564758935**<br>**Dr Rhama New**<br>**Number***<br><br>**Direction:**<br>Incoming | 9/4/2018<br>2:52:10 PM(UTC-4) | **Read:**<br>9/4/2018<br>2:57:01 PM(UTC-4) | Read | |
| 126 | Sent | **To**<br>**+19564758935**<br>**Dr Rhama New**<br>**Number***<br><br>**Direction:**<br>Outgoing | 9/5/2018<br>1:55:07 PM(UTC-4) | | Sent | Called u |
| 127 | Inbox | **From**<br>**+19564758935**<br>**Dr Rhama New**<br>**Number***<br><br>**Direction:**<br>Incoming | 9/5/2018<br>4:02:43 PM(UTC-4) | **Read:**<br>9/5/2018<br>4:02:51 PM(UTC-4) | Read | He didn't call yet |
| 128 | Sent | **To**<br>**+19564758935**<br>**Dr Rhama New**<br>**Number***<br><br>**Direction:**<br>Outgoing | 9/5/2018<br>4:19:26 PM(UTC-4) | | Sent | How it go ? |
| 129 | Inbox | **From**<br>**+19564758935**<br>**Dr Rhama New**<br>**Number***<br><br>**Direction:**<br>Incoming | 9/5/2018<br>6:33:40 PM(UTC-4) | **Read:**<br>9/5/2018<br>6:33:45 PM(UTC-4) | Read | He sounds very nice maybe I should fly up and see him tmw |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 130 | | From +19564758935 Dr Rhama New Number* Direction: Outgoing | 6:33:46 PM(UTC-4) | | | | |
| 131 | Inbox | From +19564758935 Dr Rhama New Number* Direction: Incoming | 9/5/2018 6:33:54 PM(UTC-4) | Read: 9/5/2018 6:33:54 PM(UTC-4) | Read | This could be a huge opportunity | |
| 132 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 9/5/2018 6:33:59 PM(UTC-4) | | Sent | It is | |
| 133 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 9/5/2018 6:34:07 PM(UTC-4) | | Sent | And we will be exclusive | |
| 134 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 9/5/2018 6:34:15 PM(UTC-4) | | Sent | Like we should have with minal | |
| 135 | Inbox | From +19564758935 Dr Rhama New Number* Direction: Incoming | 9/6/2018 4:12:34 PM(UTC-4) | Read: 9/6/2018 4:24:37 PM(UTC-4) | Read | Yup | |
| 136 | Inbox | From +19564758935 Dr Rhama New Number* Direction: Incoming | 9/6/2018 4:13:08 PM(UTC-4) | Read: 9/6/2018 4:24:37 PM(UTC-4) | Read | ____ sent me a service provider questionnaire... Did he send u one? Do I have to fill this out ? | |
| 137 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 9/6/2018 4:24:43 PM(UTC-4) | | Sent | Yes | |
| 138 | Inbox | From +19564758935 Dr Rhama New Number* Direction: Incoming | 9/6/2018 4:29:45 PM(UTC-4) | Read: 9/6/2018 4:29:49 PM(UTC-4) | Read | Ok cool. Is it cool w him to visit the lab on Monday ? | |
| 139 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 9/6/2018 4:30:02 PM(UTC-4) | | Sent | Make sure he there | |
| 140 | Inbox | From +19564758935 Dr Rhama New Number* Direction: Incoming | 9/6/2018 4:31:33 PM(UTC-4) | Read: 9/6/2018 4:31:37 PM(UTC-4) | Read | Can u ask him for me, he not picking u his phone | |
| 141 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 9/6/2018 4:31:39 PM(UTC-4) | | Sent | Ok | |
| 142 | Inbox | From +19564758935 Dr Rhama New Number* Direction: Incoming | 9/6/2018 4:32:01 PM(UTC-4) | Read: 9/6/2018 4:32:01 PM(UTC-4) | Read | Awesome Reps are super excited! | |
| 143 | Inbox | From +19564758935 Dr Rhama New Number* Direction: Incoming | 9/6/2018 4:36:42 PM(UTC-4) | Read: 9/6/2018 4:44:08 PM(UTC-4) | Read | www.brightwatershealth.com I hired a PR company to make a new website check it out : ) | |
| 144 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 9/6/2018 4:44:56 PM(UTC-4) | | Sent | Nice | |

| 145 | | +19564758935<br>Dr Rhama New<br>Number*<br><br>**Direction:**<br>Incoming | 5:19:30 PM(UTC-4) | 9/6/2018<br>5:25:24 PM(UTC-4) | | |
| 146 | Sent | **To**<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>**Direction:**<br>Outgoing | 9/6/2018<br>5:53:37 PM(UTC-4) | | Sent | I am waiting for him |
| 147 | Inbox | **From**<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>**Direction:**<br>Incoming | 9/6/2018<br>5:54:34 PM(UTC-4) | **Read:**<br>9/6/2018<br>5:54:36 PM(UTC-4) | Read | How much have u sent in  to the lab |
| 148 | Sent | **To**<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>**Direction:**<br>Outgoing | 9/6/2018<br>5:54:40 PM(UTC-4) | | Sent | 150 |
| 149 | Inbox | **From**<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>**Direction:**<br>Incoming | 9/6/2018<br>5:55:03 PM(UTC-4) | **Read:**<br>9/6/2018<br>5:55:07 PM(UTC-4) | Read | All good ? |
| 150 | Sent | **To**<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>**Direction:**<br>Outgoing | 9/6/2018<br>5:55:11 PM(UTC-4) | | Sent | Yes so far |
| 151 | Inbox | **From**<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>**Direction:**<br>Incoming | 9/6/2018<br>5:55:31 PM(UTC-4) | **Read:**<br>9/6/2018<br>5:57:30 PM(UTC-4) | Read | I'm ready to hop on a plane |
| 152 | Sent | **To**<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>**Direction:**<br>Outgoing | 9/6/2018<br>5:57:30 PM(UTC-4) | | Sent | I told him to come Thursday<br><br>So he can meet ▮ as well<br><br>I will be away Monday and Tuesday<br><br>Due to the New Year .. |
| 153 | Inbox | **From**<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>**Direction:**<br>Incoming | 9/6/2018<br>5:58:37 PM(UTC-4) | **Read:**<br>9/6/2018<br>6:02:44 PM(UTC-4) | Read | Rosh Hashanah aaaah ok |
| 154 | Inbox | **From**<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>**Direction:**<br>Incoming | 9/6/2018<br>6:02:22 PM(UTC-4) | **Read:**<br>9/6/2018<br>6:02:44 PM(UTC-4) | Read | Ok I'll move some things around.. I can make Thursday work : ) |
| 155 | Sent | **To**<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>**Direction:**<br>Outgoing | 9/13/2018<br>12:23:55 PM(UTC-4) | | Sent | Call me |
| 156 | Inbox | **From**<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>**Direction:**<br>Incoming | 9/13/2018<br>4:44:54 PM(UTC-4) | **Read:**<br>9/13/2018<br>4:45:01 PM(UTC-4) | Read | Hey my friend sorry I lost  my phone just got a new one. I'll call u in a bit |
| 157 | Sent | **To**<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>**Direction:**<br>Outgoing | 9/13/2018<br>4:45:03 PM(UTC-4) | | Sent | Ugh |
| 158 | Sent | **To**<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>**Direction:**<br>Outgoing | 9/20/2018<br>6:58:11 PM(UTC-4) | | Sent | What happen to you ? |
| 159 | Inbox | **From**<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>**Direction:**<br>Incoming | 9/20/2018<br>7:37:49 PM(UTC-4) | **Read:**<br>9/20/2018<br>7:37:53 PM(UTC-4) | Read | Hey my friend I'm at dinner with the family I'll call u tmw |

| 160 | | +19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Outgoing | 7:37:55 PM(UTC-4) | | | |
| 161 | Sent | To<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Outgoing | 9/20/2018<br>7:37:57 PM(UTC-4) | | Sent | All good |
| 162 | Inbox | From<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Incoming | 9/24/2018<br>2:29:05 PM(UTC-4) | Read:<br>9/24/2018<br>2:33:02 PM(UTC-4) | Read | Do u know any venture capitalists? The more I talk with fund guys...the more Im thinking about working on wall street... |
| 163 | Sent | To<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Outgoing | 9/24/2018<br>2:45:54 PM(UTC-4) | | Sent | I know a few |
| 164 | Inbox | From<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Incoming | 9/24/2018<br>2:47:20 PM(UTC-4) | Read:<br>9/24/2018<br>2:49:13 PM(UTC-4) | Read | |
| 165 | Inbox | From<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Incoming | 9/24/2018<br>2:50:11 PM(UTC-4) | Read:<br>9/24/2018<br>2:53:58 PM(UTC-4) | Read | With my ideas & track record... we could make a billion dollars with the right VC... My EBITA is $14 million....my gross adjudication is $32 million |
| 166 | Inbox | From<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Incoming | 9/24/2018<br>2:52:03 PM(UTC-4) | Read:<br>9/24/2018<br>2:53:58 PM(UTC-4) | Read | U created a monster lol |
| 167 | Sent | To<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Outgoing | 9/24/2018<br>2:54:08 PM(UTC-4) | | Sent | Lol |
| 168 | Inbox | From<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Incoming | 9/24/2018<br>2:55:13 PM(UTC-4) | Read:<br>9/24/2018<br>2:56:38 PM(UTC-4) | Read | Can u setup a phone call w one of your VCs? I'm ready to take this to the next level with you |
| 169 | Sent | To<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Outgoing | 9/25/2018<br>9:29:10 AM(UTC-4) | | Sent | Not sure but will reach out to a few not really sure what they buying ? |
| 170 | Inbox | From<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Incoming | 9/25/2018<br>1:30:13 PM(UTC-4) | Read:<br>9/25/2018<br>1:38:19 PM(UTC-4) | Read | I have a business plan. With the right investment we will make over $200 mil this year |
| 171 | Sent | To<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Outgoing | 9/25/2018<br>1:38:34 PM(UTC-4) | | Sent | Invest in reps ? |
| 172 | Inbox | From<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Incoming | 9/25/2018<br>1:40:07 PM(UTC-4) | Read:<br>9/25/2018<br>1:43:10 PM(UTC-4) | Read | Thats part of the plan yes ...but there's more to it than that |
| 173 | Inbox | From<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Incoming | 9/25/2018<br>1:44:09 PM(UTC-4) | Read:<br>9/25/2018<br>1:48:10 PM(UTC-4) | Read | I'll have a business plan deck ready for the VC meeting |
| 174 | Inbox | From<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Incoming | 10/8/2018<br>1:33:24 PM(UTC-4) | Read:<br>10/8/2018<br>2:05:01 PM(UTC-4) | Read | Wow let me call u in a bit |

| 175 | | +19564758935 Dr Rhama New Number* Direction: Outgoing | 2:54:55 PM(UTC-5) | | | | |
| 176 | Inbox | From +19564758935 Dr Rhama New Number* Direction: Incoming | 11/5/2018 3:56:14 PM(UTC-5) | Read: 11/5/2018 4:03:53 PM(UTC-5) | Read | I'm closing a big deal with Oscar winner Tim Marlowe. I'll call u in a bit!! | |
| 177 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 11/5/2018 4:04:00 PM(UTC-5) | | Sent | Yes | |
| 178 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 11/11/2018 5:01:58 PM(UTC-5) | | Sent | Sorry, I can't talk right now. | |
| 179 | Inbox | From +19564758935 Dr Rhama New Number* Direction: Incoming | 11/11/2018 5:02:40 PM(UTC-5) | Read: 11/11/2018 5:03:18 PM(UTC-5) | Read | All good...call me back got great news! | |
| 180 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 11/11/2018 6:01:56 PM(UTC-5) | | Sent | Called u back | |
| 181 | Inbox | From +19564758935 Dr Rhama New Number* Direction: Incoming | 11/11/2018 6:13:20 PM(UTC-5) | Read: 11/11/2018 6:17:06 PM(UTC-5) | Read | Just tried calling | |
| 182 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 11/11/2018 6:17:09 PM(UTC-5) | | Sent | Eating | |
| 183 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 11/11/2018 6:17:16 PM(UTC-5) | | Sent | Fat boys like to eat | |
| 184 | Inbox | From +19564758935 Dr Rhama New Number* Direction: Incoming | 11/11/2018 6:25:55 PM(UTC-5) | Read: 11/11/2018 6:26:59 PM(UTC-5) | Read | Ha | |
| 185 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 11/13/2018 11:36:03 AM(UTC-5) | | Sent | Send me the girls number | |
| 186 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 11/13/2018 2:00:50 PM(UTC-5) | | Sent | You alive | |
| 187 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 11/13/2018 2:00:53 PM(UTC-5) | | Sent | Lol | |
| 188 | Inbox | From +19564758935 Dr Rhama New Number* Direction: Incoming | 11/13/2018 4:24:34 PM(UTC-5) | Read: 11/13/2018 4:25:07 PM(UTC-5) | Read | In a meeting gimme 30 | |
| 189 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 11/13/2018 4:25:09 PM(UTC-5) | | Sent | Ok | |

| 190 | | +19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Incoming | 3:18:54 PM(UTC-5) | 11/15/2018<br>3:19:00 PM(UTC-5) | | 817- |
|-----|-------|------|------|------|------|------|
| 191 | Inbox | From<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Incoming | 11/20/2018<br>4:38:04 PM(UTC-5) | Read:<br>11/20/2018<br>4:38:11 PM(UTC-5) | Read | I'm submitting my paintings for art Basel maimi |
| 192 | Sent | To<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Outgoing | 11/20/2018<br>4:38:15 PM(UTC-5) | | Sent | Nice |
| 193 | Inbox | From<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Incoming | 11/20/2018<br>5:03:52 PM(UTC-5) | Read:<br>11/20/2018<br>5:03:53 PM(UTC-5) | Read | I'll b in Miami next week |
| 194 | Sent | To<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Outgoing | 11/20/2018<br>5:16:29 PM(UTC-5) | | Sent | Nice |
| 195 | Sent | To<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Outgoing | 11/26/2018<br>1:43:42 PM(UTC-5) | | Sent | Hey call men |
| 196 | Sent | To<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Outgoing | 11/26/2018<br>1:43:44 PM(UTC-5) | | Sent | Me |
| 197 | Inbox | From<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Incoming | 11/26/2018<br>4:01:41 PM(UTC-5) | Read:<br>11/26/2018<br>4:01:44 PM(UTC-5) | Read | |
| 198 | Inbox | From<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Incoming | 11/26/2018<br>4:34:47 PM(UTC-5) | Read:<br>11/26/2018<br>4:37:12 PM(UTC-5) | Read | |
| 199 | Sent | To<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Outgoing | 11/26/2018<br>8:22:40 PM(UTC-5) | | Sent | Nice stuff |
| 200 | Inbox | From<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Incoming | 11/26/2018<br>8:39:27 PM(UTC-5) | Read:<br>11/26/2018<br>8:44:10 PM(UTC-5) | Read | Thanks! |
| 201 | Sent | To<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Outgoing | 11/27/2018<br>3:59:41 PM(UTC-5) | | Sent | Sorry, I can't talk right now. |
| 202 | Inbox | From<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Incoming | 11/27/2018<br>5:11:19 PM(UTC-5) | Read:<br>11/27/2018<br>5:11:32 PM(UTC-5) | Read | Flying to Miami got a meeting with famous artist Romero Brito |
| 203 | Sent | To<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Outgoing | 11/27/2018<br>5:11:37 PM(UTC-5) | | Sent | Nice |
| 204 | Inbox | From<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Incoming | 11/27/2018<br>5:16:16 PM(UTC-5) | Read:<br>11/27/2018<br>5:18:25 PM(UTC-5) | Read | U in Miami? |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 205 | | +19564758935 Dr Rhama New Number* **Direction:** Outgoing | 5:18:28 PM(UTC-5) | | | | |
| 206 | Inbox | **From** +19564758935 Dr Rhama New Number* **Direction:** Incoming | 12/7/2018 4:13:05 PM(UTC-5) | Read: 12/7/2018 4:18:02 PM(UTC-5) | Read | Hey buddy how's it goin | |
| 207 | Sent | **To** +19564758935 Dr Rhama New Number* **Direction:** Outgoing | 12/7/2018 4:18:07 PM(UTC-5) | | Sent | Great  I | |
| 208 | Sent | **To** +19564758935 Dr Rhama New Number* **Direction:** Outgoing | 12/22/2018 3:01:08 PM(UTC-5) | | Sent | Hey dog | |
| 209 | Inbox | **From** +19564758935 Dr Rhama New Number* **Direction:** Incoming | 12/22/2018 3:12:38 PM(UTC-5) | Read: 12/22/2018 3:12:51 PM(UTC-5) | Read | I'm in Miami w the 918 porche lol | |
| 210 | Sent | **To** +19564758935 Dr Rhama New Number* **Direction:** Outgoing | 12/22/2018 3:12:57 PM(UTC-5) | | Sent | Nice | |
| 211 | Sent | **To** +19564758935 Dr Rhama New Number* **Direction:** Outgoing | 12/22/2018 3:13:02 PM(UTC-5) | | Sent | Taking nap | |
| 212 | Sent | **To** +19564758935 Dr Rhama New Number* **Direction:** Outgoing | 12/22/2018 3:13:08 PM(UTC-5) | | Sent | Was a long night | |
| 213 | Inbox | **From** +19564758935 Dr Rhama New Number* **Direction:** Incoming | 12/22/2018 3:13:50 PM(UTC-5) | Read: 12/22/2018 3:13:53 PM(UTC-5) | Read | Hahaha call me later | |
| 214 | Sent | **To** +19564758935 Dr Rhama New Number* **Direction:** Outgoing | 12/22/2018 3:13:55 PM(UTC-5) | | Sent | Yes | |
| 215 | Sent | **To** +19564758935 Dr Rhama New Number* **Direction:** Outgoing | 12/26/2018 2:56:54 PM(UTC-5) | | Sent | Call u when land flying to Atlanta's | |
| 216 | Inbox | **From** +19564758935 Dr Rhama New Number* **Direction:** Incoming | 12/26/2018 2:57:10 PM(UTC-5) | Read: 12/26/2018 2:57:24 PM(UTC-5) | Read | I just spoke with Adam w performance is his deal real? | |
| 217 | Sent | **To** +19564758935 Dr Rhama New Number* **Direction:** Outgoing | 12/26/2018 2:57:33 PM(UTC-5) | | Sent | Adam? | |
| 218 | Inbox | **From** +19564758935 Dr Rhama New Number* **Direction:** Incoming | 12/26/2018 3:21:15 PM(UTC-5) | Read: 12/26/2018 3:29:49 PM(UTC-5) | Read | ▮▮▮  is calling u now | |
| 219 | Inbox | **From** +19564758935 Dr Rhama New Number* **Direction:** Incoming | 12/31/2018 4:09:35 PM(UTC-5) | Read: 12/31/2018 4:09:38 PM(UTC-5) | Read | Happy New year! | |

| 220 | | +19564758935 Dr Rhama New Number* Direction: Outgoing | 1/2/2019 10:53:05 AM(UTC-5) | | | broker |
| 221 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 1/2/2019 10:53:18 AM(UTC-5) | | Sent | I can't waste time |
| 222 | Inbox | From +19564758935 Dr Rhama New Number* Direction: Incoming | 1/2/2019 3:34:57 PM(UTC-5) | Read: 1/2/2019 4:29:04 PM(UTC-5) | Read | Hey buddy hit me back |
| 223 | Inbox | From +19564758935 Dr Rhama New Number* Direction: Incoming | 1/2/2019 3:41:12 PM(UTC-5) | Read: 1/2/2019 4:29:04 PM(UTC-5) | Read | I'm flying into miami this weekend |
| 224 | Inbox | From +19564758935 Dr Rhama New Number* Direction: Incoming | 1/2/2019 5:03:50 PM(UTC-5) | Read: 1/2/2019 5:04:07 PM(UTC-5) | Read | ? |
| 225 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 1/2/2019 5:04:28 PM(UTC-5) | | Sent | What's up I'm back Friday night in Puerto Rico |
| 226 | Inbox | From +19564758935 Dr Rhama New Number* Direction: Incoming | 1/2/2019 5:04:52 PM(UTC-5) | Read: 1/2/2019 5:04:56 PM(UTC-5) | Read | Wanna meet Sunday? I land Saturday |
| 227 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 1/2/2019 5:05:08 PM(UTC-5) | | Sent | Sure |
| 228 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 1/2/2019 5:05:13 PM(UTC-5) | | Sent | See u Sunday |
| 229 | Inbox | From +19564758935 Dr Rhama New Number* Direction: Incoming | 1/2/2019 5:05:24 PM(UTC-5) | Read: 1/2/2019 5:05:24 PM(UTC-5) | Read | Awesome ▮ has 50 clinics |
| 230 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 1/2/2019 5:05:40 PM(UTC-5) | | Sent | We can figure out where sat night |
| 231 | Inbox | From +19564758935 Dr Rhama New Number* Direction: Incoming | 1/2/2019 5:06:19 PM(UTC-5) | Read: 1/2/2019 5:06:19 PM(UTC-5) | Read | Miami would be ideal |
| 232 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 1/2/2019 5:06:22 PM(UTC-5) | | Sent | Ok |
| 233 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 1/2/2019 5:06:44 PM(UTC-5) | | Sent | No problem see u there confirm sat on location and time |
| 234 | Inbox | From +19564758935 Dr Rhama New Number* Direction: Incoming | 1/2/2019 5:06:54 PM(UTC-5) | Read: 1/2/2019 5:07:00 PM(UTC-5) | Read | U da man! |

| 235 | Sent | To<br>+19564758935<br>Dr Rhama New Number*<br>Direction:<br>Outgoing | 5:07:04 PM(UTC-5) | | | | |
| 236 | Inbox | From<br>+19564758935<br>Dr Rhama New Number*<br>Direction:<br>Incoming | 1/4/2019<br>3:59:29 PM(UTC-5) | Read:<br>1/4/2019<br>3:59:34 PM(UTC-5) | Read | I land 11pm Saturday night. We can meet at midnight or Sunday afternoon...ur choice | |
| 237 | Sent | To<br>+19564758935<br>Dr Rhama New Number*<br>Direction:<br>Outgoing | 1/4/2019<br>3:59:41 PM(UTC-5) | | Sent | Sunday | |
| 238 | Sent | To<br>+19564758935<br>Dr Rhama New Number*<br>Direction:<br>Outgoing | 1/4/2019<br>3:59:54 PM(UTC-5) | | Sent | Where ? | |
| 239 | Inbox | From<br>+19564758935<br>Dr Rhama New Number*<br>Direction:<br>Incoming | 1/4/2019<br>4:01:04 PM(UTC-5) | Read:<br>1/4/2019<br>4:03:43 PM(UTC-5) | Read | Epic hotel Brickell | |
| 240 | Inbox | From<br>+19564758935<br>Dr Rhama New Number*<br>Direction:<br>Incoming | 1/4/2019<br>4:01:08 PM(UTC-5) | Read:<br>1/4/2019<br>4:03:43 PM(UTC-5) | Read | Drinks on me | |
| 241 | Sent | To<br>+19564758935<br>Dr Rhama New Number*<br>Direction:<br>Outgoing | 1/4/2019<br>4:03:45 PM(UTC-5) | | Sent | Lol | |
| 242 | Sent | To<br>+19564758935<br>Dr Rhama New Number*<br>Direction:<br>Outgoing | 1/6/2019<br>10:02:55 AM(UTC-5) | | Sent | Hey 12 still good ? | |
| 243 | Sent | To<br>+19564758935<br>Dr Rhama New Number*<br>Direction:<br>Outgoing | 1/6/2019<br>10:29:59 AM(UTC-5) | | Sent | We leaving soon | |
| 244 | Sent | To<br>+19564758935<br>Dr Rhama New Number*<br>Direction:<br>Outgoing | 1/6/2019<br>10:30:05 AM(UTC-5) | | Sent | Hope<br>Your up and ready | |
| 245 | Sent | To<br>+19564758935<br>Dr Rhama New Number*<br>Direction:<br>Outgoing | 1/6/2019<br>12:13:24 PM(UTC-5) | | Sent | Hi we here not staying long | |
| 246 | Sent | To<br>+19564758935<br>Dr Rhama New Number*<br>Direction:<br>Outgoing | 1/6/2019<br>12:18:01 PM(UTC-5) | | Sent | We here meeting him now leaving right after | |
| 247 | Inbox | From<br>+19564758935<br>Dr Rhama New Number*<br>Direction:<br>Incoming | 1/6/2019<br>1:06:22 PM(UTC-5) | Read:<br>1/6/2019<br>1:08:01 PM(UTC-5) | Read | Cool | |
| 248 | Sent | To<br>+19564758935<br>Dr Rhama New Number*<br>Direction:<br>Outgoing | 1/6/2019<br>1:40:57 PM(UTC-5) | | Sent | He's good | |
| 249 | Sent | To<br>+19564758935<br>Dr Rhama New Number*<br>Direction:<br>Outgoing | 1/6/2019<br>1:41:10 PM(UTC-5) | | Sent | You guys need cash I got u | |

| 250 | | +19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Incoming | 4:37:51 PM(UTC-5) | 1/6/2019<br>4:39:06 PM(UTC-5) | | |
|-----|-------|----------------------------------------------------------------------------|------------------------------------|----------------------------------------|------|--------------------------------------------------------------------------------------------------------------------|
| 251 | Sent | **To**<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>**Direction:**<br>Outgoing | 1/8/2019<br>5:46:37 PM(UTC-5) | | Sent | Profile sent |
| 252 | Inbox | **From**<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>**Direction:**<br>Incoming | 1/8/2019<br>5:49:29 PM(UTC-5) | Read:<br>1/8/2019<br>5:52:02 PM(UTC-5) | Read | U sent to ▓▓▓ email? |
| 253 | Sent | **To**<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>**Direction:**<br>Outgoing | 1/8/2019<br>5:52:05 PM(UTC-5) | | Sent | Yes |
| 254 | Inbox | **From**<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>**Direction:**<br>Incoming | 1/8/2019<br>5:53:18 PM(UTC-5) | Read:<br>1/8/2019<br>5:53:22 PM(UTC-5) | Read | He needs fedex envelopes too.. can he drive and pick them up from u? Or at least he needs to know where to mail them. They will all b ready by tmw |
| 255 | Sent | **To**<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>**Direction:**<br>Outgoing | 1/8/2019<br>5:53:55 PM(UTC-5) | | Sent | We can send labels in am |
| 256 | Inbox | **From**<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>**Direction:**<br>Incoming | 1/8/2019<br>5:54:40 PM(UTC-5) | Read:<br>1/8/2019<br>5:54:42 PM(UTC-5) | Read | U da man! |
| 257 | Sent | **To**<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>**Direction:**<br>Outgoing | 1/17/2019<br>1:18:11 PM(UTC-5) | | Sent | How it going with gee |
| 258 | Sent | **To**<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>**Direction:**<br>Outgoing | 1/17/2019<br>1:18:16 PM(UTC-5) | | Sent | Money don't sleep |
| 259 | Inbox | **From**<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>**Direction:**<br>Incoming | 1/17/2019<br>1:55:51 PM(UTC-5) | Read:<br>1/17/2019<br>1:56:02 PM(UTC-5) | Read | It's happening right now lol |
| 260 | Sent | **To**<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>**Direction:**<br>Outgoing | 1/17/2019<br>1:56:10 PM(UTC-5) | | Sent | Yeh yeh |
| 261 | Sent | **To**<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>**Direction:**<br>Outgoing | 1/17/2019<br>1:56:21 PM(UTC-5) | | Sent | They need help ? |
| 262 | Inbox | **From**<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>**Direction:**<br>Incoming | 1/17/2019<br>1:56:55 PM(UTC-5) | Read:<br>1/17/2019<br>2:15:29 PM(UTC-5) | Read | Yes give him a ring |
| 263 | Sent | **To**<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>**Direction:**<br>Outgoing | 1/17/2019<br>2:23:26 PM(UTC-5) | | Sent | Real |
| 264 | Sent | **To**<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>**Direction:**<br>Outgoing | 1/17/2019<br>2:23:31 PM(UTC-5) | | Sent | Presley |

| 265 | Sent | +19564758935<br>Dr Rhama New Number*<br><br>Direction:<br>Outgoing | 2:23:34 PM(UTC-5) | | | |
|-----|------|------|------|------|------|------|
| 266 | Inbox | From<br>+19564758935<br>Dr Rhama New Number*<br><br>Direction:<br>Incoming | 1/17/2019<br>2:45:20 PM(UTC-5) | Read:<br>1/17/2019<br>2:49:22 PM(UTC-5) | Read | Learning curve w paperwork he's gonna call u |
| 267 | Sent | To<br>+19564758935<br>Dr Rhama New Number*<br><br>Direction:<br>Outgoing | 1/17/2019<br>2:49:25 PM(UTC-5) | | Sent | When ? |
| 268 | Sent | To<br>+19564758935<br>Dr Rhama New Number*<br><br>Direction:<br>Outgoing | 1/17/2019<br>2:49:28 PM(UTC-5) | | Sent | We can do it |
| 269 | Inbox | From<br>+19564758935<br>Dr Rhama New Number*<br><br>Direction:<br>Incoming | 1/17/2019<br>3:30:26 PM(UTC-5) | Read:<br>1/17/2019<br>3:30:35 PM(UTC-5) | Read | G will call u. He says they are starting today |
| 270 | Sent | To<br>+19564758935<br>Dr Rhama New Number*<br><br>Direction:<br>Outgoing | 1/17/2019<br>3:30:38 PM(UTC-5) | | Sent | Lol |
| 271 | Sent | To<br>+19564758935<br>Dr Rhama New Number*<br><br>Direction:<br>Outgoing | 1/17/2019<br>7:46:38 PM(UTC-5) | | Sent | He never called you sure he can handle this stuff |
| 272 | Inbox | From<br>+19564758935<br>Dr Rhama New Number*<br><br>Direction:<br>Incoming | 1/17/2019<br>7:46:59 PM(UTC-5) | Read:<br>1/17/2019<br>7:47:03 PM(UTC-5) | Read | Yes I am |
| 273 | Sent | To<br>+19564758935<br>Dr Rhama New Number*<br><br>Direction:<br>Outgoing | 1/17/2019<br>7:47:06 PM(UTC-5) | | Sent | Ok |
| 274 | Sent | To<br>+19564758935<br>Dr Rhama New Number*<br><br>Direction:<br>Outgoing | 1/17/2019<br>7:47:08 PM(UTC-5) | | Sent | Lol |
| 275 | Sent | To<br>+19564758935<br>Dr Rhama New Number*<br><br>Direction:<br>Outgoing | 1/18/2019<br>4:10:30 PM(UTC-5) | | Sent | Guy never called me so let me know hate wasting time money time as you know |
| 276 | Sent | To<br>+19564758935<br>Dr Rhama New Number*<br><br>Direction:<br>Outgoing | 1/22/2019<br>6:57:59 PM(UTC-5) | | Sent | Hi good afternoon I think gee said they waiting on lawyer approval |
| 277 | Inbox | From<br>+19564758935<br>Dr Rhama New Number*<br><br>Direction:<br>Incoming | 1/22/2019<br>8:11:05 PM(UTC-5) | Read:<br>1/22/2019<br>8:13:27 PM(UTC-5) | Read | Yes everything is good I'll call u |
| 278 | Sent | To<br>+19564758935<br>Dr Rhama New Number*<br><br>Direction:<br>Outgoing | 1/22/2019<br>8:13:55 PM(UTC-5) | | Sent | No worries shit is really paying crazy money everyday wait losing cash |
| 279 | Sent | To<br>+19564758935<br>Dr Rhama New Number*<br><br>Direction:<br>Outgoing | 1/22/2019<br>8:14:03 PM(UTC-5) | | Sent | Find Texas medicade |

| 280 | | To<br>+19564758935<br>Dr Rhama New<br>Number*<br>Direction:<br>Outgoing | 2:04:20 PM(UTC-5) | | | he thought lol | |
| 281 | Inbox | From<br>+19564758935<br>Dr Rhama New<br>Number*<br>Direction:<br>Incoming | 1/24/2019<br>2:07:15 PM(UTC-5) | Read:<br>1/24/2019<br>2:07:22 PM(UTC-5) | Read | Let me call him | |
| 282 | Sent | To<br>+19564758935<br>Dr Rhama New<br>Number*<br>Direction:<br>Outgoing | 1/24/2019<br>2:07:31 PM(UTC-5) | | Sent | You missing big stuff | |
| 283 | Sent | To<br>+19564758935<br>Dr Rhama New<br>Number*<br>Direction:<br>Outgoing | 1/24/2019<br>2:07:37 PM(UTC-5) | | Sent | Better than every | |
| 284 | Sent | To<br>+19564758935<br>Dr Rhama New<br>Number*<br>Direction:<br>Outgoing | 1/24/2019<br>2:07:39 PM(UTC-5) | | Sent | Ever | |
| 285 | Inbox | From<br>+19564758935<br>Dr Rhama New<br>Number*<br>Direction:<br>Incoming | 1/24/2019<br>2:12:53 PM(UTC-5) | Read:<br>1/24/2019<br>2:12:55 PM(UTC-5) | Read | Ok let me get him focused | |
| 286 | Sent | To<br>+19564758935<br>Dr Rhama New<br>Number*<br>Direction:<br>Outgoing | 1/24/2019<br>2:13:06 PM(UTC-5) | | Sent | This might be last run | |
| 287 | Sent | To<br>+19564758935<br>Dr Rhama New<br>Number*<br>Direction:<br>Outgoing | 1/24/2019<br>2:13:16 PM(UTC-5) | | Sent | We on fire | |
| 288 | Sent | To<br>+19564758935<br>Dr Rhama New<br>Number*<br>Direction:<br>Outgoing | 1/24/2019<br>2:13:24 PM(UTC-5) | | Sent | This no joke | |
| 289 | Inbox | From<br>+19564758935<br>Dr Rhama New<br>Number*<br>Direction:<br>Incoming | 1/28/2019<br>7:45:16 PM(UTC-5) | Read:<br>1/28/2019<br>7:45:21 PM(UTC-5) | Read | I'm on it call u shortly | |
| 290 | Sent | To<br>+19564758935<br>Dr Rhama New<br>Number*<br>Direction:<br>Outgoing | 1/28/2019<br>7:46:57 PM(UTC-5) | | Sent | ? | |
| 291 | Inbox | From<br>+19564758935<br>Dr Rhama New<br>Number*<br>Direction:<br>Incoming | 2/4/2019<br>8:33:21 PM(UTC-5) | Read:<br>2/4/2019<br>8:36:57 PM(UTC-5) | Read | got 2!! He's sending the forms now to u | |
| 292 | Sent | To<br>+19564758935<br>Dr Rhama New<br>Number*<br>Direction:<br>Outgoing | 2/4/2019<br>8:37:06 PM(UTC-5) | | Sent | 2? | |
| 293 | Inbox | From<br>+19564758935<br>Dr Rhama New<br>Number*<br>Direction:<br>Incoming | 2/4/2019<br>8:37:58 PM(UTC-5) | Read:<br>2/4/2019<br>8:38:04 PM(UTC-5) | Read | Provider Sign up forms  says he will have 2 more tmw. Check ur email | |
| 294 | Sent | To<br>+19564758935<br>Dr Rhama New<br>Number*<br>Direction:<br>Outgoing | 2/4/2019<br>8:38:11 PM(UTC-5) | | Sent | Ok | |

| 295 | | +19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Incoming | 8:38:21 PM(UTC-5) | 2/4/2019<br>8:38:21 PM(UTC-5) | | |
| 296 | Sent | To<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Outgoing | 2/4/2019<br>8:38:27 PM(UTC-5) | | Sent | Good |
| 297 | Inbox | From<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Incoming | 2/4/2019<br>8:38:41 PM(UTC-5) | Read:<br>2/4/2019<br>8:38:47 PM(UTC-5) | Read | |
| 298 | Sent | To<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Outgoing | 2/4/2019<br>8:38:59 PM(UTC-5) | | Sent | Yes |
| 299 | Sent | To<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Outgoing | 2/4/2019<br>8:39:16 PM(UTC-5) | | Sent | I'm going away ATLANTA am |
| 300 | Sent | To<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Outgoing | 2/4/2019<br>8:39:23 PM(UTC-5) | | Sent | Just lasnded was in Pr |
| 301 | Inbox | From<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Incoming | 2/4/2019<br>8:40:28 PM(UTC-5) | Read:<br>2/4/2019<br>8:40:36 PM(UTC-5) | Read | Ur going to Atlanta tmw? |
| 302 | Sent | To<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Outgoing | 2/4/2019<br>8:40:42 PM(UTC-5) | | Sent | Yes |
| 303 | Inbox | From<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Incoming | 2/4/2019<br>8:41:08 PM(UTC-5) | Read:<br>2/4/2019<br>8:41:08 PM(UTC-5) | Read | Nice please make sure.they mail.out kits to ▓ tmw |
| 304 | Sent | To<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Outgoing | 2/4/2019<br>8:41:17 PM(UTC-5) | | Sent | Yes |
| 305 | Inbox | From<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Incoming | 2/4/2019<br>8:41:32 PM(UTC-5) | Read:<br>2/4/2019<br>8:41:32 PM(UTC-5) | Read | |
| 306 | Inbox | From<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Incoming | 2/4/2019<br>9:15:23 PM(UTC-5) | Read:<br>2/4/2019<br>9:34:02 PM(UTC-5) | Read | He just sent it. Is it in ur email? |
| 307 | Inbox | From<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Incoming | 2/4/2019<br>9:22:08 PM(UTC-5) | Read:<br>2/4/2019<br>9:34:02 PM(UTC-5) | Read | Just sent now |
| 308 | Sent | To<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Outgoing | 2/4/2019<br>9:34:11 PM(UTC-5) | | Sent | Will check in few |
| 309 | Inbox | From<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Incoming | 2/5/2019<br>3:41:16 PM(UTC-5) | Read:<br>2/5/2019<br>3:41:19 PM(UTC-5) | Read | Got them? |

| | | | | | | |
|---|---|---|---|---|---|---|
| 310 | | +19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Outgoing | 3:41:21 PM(UTC-5) | | | |
| 311 | Inbox | From<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Incoming | 2/5/2019<br>3:41:49 PM(UTC-5) | Read:<br>2/5/2019<br>3:41:54 PM(UTC-5) | Read | Kits sent out? |
| 312 | Sent | To<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Outgoing | 2/5/2019<br>3:42:01 PM(UTC-5) | | Sent | I'm here now they will send |
| 313 | Inbox | From<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Incoming | 2/5/2019<br>3:42:23 PM(UTC-5) | Read:<br>2/5/2019<br>3:42:27 PM(UTC-5) | Read | Awesome. We just got another sign up. He's sending to u now |
| 314 | Sent | To<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Outgoing | 2/5/2019<br>3:42:31 PM(UTC-5) | | Sent | Ok |
| 315 | Inbox | From<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Incoming | 2/5/2019<br>3:42:41 PM(UTC-5) | Read:<br>2/5/2019<br>3:42:51 PM(UTC-5) | Read | |
| 316 | Inbox | From<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Incoming | 2/5/2019<br>3:51:07 PM(UTC-5) | Read:<br>2/5/2019<br>3:53:44 PM(UTC-5) | Read | Please make sure they have the forms and prepaid FedEx envelopes |
| 317 | Sent | To<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Outgoing | 2/5/2019<br>3:57:26 PM(UTC-5) | | Sent | Please tell him look<br>For Amanda email |
| 318 | Inbox | From<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Incoming | 2/5/2019<br>3:58:15 PM(UTC-5) | Read:<br>2/5/2019<br>3:58:21 PM(UTC-5) | Read | He's doing it now |
| 319 | Sent | To<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Outgoing | 2/5/2019<br>3:58:22 PM(UTC-5) | | Sent | Ok |
| 320 | Sent | To<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Outgoing | 2/5/2019<br>3:58:37 PM(UTC-5) | | Sent | This way he has direct contact |
| 321 | Inbox | From<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Incoming | 2/5/2019<br>5:18:00 PM(UTC-5) | Read:<br>2/5/2019<br>5:27:53 PM(UTC-5) | Read | He finished it |
| 322 | Inbox | From<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Incoming | 2/5/2019<br>5:27:13 PM(UTC-5) | Read:<br>2/5/2019<br>5:27:53 PM(UTC-5) | Read | All good? |
| 323 | Sent | To<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Outgoing | 2/5/2019<br>5:27:59 PM(UTC-5) | | Sent | I will find out |
| 324 | Inbox | From<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Incoming | 2/5/2019<br>5:28:18 PM(UTC-5) | Read:<br>2/5/2019<br>5:39:24 PM(UTC-5) | Read | |

| 325 | | To<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Incoming | 3:30:59 PM(UTC-5) | 2/6/2019<br>3:31:07 PM(UTC-5) | | |
| 326 | Sent | To<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Outgoing | 2/6/2019<br>3:31:13 PM(UTC-5) | | Sent | I think so |
| 327 | Inbox | From<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Incoming | 2/6/2019<br>3:31:38 PM(UTC-5) | Read:<br>2/6/2019<br>3:33:36 PM(UTC-5) | Read | |
| 328 | Inbox | From<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Incoming | 2/6/2019<br>4:03:02 PM(UTC-5) | Read:<br>2/6/2019<br>4:03:10 PM(UTC-5) | Read | Just want to make sure. 3 more coming your way |
| 329 | Sent | To<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Outgoing | 2/6/2019<br>4:03:12 PM(UTC-5) | | Sent | Ok |
| 330 | Inbox | From<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Incoming | 2/8/2019<br>11:14:26 PM(UTC-5) | Read:<br>2/9/2019<br>2:02:09 AM(UTC-5) | Read | Is performance working ?          ants to send there |
| 331 | Inbox | From<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Incoming | 2/8/2019<br>11:20:45 PM(UTC-5) | Read:<br>2/9/2019<br>2:02:09 AM(UTC-5) | Read | He's new to this and getting frustrated. Give him a hand |
| 332 | Sent | To<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Outgoing | 2/9/2019<br>2:02:28 AM(UTC-5) | | Sent | Okm |
| 333 | Sent | To<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Outgoing | 2/9/2019<br>2:02:31 AM(UTC-5) | | Sent | Ok |
| 334 | Inbox | From<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Incoming | 2/9/2019<br>2:03:28 AM(UTC-5) | Read:<br>2/9/2019<br>2:03:28 AM(UTC-5) | Read | He's got 50 providers hes a beast. We just need to help him out |
| 335 | Sent | To<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Outgoing | 2/9/2019<br>2:06:06 AM(UTC-5) | | Sent | Okm |
| 336 | Sent | To<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Outgoing | 2/9/2019<br>2:06:08 AM(UTC-5) | | Sent | Ok |
| 337 | Inbox | From<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Incoming | 2/9/2019<br>2:07:34 AM(UTC-5) | Read:<br>2/9/2019<br>6:37:34 AM(UTC-5) | Read | I land in Miami tmw |
| 338 | Sent | To<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Outgoing | 2/9/2019<br>7:09:20 AM(UTC-5) | | Sent | Okm |
| 339 | Sent | To<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Outgoing | 2/9/2019<br>7:09:23 AM(UTC-5) | | Sent | Ok |

| 340 | | **From** +16463002854 **Personal*** **From** +19564758935 Dr Rhama New Number* **Direction:** Incoming | 11:38:23 PM(UTC-5) | **Read:** 2/16/2019 12:24:10 AM(UTC-5) | | | |
| 341 | Sent | **From** +16463002854 **Personal*** **To** +19564758935 Dr Rhama New Number* **Direction:** Outgoing | 2/16/2019 12:24:17 AM(UTC-5) | | Sent | Oh nice |
| 342 | Inbox | **To** +16463002854 **Personal*** **From** +19564758935 Dr Rhama New Number* **Direction:** Incoming | 2/16/2019 1:09:57 AM(UTC-5) | **Read:** 2/16/2019 5:13:02 AM(UTC-5) | Read | He's got it all ready to go |
| 343 | Sent | **From** +16463002854 **Personal*** **To** +19564758935 Dr Rhama New Number* **Direction:** Outgoing | 2/16/2019 5:13:16 AM(UTC-5) | | Sent | Good |
| 344 | Sent | **From** +16463002854 **Personal*** **To** +19564758935 Dr Rhama New Number* **Direction:** Outgoing | 2/16/2019 5:13:22 AM(UTC-5) | | Sent | Will call u in am |
| 345 | Sent | **To** +19564758935 Dr Rhama New Number* **Direction:** Outgoing | 2/16/2019 7:52:13 PM(UTC-5) | | Sent | AT a party call u tomtoow |
| 346 | Inbox | **From** +19564758935 Dr Rhama New Number* **Direction:** Incoming | 2/16/2019 7:52:33 PM(UTC-5) | **Read:** 2/16/2019 7:56:38 PM(UTC-5) | Read | |
| 347 | Sent | **To** +19564758935 Dr Rhama New Number* **Direction:** Outgoing | 2/16/2019 7:56:43 PM(UTC-5) | | Sent | Your in town ? |
| 348 | Inbox | **From** +19564758935 Dr Rhama New Number* **Direction:** Incoming | 2/16/2019 8:06:25 PM(UTC-5) | **Read:** 2/16/2019 8:06:27 PM(UTC-5) | Read | Orlando |
| 349 | Sent | **To** +19564758935 Dr Rhama New Number* **Direction:** Outgoing | 2/16/2019 8:06:30 PM(UTC-5) | | Sent | Oh cool |
| 350 | Sent | **To** +19564758935 Dr Rhama New Number* **Direction:** Outgoing | 2/16/2019 8:06:56 PM(UTC-5) | | Sent | Give Mickey Mouse kiss |
| 351 | Inbox | **From** +19564758935 Dr Rhama New Number* **Direction:** Incoming | 2/16/2019 8:08:25 PM(UTC-5) | **Read:** 2/16/2019 8:15:07 PM(UTC-5) | Read | Hahahahaha |
| 352 | Sent | **To** +19564758935 Dr Rhama New Number* **Direction:** Outgoing | 2/16/2019 8:15:10 PM(UTC-5) | | Sent | Lol |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 353 | | From +19564758935 Dr Rhama New Number* Direction: Outgoing | 5:04:06 PM(UTC-5) | | | | |
| 354 | Inbox | From +19564758935 Dr Rhama New Number* Direction: Incoming | 2/17/2019 5:05:14 PM(UTC-5) | Read: 2/17/2019 5:05:14 PM(UTC-5) | Read | Email to hr@roseshore.com | |
| 355 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 2/17/2019 5:15:46 PM(UTC-5) | | Sent | Ok | |
| 356 | Inbox | From +19564758935 Dr Rhama New Number* Direction: Incoming | 2/17/2019 5:31:45 PM(UTC-5) | Read: 2/17/2019 5:36:04 PM(UTC-5) | Read | Perfect. He's is going to use his office as a hub to double check everything submitted | |
| 357 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 2/17/2019 5:36:10 PM(UTC-5) | | Sent | Ok | |
| 358 | Inbox | From +19564758935 Dr Rhama New Number* Direction: Incoming | 2/18/2019 12:16:17 PM(UTC-5) | Read: 2/18/2019 12:19:54 PM(UTC-5) | Read | Can u send over? g is standing by | |
| 359 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 2/18/2019 12:19:57 PM(UTC-5) | | Sent | Yes | |
| 360 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 2/18/2019 12:34:52 PM(UTC-5) | | Sent | Was sent | |
| 361 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 2/18/2019 4:15:46 PM(UTC-5) | | Sent | Get it | |
| 362 | Inbox | From +19564758935 Dr Rhama New Number* Direction: Incoming | 2/18/2019 4:19:44 PM(UTC-5) | Read: 2/18/2019 4:35:14 PM(UTC-5) | Read | | |
| 363 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 2/21/2019 2:52:27 PM(UTC-5) | | Sent | Can u text | |
| 364 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 2/21/2019 2:55:57 PM(UTC-5) | | Sent | Text ? | |
| 365 | Inbox | From +19564758935 Dr Rhama New Number* Direction: Incoming | 2/21/2019 3:01:15 PM(UTC-5) | Read: 2/21/2019 3:01:21 PM(UTC-5) | Read | G double checked forms and resent yesterday...did the kits go out yet? | |
| 366 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 2/21/2019 3:01:29 PM(UTC-5) | | Sent | Which lab | |
| 367 | Inbox | From +19564758935 Dr Rhama New Number* Direction: Incoming | 2/21/2019 3:01:46 PM(UTC-5) | Read: 2/21/2019 3:01:49 PM(UTC-5) | Read | Both | |

| 368 | | +19564758935<br>**Dr Rhama New Number\*** <br><br>**Direction:** Outgoing | 3:04:28 PM(UTC-5) | | | right now |
|-----|------|---------------------------------------------------------------------------------|---------------------------------|-----------------------------------------------------|--------|--------------------------------------------------------------|
| 369 | Sent | **To** +19564758935<br>**Dr Rhama New Number\*** <br><br>**Direction:** Outgoing | 2/21/2019<br>3:04:38 PM(UTC-5) | | Sent | Call ▓▓▓ |
| 370 | Inbox | **From** +19564758935<br>**Dr Rhama New Number\*** <br><br>**Direction:** Incoming | 2/21/2019<br>3:09:52 PM(UTC-5) | **Read:** 2/21/2019<br>3:09:55 PM(UTC-5) | Read | How much is that total per sample now? |
| 371 | Sent | **To** +19564758935<br>**Dr Rhama New Number\*** <br><br>**Direction:** Outgoing | 2/21/2019<br>3:10:10 PM(UTC-5) | | Sent | They paying 8700 |
| 372 | Sent | **To** +19564758935<br>**Dr Rhama New Number\*** <br><br>**Direction:** Outgoing | 2/21/2019<br>3:10:19 PM(UTC-5) | | Sent | And 25oo Pgx |
| 373 | Sent | **To** +19564758935<br>**Dr Rhama New Number\*** <br><br>**Direction:** Outgoing | 2/22/2019<br>11:00:41 AM(UTC-5) | | Sent | Call me |
| 374 | Sent | **To** +19564758935<br>**Dr Rhama New Number\*** <br><br>**Direction:** Outgoing | 2/28/2019<br>5:06:17 PM(UTC-5) | | Sent |  He get supplies |
| 375 | Inbox | **From** +19564758935<br>**Dr Rhama New Number\*** <br><br>**Direction:** Incoming | 2/28/2019<br>5:17:44 PM(UTC-5) | **Read:** 2/28/2019<br>5:33:33 PM(UTC-5) | Read | Let me double check |
| 376 | Inbox | **From** +19564758935<br>**Dr Rhama New Number\*** <br><br>**Direction:** Incoming | 2/28/2019<br>6:00:48 PM(UTC-5) | **Read:** 2/28/2019<br>6:01:07 PM(UTC-5) | Read | Received |
| 377 | Sent | **To** +19564758935<br>**Dr Rhama New Number\*** <br><br>**Direction:** Outgoing | 2/28/2019<br>6:01:10 PM(UTC-5) | | Sent | Cool |
| 378 | Sent | **To** +19564758935<br>**Dr Rhama New Number\*** <br><br>**Direction:** Outgoing | 3/5/2019<br>10:49:23 AM(UTC-5) | | Sent | How it coming with tests |
| 379 | Inbox | **From** +19564758935<br>**Dr Rhama New Number\*** <br><br>**Direction:** Incoming | 3/5/2019<br>4:11:57 PM(UTC-5) | **Read:** 3/5/2019<br>4:12:00 PM(UTC-5) | Read | |
| 380 | Inbox | **From** +19564758935<br>**Dr Rhama New Number\*** <br><br>**Direction:** Incoming | 3/5/2019<br>4:12:14 PM(UTC-5) | **Read:** 3/5/2019<br>4:12:14 PM(UTC-5) | Read | I'll call u w an update in a few |
| 381 | Inbox | **From** +19564758935<br>**Dr Rhama New Number\*** <br><br>**Direction:** Incoming | 3/5/2019<br>4:24:42 PM(UTC-5) | **Read:** 3/5/2019<br>4:24:53 PM(UTC-5) | Read | Which forms are required for submission? ...because they sent 4 different forms |
| 382 | Sent | **To** +19564758935<br>**Dr Rhama New Number\*** <br><br>**Direction:** Outgoing | 3/5/2019<br>4:25:00 PM(UTC-5) | | Sent | He can call Taylor |

| 383 | | +19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Incoming | 4:26:05 PM(UTC-5) | 3/5/2019<br>4:27:47 PM(UTC-5) | | |
|---|---|---|---|---|---|---|
| 384 | Inbox | From<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Incoming | 3/5/2019<br>4:36:13 PM(UTC-5) | Read:<br>3/5/2019<br>4:36:24 PM(UTC-5) | Read | She's not responding. Everything is being filled out now... |
| 385 | Inbox | From<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Incoming | 3/5/2019<br>4:36:31 PM(UTC-5) | Read:<br>3/5/2019<br>4:36:31 PM(UTC-5) | Read | What r the icds? |
| 386 | Sent | To<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Outgoing | 3/5/2019<br>4:36:33 PM(UTC-5) | | Sent | Keep<br>Calling her |
| 387 | Sent | To<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Outgoing | 3/5/2019<br>4:37:08 PM(UTC-5) | | Sent | She knows the codes as well and |
| 388 | Inbox | From<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Incoming | 3/6/2019<br>4:41:07 PM(UTC-5) | Read:<br>3/6/2019<br>4:41:39 PM(UTC-5) | Read | He is having trouble reaching          .can u connect          o          conference call? |
| 389 | Sent | To<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Outgoing | 3/6/2019<br>4:41:44 PM(UTC-5) | | Sent | Yes |
| 390 | Inbox | From<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Incoming | 3/6/2019<br>4:43:53 PM(UTC-5) | Read:<br>3/6/2019<br>4:44:05 PM(UTC-5) | Read | He is standing by. They are to trying to fill out all of them right now |
| 391 | Sent | To<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Outgoing | 3/6/2019<br>4:44:10 PM(UTC-5) | | Sent | She calling now |
| 392 | Sent | To<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Outgoing | 3/7/2019<br>4:57:27 PM(UTC-5) | | Sent | He speak to Taylor |
| 393 | Inbox | From<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Incoming | 3/7/2019<br>4:57:54 PM(UTC-5) | Read:<br>3/7/2019<br>4:57:56 PM(UTC-5) | Read | |
| 394 | Sent | To<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Outgoing | 3/7/2019<br>4:57:59 PM(UTC-5) | | Sent | Cool |
| 395 | Inbox | From<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Incoming | 3/9/2019<br>9:10:27 PM(UTC-5) | Read:<br>3/9/2019<br>9:10:35 PM(UTC-5) | Read |          igned up 3 more |
| 396 | Sent | To<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Outgoing | 3/9/2019<br>9:10:44 PM(UTC-5) | | Sent | Has he sent anything in yet ? |
| 397 | Inbox | From<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>Direction:<br>Incoming | 3/9/2019<br>9:11:25 PM(UTC-5) | Read:<br>3/9/2019<br>9:13:44 PM(UTC-5) | Read | Yes he sent sign up forms |

| | | | | | | |
|---|---|---|---|---|---|---|
| 398 | | | 9:12:01 PM(UTC-5)<br><br>**Direction:** Incoming | 3/9/2019 9:13:44 PM(UTC-5) | | |
| 399 | Sent | **To** +19564758935 **Dr Rhama New Number***<br><br>**Direction:** Outgoing | 3/19/2019 3:36:26 PM(UTC-4) | | Sent | Hey I told ▮ they want to see sample back before sen ▮ out any more kits |
| 400 | Inbox | **From** +19564758935 **Dr Rhama New Number***<br><br>**Direction:** Incoming | 3/19/2019 3:39:01 PM(UTC-4) | Read: 3/19/2019 3:39:05 PM(UTC-4) | Read | |
| 401 | Inbox | **From** +19564758935 **Dr Rhama New Number***<br><br>**Direction:** Incoming | 3/21/2019 7:02:07 PM(UTC-4) | Read: 3/21/2019 7:02:12 PM(UTC-4) | Read | ▮ losed the deal with IPA |
| 402 | Inbox | **From** +19564758935 **Dr Rhama New Number***<br><br>**Direction:** Incoming | 3/21/2019 7:02:24 PM(UTC-4) | Read: 3/21/2019 7:03:10 PM(UTC-4) | Read | Sky is the limit |
| 403 | Sent | **To** +19564758935 **Dr Rhama New Number***<br><br>**Direction:** Outgoing | 3/21/2019 7:03:15 PM(UTC-4) | | Sent | What's ipa ? |
| 404 | Inbox | **From** +19564758935 **Dr Rhama New Number***<br><br>**Direction:** Incoming | 3/21/2019 7:06:51 PM(UTC-4) | Read: 3/21/2019 7:11:12 PM(UTC-4) | Read | Independent physician association |
| 405 | Inbox | **From** +19564758935 **Dr Rhama New Number***<br><br>**Direction:** Incoming | 3/21/2019 7:07:26 PM(UTC-4) | Read: 3/21/2019 7:11:12 PM(UTC-4) | Read | Huge group. They got 5 sign ups in 2 hours today |
| 406 | Sent | **To** +19564758935 **Dr Rhama New Number***<br><br>**Direction:** Outgoing | 3/21/2019 7:11:16 PM(UTC-4) | | Sent | Oh |
| 407 | Sent | **To** +19564758935 **Dr Rhama New Number***<br><br>**Direction:** Outgoing | 3/21/2019 7:11:33 PM(UTC-4) | | Sent | He has not sent anything in |
| 408 | Inbox | **From** +19564758935 **Dr Rhama New Number***<br><br>**Direction:** Incoming | 3/21/2019 7:14:13 PM(UTC-4) | Read: 3/21/2019 7:19:52 PM(UTC-4) | Read | It's all being done. They want the paperwork to be perfect |
| 409 | Sent | **To** +19564758935 **Dr Rhama New Number***<br><br>**Direction:** Outgoing | 3/21/2019 7:19:54 PM(UTC-4) | | Sent | Ok |
| 410 | Sent | **To** +19564758935 **Dr Rhama New Number***<br><br>**Direction:** Outgoing | 3/24/2019 9:30:57 PM(UTC-4) | | Sent | You get tracking number ? |
| 411 | Inbox | **From** +19564758935 **Dr Rhama New Number***<br><br>**Direction:** Incoming | 3/24/2019 9:31:24 PM(UTC-4) | Read: 3/24/2019 9:31:24 PM(UTC-4) | Read | One sec |
| 412 | Sent | **To** +19564758935 **Dr Rhama New Number***<br><br>**Direction:** Outgoing | 3/24/2019 9:31:29 PM(UTC-4) | | Sent | Ok |

| 413 | | +19564758935 Dr Rhama New Number* Direction: Outgoing | 9:31:42 PM(UTC-4) | | | |
| 414 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 3/24/2019 9:39:20 PM(UTC-4) | | Sent | Ok cool |
| 415 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 3/25/2019 11:21:46 AM(UTC-4) | | Sent | Hey how many he send and was it just cgx |
| 416 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 3/25/2019 1:34:20 PM(UTC-4) | | Sent | Medicaid MCO plan & a bcbs of Texas |
| 417 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 3/25/2019 1:34:38 PM(UTC-4) | | Sent | Both no good |
| 418 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 3/25/2019 1:34:46 PM(UTC-4) | | Sent | Need straight medicade |
| 419 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 3/25/2019 1:35:03 PM(UTC-4) | | Sent | No mco or hmo |
| 420 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 3/25/2019 1:35:06 PM(UTC-4) | | Sent | Or managed |
| 421 | Inbox | From +19564758935 Dr Rhama New Number* Direction: Incoming | 3/25/2019 2:45:56 PM(UTC-4) | Read: 3/25/2019 2:46:09 PM(UTC-4) | Read | What's ▮ email |
| 422 | Inbox | From +19564758935 Dr Rhama New Number* Direction: Incoming | 3/26/2019 3:15:47 PM(UTC-4) | Read: 3/26/2019 3:15:50 PM(UTC-4) | Read | 20 more landed w ▮ today |
| 423 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 3/26/2019 3:16:08 PM(UTC-4) | | Sent | Let's see if goid |
| 424 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 3/26/2019 3:16:10 PM(UTC-4) | | Sent | Good |
| 425 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 3/26/2019 3:16:20 PM(UTC-4) | | Sent | Speaking to her at 4 |
| 426 | Inbox | From +19564758935 Dr Rhama New Number* Direction: Incoming | 3/26/2019 3:16:59 PM(UTC-4) | Read: 3/26/2019 3:23:21 PM(UTC-4) | Read | |
| 427 | Inbox | From +19564758935 Dr Rhama New Number* Direction: Incoming | 3/26/2019 3:18:24 PM(UTC-4) | Read: 3/26/2019 3:23:21 PM(UTC-4) | Read | Once ▮ sees the money it's going to expand fast |

| 428 | | +19564758935<br>Dr Rhama New<br>Number*<br><br>**Direction:**<br>Outgoing | 3:23:31 PM(UTC-4) | | | |
|-----|-------|-------------------------------------------------------------------|-------------------------------------------------|-------------------------------------------------|------|------------------------------------------------------------------------------------------------|
| 429 | Inbox | **From**<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>**Direction:**<br>Incoming | 3/26/2019<br>3:26:15 PM(UTC-4) | **Read:**<br>3/26/2019<br>3:26:25 PM(UTC-4) | Read | Yes sir |
| 430 | Sent | **To**<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>**Direction:**<br>Outgoing | 3/26/2019<br>9:22:45 PM(UTC-4) | | Sent | Don't have any names from |
| 431 | Inbox | **From**<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>**Direction:**<br>Incoming | 3/26/2019<br>9:31:11 PM(UTC-4) | **Read:**<br>3/26/2019<br>9:31:33 PM(UTC-4) | Read | Do u have WhatsApp |
| 432 | Inbox | **From**<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>**Direction:**<br>Incoming | 3/26/2019<br>9:31:15 PM(UTC-4) | **Read:**<br>3/26/2019<br>9:31:33 PM(UTC-4) | Read | I have it |
| 433 | Sent | **To**<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>**Direction:**<br>Outgoing | 3/26/2019<br>9:31:38 PM(UTC-4) | | Sent | Yes |
| 434 | Inbox | **From**<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>**Direction:**<br>Incoming | 3/26/2019<br>9:34:02 PM(UTC-4) | **Read:**<br>3/26/2019<br>9:34:41 PM(UTC-4) | Read | I just sent u what app |
| 435 | Sent | **To**<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>**Direction:**<br>Outgoing | 3/26/2019<br>9:34:44 PM(UTC-4) | | Sent | Got it |
| 436 | Sent | **To**<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>**Direction:**<br>Outgoing | 3/26/2019<br>9:34:49 PM(UTC-4) | | Sent | Will check in |
| 437 | Sent | **To**<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>**Direction:**<br>Outgoing | 3/26/2019<br>9:34:51 PM(UTC-4) | | Sent | Am |
| 438 | Inbox | **From**<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>**Direction:**<br>Incoming | 3/26/2019<br>9:35:08 PM(UTC-4) | **Read:**<br>3/26/2019<br>9:35:08 PM(UTC-4) | Read | |
| 439 | Sent | **To**<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>**Direction:**<br>Outgoing | 3/29/2019<br>4:22:27 PM(UTC-4) | | Sent | I can't really help him he needs to deal with them at lab I don't know what Insurance's in Texas good |
| 440 | Sent | **To**<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>**Direction:**<br>Outgoing | 3/29/2019<br>4:25:54 PM(UTC-4) | | Sent | Sorry, I can't talk right now. |
| 441 | Inbox | **From**<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>**Direction:**<br>Incoming | 3/29/2019<br>4:27:08 PM(UTC-4) | **Read:**<br>3/29/2019<br>4:27:13 PM(UTC-4) | Read | I'm flying to Miami Monday can u meet up |
| 442 | Sent | **To**<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>**Direction:**<br>Outgoing | 3/29/2019<br>4:27:22 PM(UTC-4) | | Sent | You have to come this way please |

| 443 | | +19564758935<br>Dr Rhama New<br>Number*<br><br>**Direction:**<br>Incoming | 4:27:58 PM(UTC-4) | 3/29/2019<br>4:28:32 PM(UTC-4) | | |
|---|---|---|---|---|---|---|
| 444 | Inbox | **From**<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>**Direction:**<br>Incoming | 3/29/2019<br>4:28:04 PM(UTC-4) | **Read:**<br>3/29/2019<br>4:28:32 PM(UTC-4) | Read | Boca? |
| 445 | Sent | **To**<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>**Direction:**<br>Outgoing | 3/29/2019<br>4:28:34 PM(UTC-4) | | Sent | Yes |
| 446 | Sent | **To**<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>**Direction:**<br>Outgoing | 3/29/2019<br>4:32:45 PM(UTC-4) | | Sent | I can't deal<br>With gee I can't understand him |
| 447 | Sent | **To**<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>**Direction:**<br>Outgoing | 3/29/2019<br>4:32:57 PM(UTC-4) | | Sent | There has to be a better way |
| 448 | Sent | **To**<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>**Direction:**<br>Outgoing | 3/29/2019<br>4:33:08 PM(UTC-4) | | Sent | "This is a pain ass |
| 449 | Inbox | **From**<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>**Direction:**<br>Incoming | 3/29/2019<br>4:33:14 PM(UTC-4) | **Read:**<br>3/29/2019<br>4:33:15 PM(UTC-4) | Read | Hes sitting on a huge supply of stuff |
| 450 | Sent | **To**<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>**Direction:**<br>Outgoing | 3/29/2019<br>4:33:28 PM(UTC-4) | | Sent | Yes 95 percent garbage |
| 451 | Sent | **To**<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>**Direction:**<br>Outgoing | 3/29/2019<br>4:33:49 PM(UTC-4) | | Sent | We will meet Monday fix it |
| 452 | Inbox | **From**<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>**Direction:**<br>Incoming | 3/29/2019<br>4:37:16 PM(UTC-4) | **Read:**<br>3/29/2019<br>4:37:35 PM(UTC-4) | Read | I land late.monday can we do Tues? |
| 453 | Sent | **To**<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>**Direction:**<br>Outgoing | 3/29/2019<br>4:37:40 PM(UTC-4) | | Sent | Yes |
| 454 | Sent | **To**<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>**Direction:**<br>Outgoing | 3/29/2019<br>4:37:49 PM(UTC-4) | | Sent | I just spoke to him we will fix this |
| 455 | Inbox | **From**<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>**Direction:**<br>Incoming | 3/29/2019<br>4:38:03 PM(UTC-4) | **Read:**<br>3/29/2019<br>4:38:21 PM(UTC-4) | Read | He can meet w ▮ and fix all of this |
| 456 | Inbox | **From**<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>**Direction:**<br>Incoming | 3/29/2019<br>4:38:12 PM(UTC-4) | **Read:**<br>3/29/2019<br>4:38:21 PM(UTC-4) | Read | Awesome |
| 457 | Inbox | **From**<br>+19564758935<br>Dr Rhama New<br>Number*<br><br>**Direction:**<br>Incoming | 3/29/2019<br>4:38:17 PM(UTC-4) | **Read:**<br>3/29/2019<br>4:38:21 PM(UTC-4) | Read | He's got 20 docs signed up |

| 458 | | +19564758935 Dr Rhama New Number* Direction: Outgoing | 4:38:46 PM(UTC-4) | | | |
|---|---|---|---|---|---|---|
| 459 | Inbox | From +19564758935 Dr Rhama New Number* Direction: Incoming | 3/29/2019 4:38:46 PM(UTC-4) | Read: 3/29/2019 4:38:46 PM(UTC-4) | Read | I told him to send Medicare and Medicaid |
| 460 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 3/29/2019 4:38:50 PM(UTC-4) | | Sent | Yes |
| 461 | Inbox | From +19564758935 Dr Rhama New Number* Direction: Incoming | 3/29/2019 4:41:19 PM(UTC-4) | Read: 3/29/2019 4:41:43 PM(UTC-4) | Read | Brick and mortar |
| 462 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 3/29/2019 4:41:46 PM(UTC-4) | | Sent | Ok |
| 463 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 3/29/2019 4:41:59 PM(UTC-4) | | Sent | We need to figure out the good Insurance's |
| 464 | Inbox | From +19564758935 Dr Rhama New Number* Direction: Incoming | 3/29/2019 4:42:05 PM(UTC-4) | Read: 3/29/2019 4:42:45 PM(UTC-4) | Read | I'll tell him to fly to the lab and bring another 100 samples |
| 465 | Inbox | From +19564758935 Dr Rhama New Number* Direction: Incoming | 3/29/2019 4:42:38 PM(UTC-4) | Read: 3/29/2019 4:42:45 PM(UTC-4) | Read | He has the docs ready |
| 466 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 3/29/2019 4:42:54 PM(UTC-4) | | Sent | Yes |
| 467 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 3/29/2019 4:43:07 PM(UTC-4) | | Sent | I will meet him |
| 468 | Inbox | From +19564758935 Dr Rhama New Number* Direction: Incoming | 3/29/2019 4:43:58 PM(UTC-4) | Read: 3/29/2019 4:44:24 PM(UTC-4) | Read | Perfect he is in it to win it. His docs are all ready and waiting |
| 469 | Inbox | From +19564758935 Dr Rhama New Number* Direction: Incoming | 3/29/2019 5:00:15 PM(UTC-4) | Read: 3/29/2019 5:01:55 PM(UTC-4) | Read | I just talked to them. All they wanted was portal for reports. Not what u thought |
| 470 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 3/29/2019 5:02:10 PM(UTC-4) | | Sent | They ask my girl about getting paid |
| 471 | Inbox | From +19564758935 Dr Rhama New Number* Direction: Incoming | 3/29/2019 5:02:28 PM(UTC-4) | Read: 3/29/2019 5:02:28 PM(UTC-4) | Read | Nope. |
| 472 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 3/29/2019 5:02:35 PM(UTC-4) | | Sent | They very clear ugh |

| 473 | | +19564758935 Dr Rhama New Number* Direction: Outgoing | 5:02:36 PM(UTC-4) | | | | |
| 474 | Inbox | From +19564758935 Dr Rhama New Number* Direction: Incoming | 3/29/2019 5:03:31 PM(UTC-4) | Read: 3/29/2019 5:03:31 PM(UTC-4) | Read | I just got off the phone with. They were clear to me that they were requesting report portal Access. Nothing more | |
| 475 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 3/29/2019 5:04:39 PM(UTC-4) | | Sent | Ok | |
| 476 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 4/2/2019 4:47:01 PM(UTC-4) | | Sent | Sorry, I can't talk right now. | |
| 477 | Inbox | From +19564758935 Dr Rhama New Number* Direction: Incoming | 4/2/2019 4:47:43 PM(UTC-4) | Read: 4/2/2019 4:50:18 PM(UTC-4) | Read | Im poolside in Miami! We just got some approvals | |
| 478 | Inbox | From +19564758935 Dr Rhama New Number* Direction: Incoming | 4/2/2019 4:48:29 PM(UTC-4) | Read: 4/2/2019 4:50:18 PM(UTC-4) | Read | Hit me up let's party !! | |
| 479 | Inbox | From +19564758935 Dr Rhama New Number* Direction: Incoming | 4/2/2019 4:49:11 PM(UTC-4) | Read: 4/2/2019 4:50:18 PM(UTC-4) | Read | I'm flying in some modelssss | |
| 480 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 4/2/2019 4:50:34 PM(UTC-4) | | Sent | 5 approvals? | |
| 481 | Sent | To +19564758935 Dr Rhama New Number* Direction: Outgoing | 4/2/2019 4:50:40 PM(UTC-4) | | Sent | Minal just left | |

# EXHIBIT 1 – B

# WhatsApp Messages

**19565668581 (+1 (956) 566-8581)**

✔ Read

3/27/2019 1:33:40 AM

Hey

**Local User**

↗ Read

3/27/2019 1:33:59 AM

Hi

**Local User**

↗ Read

3/27/2019 1:34:12 AM

What app

**19565668581 (+1 (956) 566-8581)**

✔ Read

3/27/2019 1:34:25 AM

patient samples tracking 3-25&26

**19565668581 (+1 (956) 566-8581)**

✔ Read

3/27/2019 1:34:25 AM

patient samples tracking 3-25&26

**19565668581 (+1 (956) 566-8581)**

✔ Read

3/27/2019 1:34:33 AM

prov pic

**19565668581 (+1 (956) 566-8581)**

✔ Read

3/27/2019 1:34:33 AM

prov pic

**19565668581 (+1 (956) 566-8581)**

✔ Read

3/27/2019 4:29:10 PM

prov pic

**19565668581 (+1 (956) 566-8581)**

✔ Read

3/27/2019 4:29:10 PM

prov pic

**19565668581 (+1 (956) 566-8581)**

✔ Read

3/28/2019 1:17:59 AM

**19565668581 (+1 (956) 566-8581)**

✔ Read

3/28/2019 1:17:59 AM

*No message content to display.*

**19565668581 (+1 (956) 566-8581)**

✔ Read

3/28/2019 1:21:35 AM

✔ Read

**19565668581 (+1 (956) 566-8581)**

*No message content to display.*

3/28/2019 1:21:35 AM

✔ Read

**19565668581 (+1 (956) 566-8581)**

[redacted] has hundreds of these to send to u

3/28/2019 1:21:54 AM

✔ Read

**19565668581 (+1 (956) 566-8581)**

Today

3/28/2019 1:22:02 AM

↗ Read

**Local User**

We need see if goo d

3/28/2019 1:22:06 AM

✔ Read

**19565668581 (+1 (956) 566-8581)**

Who can confirm

3/28/2019 1:22:14 AM

↗ Read

**Local User**

I will in am

3/28/2019 1:22:21 AM

✔ Read

**19565668581 (+1 (956) 566-8581)**

What's ur email

3/28/2019 1:22:33 AM

✔ Read

**19565668581 (+1 (956) 566-8581)**

[redacted] can do 2,000 samples a week

3/28/2019 1:22:55 AM

↗ Read

**Local User**

Bhirsch.metro@hotmail.com

3/28/2019 1:23:38 AM

✔ Read

**19565668581 (+1 (956) 566-8581)**

Please call raj. Stuff is getting approved

3/28/2019 3:57:58 PM

↗ Read

**Local User**

Only see one good

3/28/2019 3:58:15 PM

✔ Read

**19565668581 (+1 (956) 566-8581)**

Yes 25 more land today

3/28/2019 3:58:28 PM

✔ Read

**19565668581 (+1 (956) 566-8581)**

Give him a quick ring

3/28/2019 3:58:36 PM

**19565668581 (+1 (956) 566-8581)**                      ✔ Read

He can use the encouragement                             3/28/2019 4:01:29 PM

**Local User**                                           ↗ Read

He's hard to talk to                                     3/28/2019 4:02:59 PM

**19565668581 (+1 (956) 566-8581)**                      ✔ Read

Lol yes the accent                                       3/28/2019 4:03:28 PM

**Local User**                                           ↗ Read

And he stutters                                          3/28/2019 4:03:36 PM

**19565668581 (+1 (956) 566-8581)**                      ✔ Read

Yes lol It's all good just give him some quick encouragement    3/28/2019 4:03:52 PM

**Local User**                                           ↗ Read

Ok                                                       3/28/2019 4:04:01 PM

**19565668581 (+1 (956) 566-8581)**                      ✔ Read

Thank u He's got hundreds ready to go. He is just verifying insurance cards    3/28/2019 4:04:39 PM

**Local User**                                           ↗ Read

Only 1 was good out of 30                                3/28/2019 4:04:56 PM

**19565668581 (+1 (956) 566-8581)**                      ✔ Read

now they know what works. They know exactly what to look for. It will pick up exponentially    3/28/2019 4:09:35 PM

**Local User**                                           ↗ Read

Cool                                                     3/28/2019 4:09:46 PM

**19565668581**                                          ↙

Call not answered                                        3/29/2019 7:40:46 PM

**19565668581 (+1 (956) 566-8581)**                      ✔ Read

More being sent in. What's the word with billing        3/29/2019 7:46:51 PM

**19565668581**                                          ↙

Call not answered                                        3/29/2019 7:50:46 PM

**19565668581**

Call not answered

4/2/2019 8:43:17 PM

**19565668581 (+1 (956) 566-8581)**

I'm poolside in Miami!! We got some approvals 

4/2/2019 8:43:42 PM

**Local User**

↗ Read

4/2/2019 8:47:08 PM

Ok call u back

**19565668581 (+1 (956) 566-8581)**

Let's party I'm flying in some models !!!!

4/2/2019 8:49:48 PM

**Local User**

↗ Read

4/2/2019 8:50:07 PM

Minal just left today

**19565668581 (+1 (956) 566-8581)**

I talked to him on Sunday.

4/2/2019 8:50:38 PM

**19565668581 (+1 (956) 566-8581)**

We party without him fuck it lol

4/2/2019 8:50:50 PM

**19565668581 (+1 (956) 566-8581)**

I'm flying in this famous photographer

4/2/2019 8:54:36 PM

**19565668581 (+1 (956) 566-8581)**

Call me when you are free. ⬜ has 10,000 samples ready to go

4/2/2019 8:58:37 PM

**Local User**

↗ Read

4/3/2019 12:12:28 PM

I'm really worried don't want to be tied to any bad business

**19565668581 (+1 (956) 566-8581)**

Everything is all good. I wouldn't be worried at all

4/3/2019 2:55:13 PM

**19565668581 (+1 (956) 566-8581)**

⬜ oes everything by the book

4/3/2019 2:55:41 PM

**19565668581**

Call not answered

4/3/2019 3:01:27 PM

**19565668581**

Call not answered

4/4/2019 10:34:10 PM

✔ Read

**19565668581 (+1 (956) 566-8581)**

Photoshoot is Saturday 4pm

4/4/2019 11:09:27 PM

↗ Read

**Local User**

I will see if I can come have family in town

4/4/2019 11:10:19 PM

✔ Read

**19565668581 (+1 (956) 566-8581)**

Cool cool. If u can't make it I'll come up sometime on the weekend

4/4/2019 11:11:49 PM

↗ Read

**Local User**

Ok

4/4/2019 11:12:03 PM

✔ Read

**19565668581 (+1 (956) 566-8581)**

Photoshoot at 4pm if u can make it

4/6/2019 4:30:12 PM

↗ Read

**Local User**

Can't have family here

4/6/2019 4:36:13 PM

↗ Read

**Local User**

All weekend

4/6/2019 4:36:18 PM

✔ Read

**19565668581 (+1 (956) 566-8581)**

🐰

4/6/2019 4:37:44 PM

✔ Read

**19565668581 (+1 (956) 566-8581)**

and I will come up Monday to see you

4/6/2019 4:37:56 PM

↗ Read

**Local User**

Ok

4/6/2019 4:38:09 PM

✔ Read

**19565668581 (+1 (956) 566-8581)**

Give him a quick ring to encourage him. He is focused on helping you anyway he can.

4/6/2019 4:39:19 PM

↗ Read

**Local User**

Let's meet

4/6/2019 11:12:00 PM

**Local User**                                                    ↗ Read

I don't need trouble I                                            4/6/2019 11:12:10 PM

**19565668581**                                                   ↙

Audio call started                                                4/9/2019 11:14:38 PM

**Local User**                                                    ↗

Audio call started                                                4/10/2019 2:00:46 AM

**19565668581 (+1 (956) 566-8581)**                              ✓ Read

Did u call?                                                        4/10/2019 2:02:19 AM

**Local User**                                                    ↗ Read

Sorry mistake                                                     4/10/2019 2:02:28 AM

**19565668581 (+1 (956) 566-8581)**                              ✓ Read

All good I'll see u the around 1                                  4/10/2019 2:02:46 AM

**19565668581 (+1 (956) 566-8581)**                              ✓ Read

Tmw                                                               4/10/2019 2:02:53 AM

**19565668581 (+1 (956) 566-8581)**                              ✓ Read

What ur restaurant address?                                       4/10/2019 3:16:31 PM

**Local User**                                                    ↗ Read

4801 Linton blvd Delray Beach fl 33446                            4/10/2019 3:18:27 PM

**Local User**                                                    ↗ Read

What time ?                                                       4/10/2019 3:18:34 PM

**19565668581 (+1 (956) 566-8581)**                              ✓ Read

Around 1..130pm. I'm just getting dressed I'll txt u when I leave   4/10/2019 3:19:23 PM

**19565668581 (+1 (956) 566-8581)**                              ✓ Read

Sorry more like 230p ▆▆ is driving down as well                   4/10/2019 3:21:59 PM

**Local User**                                                    ↗ Read

That's going be hard 230                                          4/10/2019 3:22:37 PM

**19565668581 (+1 (956) 566-8581)**

✓ Read

4/10/2019 3:23:17 PM

Then I'll come by 130p maybe he will end up missing the meeting

**Local User**

↗ Read

4/10/2019 3:23:32 PM

I'm going try 230

**19565668581 (+1 (956) 566-8581)**

✓ Read

4/10/2019 3:24:03 PM

Thank u I'll b there by 130p to b on safe side

**19565668581 (+1 (956) 566-8581)**

✓ Read

4/10/2019 4:34:40 PM

I'm on the road

**Local User**

↗ Read

4/10/2019 5:16:38 PM

What's your eta

**19565668581 (+1 (956) 566-8581)**

✓ Read

4/10/2019 5:30:46 PM

8mins

**19565668581 (+1 (956) 566-8581)**

✓ Read

4/10/2019 5:42:38 PM

I'm here

**19565668581 (+1 (956) 566-8581)**

✓ Read

4/11/2019 12:57:36 AM

**19565668581 (+1 (956) 566-8581)**

✓ Read

4/11/2019 12:57:36 AM

*No message content to display.*

**19565668581 (+1 (956) 566-8581)**

✓ Read

4/11/2019 12:57:56 AM

and his $30M basquiat

**Local User**

↗ Read

4/11/2019 12:58:19 AM

Wow

**19565668581 (+1 (956) 566-8581)**

✓ Read

4/11/2019 12:58:20 AM

**19565668581 (+1 (956) 566-8581)**

✓ Read

4/11/2019 12:58:20 AM

*No message content to display.*

**19565668581 (+1 (956) 566-8581)**

✔ Read

4/11/2019 12:58:49 AM

+52 1 ▮▮▮▮▮▮▮▮

**19565668581-1554944344@g.us (** ▨▨▨▨▨ **↔**

4/11/2019 12:59:04 AM

A new member was added to the group

**19565668581-1554944344@g.us (** ▨▨▨▨▨ **↔**

4/11/2019 12:59:04 AM

A group has been created with the name " ▨▨▨ "

**19565668581** ✓ Read

4/11/2019 12:59:24 AM

Hi my brother ▨▨▨. This is Brett info

**19565668581-1554944344@g.us (** ▨▨▨▨▨▨▨ **)** **↔**

4/11/2019 1:00:25 AM

The group subject has changed to " ▨▨▨▨ "

**19565668581** ✓ Read

4/11/2019 1:00:38 AM

Hi max

**521**▨▨▨▨▨▨ **(** ▨▨ **)** ✓ Read

4/11/2019 1:01:25 AM

Hi my brother

**19565668581** ✓ Read

4/11/2019 1:01:26 AM

**19565668581** ✓ Read

4/11/2019 1:01:26 AM

*No message content to display.*

**19565668581** ✓ Read

4/11/2019 1:01:43 AM

Now u can speak directly w brett

**19565668581-1554944344@g.us (** ▨▨▨▨▨▨▨ **)** **↔**

4/11/2019 1:04:13 AM

The group subject has changed to " ▨▨▨ nfo Brett"

**521**▨▨▨▨▨▨▨ **(** ▨▨▨ ✓ Read

4/11/2019 7:08:30 PM

Hi Brett
It was great and motivating to talk with you yesterday, hope to do that in person right after we get this Collection program team I have being organazing going fast forward.
I inform you that ▨▨▨ is in need of ▨▨▨▨▨ to move this on his side.
"Please send form that ▨▨▨ ( ▨▨▨ ) needs. Thank u
I need some kits sent to
The team, about 750, for people they want to start.
+ In a few days we have a County Comissioners collect samples event
For this we will need kits, and a simple list of which insurances are accepted in the program and which are not. So that we send to you only the samples w paper work from the insurances in the program.

Once this is going fast forward, I'll organize, with Rama, a meeting to celebrate the good results.
Max

✓ Read

**521**▢▢▢▢▢▢ ( ▢▢ )

4/15/2019 5:12:12 PM

Dear Brett
As mentioned in our conversation and my previous communication. We have new Teams with great potential, they are ready to jump in the Program once they see any results; organized sample collection events team with County Commissioners, Fire Department, Insurance Executives etc. the Doctors Hospital Renaissance, Largest in South Texas. Oncology Clinics, Day Care Centers, etc. each with 200 to 1000 people we can get samples. I assemble an organization with great sample collecting capability and is growing stronger, for that we need kits and a list of which insurances are accepted and which are not.
All the organization efforts are in risk. Important persons that work blind, no info, no brochure, no payment for months. Don't get the few samples that were approved it payment. They lost hope and looking for other source of income. Will hurt our reputation if we don't deliver now as other unreal programs did. Reciprocity actions from the Lab are needed now.
Raj, just texted me. he does not trust the program, it does not pay, he is out.
What is your advice,
▢▢▢▢

↗ Read

**Local User**

4/15/2019 5:54:06 PM

Who am I paying

↗ Read

**Local User**

4/15/2019 5:54:25 PM

Thst the problem I can't pay

↗ Read

**Local User**

4/15/2019 5:55:02 PM

I can't rhama or ▢▢▢▢

✓ Read

**521**▢▢▢▢▢▢ ( ▢▢ )

4/15/2019 6:01:11 PM

You pay me

↗ Read

**Local User**

4/15/2019 6:01:31 PM

Where are u located ?

✓ Read

**521**▢▢▢▢▢▢▢ ( ▢▢ )

4/15/2019 6:01:35 PM

I will send you my JPMorgan CHASE bank Account

✓ Read

**521**▢▢▢▢▢▢ ( ▢▢ )

4/15/2019 6:02:00 PM

That is a US bank account based in McAllen Tx

✓ Read

**521**▢▢▢▢▢▢ ( ▢▢ )

4/15/2019 6:02:10 PM

I am in Mexico

↗ Read

**Local User**

But need a us citizen

4/15/2019 6:02:12 PM

✔ Read

**521**▓▓▓▓▓▓ (▓▓)

I have US company

4/15/2019 6:02:26 PM

✔ Read

**521**▓▓▓▓▓▓ (▓▓)

▓▓▓▓▓ LLC

4/15/2019 6:02:45 PM

✔ Read

**521**▓▓▓▓▓▓ (▓▓)

or ▓▓▓ LLC

4/15/2019 6:03:26 PM

✔ Read

**521**▓▓▓▓▓▓ (▓▓

▓▓▓▓▓▓ SA de CV

4/15/2019 6:03:45 PM

✔ Read

**521**▓▓▓▓▓ (▓▓)

I think is best for this

4/15/2019 6:03:57 PM

✔ Read

**521**▓▓▓▓▓ (▓▓)

With a US bank account in Mellon Bank New York

4/15/2019 6:04:26 PM

✔ Read

**521**▓▓▓▓▓ (▓▓)

You are a Lab you can contract a company in Mexico for any work

4/15/2019 6:05:02 PM

↗ Read

**Local User**

I am check omg

4/15/2019 6:09:14 PM

↗ Read

**Local User**

Checking

4/15/2019 6:09:18 PM

✔ Read

**521**▓▓▓▓▓ (▓▓)

best way is you pay a Mexican company founded in 1983

4/15/2019 6:10:02 PM

↗ Read

**Local User**

You american citizen

4/15/2019 6:10:24 PM

✔ Read

**521**▓▓▓▓▓ (▓▓)

you deposit in a bank account in US

4/15/2019 6:10:25 PM

**521** _____ ( ____ )                                    ✓ Read

4/15/2019 6:10:33 PM

I am Mexican national

**521** _____ ( ____ )                                    ✓ Read

4/15/2019 6:10:46 PM

my 4 children are US citizens born in McAllen TX

**521** _____ ( ____ )                                    ✓ Read

4/15/2019 6:11:07 PM

i could get US Citizenship, but do not want that

**Local User**                                                     ↗ Read

4/15/2019 6:11:22 PM

Ok

**521** _____ ( ____ )                                    ✓ Read

4/15/2019 6:11:42 PM

I have made in the past contracts with US companies, they pay me no problem

**Local User**                                                     ↗ Read

4/15/2019 6:11:43 PM

Can we meet somehow if this is real

**521** _____ ( ____ )                                    ✓ Read

4/15/2019 6:11:56 PM

yes

**521** _____ ( ____                                      ✓ Read

4/15/2019 6:12:05 PM

what you mean this is real.?

**521** _____ ( ____ )                                    ✓ Read

4/15/2019 6:12:56 PM

I have a very public life

**Local User**                                                     ↗ Read

4/15/2019 6:13:00 PM

We dealing with Medicare so it's a tricky subject

**521** _____ ( ____ )                                    ✓ Read

4/15/2019 6:16:09 PM

everything we are doing is 100% correct

**521** _____ ( ____ )                                    ✓ Read

4/15/2019 6:17:28 PM

we are getting people with other interest (politics, religious image, etc) to help people to geht eh opportunity to maybe save their life

**Local User**                                                     ↗ Read

4/15/2019 6:17:41 PM

Call me

**521**　　　　　（　　）

✔ Read

We get people asking if they can get the test and pay for it

4/15/2019 6:17:46 PM

**521**　　　　　（　　）

✔ Read

ok

4/15/2019 6:18:10 PM

**Local User**

↗ Read

Cash pay is not worth it

4/15/2019 8:07:14 PM

**521**　　　　　（　　）

✔ Read

I agree

4/15/2019 8:15:19 PM

**521**　　　　　（　　）

✔ Read

But for example if they are 1000 people.?

4/15/2019 8:15:36 PM

**Local User**

↗ Read

The test cost 700
Just to do

4/15/2019 8:15:56 PM

**521**　　　　　（　　）

✔ Read

Ok

4/15/2019 8:16:35 PM

**521**　　　　　（　　）

✔ Read

Then we tell them no

4/15/2019 8:16:50 PM

**19565668581**

✔ Read

4/22/2019 8:31:41 PM

**19565668581**

✔ Read

*No message content to display.*

4/22/2019 8:31:41 PM

**19565668581**

✔ Read

Happy Easter my brother! My new toy it's the only Lamborghini SUV in Miami 

4/22/2019 8:32:44 PM

**Local User**

↗ Read

Who is this rhama

4/22/2019 8:33:39 PM

✔ Read

**19565668581**

4/22/2019 8:35:11 PM

Yes! Enjoy the week my brother! I'm busy shooting the tv show

**Local User**

↗ Read

4/22/2019 8:35:47 PM

Nice

✔ Read

**19565668581**

4/22/2019 8:36:16 PM

Come for a ride. This suv is faaaaast!

✔ Read

**19565668581**

4/22/2019 8:36:33 PM

The only one in Miami !

✔ Read

**521** ⬛⬛⬛⬛ (⬛⬛

4/22/2019 8:41:47 PM

That is a ice ride my brother.!

**Local User**

↗ Read

4/22/2019 8:42:18 PM

Friend had one in Texas

✔ Read

**19565668581**

4/22/2019 8:48:52 PM

I'm going to pool party w some models enjoy the day my brothers!

✔ Read

**521** ⬛⬛⬛⬛ (⬛⬛

4/22/2019 9:11:36 PM

Have fun

**19565668581-1554944344@g.us** (⬛⬛⬛⬛⬛⬛

↔

5/3/2019 3:24:14 AM

A user has been removed from the group by an admin