UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER 18-20710-CR-ALTONAGA

**UNITED STATES OF AMERICA,**

vs.

**SENTHIL RAMAMURTHY,**

      **Defendant.**
_____/

## GOVERNMENT'S NOTICE OF FILING

Government hereby gives notice of filing Amended Exhibit 1-A to Government's Motion to Revoke Bond (DE 219).  The previous exhibit filed is not completely viewable because the CMF header stamp obscured the first line of every page to the text message.  The Amended Exhibit 1-A is being filed so that the first line of every page to this exhibit is readable.  A copy of Amended Exhibit 1-A was provided to counsel for the Defendant on September 30, 2019.

    Respectfully submitted,

    ARIANA FAJARDO ORSHAN
    UNITED STATES ATTORNEY

    By: /s/ Kevin J. Larsen
        Kevin J. Larsen
        Assistant United States Attorney
        Court No. A5501050
        99 Northeast 4th Street, 4th Floor
        Miami, Florida 33132-2111
        Telephone: (305) 961-9356
        Fax: (305) 536-4699
        Email: kevin.larsen@usdoj.gov