UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20710-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**SENTHIL RAMAMURTHY**,

    Defendant.

_____/

**ORDER**

Upon the request of counsel for the Defendant, Alicia L. Shelton, a member of the Bar of the State of Maryland, and whose appearance previously has been entered in this case *pro hac vice*, it is

**ORDERED** that Ms. Shelton is permitted to bring her cell phone and laptop computer into the Courthouse for appearances before the Court related to this case.

**DONE AND ORDERED** in Miami, Florida, this 1st day of October, 2019.

                                          *[signature]*
                                      **CECILIA M. ALTONAGA**
                                      **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record