**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 18-20710-CR-ALTONAGA**

**UNITED STATES OF AMERICA**,

 Plaintiff,

vs.

**SENTHIL RAMAMURTHY**,

 Defendant.

_____/

**ORDER**

 THIS CAUSE came before the Court on October 2, 2019 for a hearing on the Government's Motion to Revoke Bond [ECF No. 219]. For the reasons stated on the record in open court, the Court finds: clear and convincing evidence Defendant has violated a condition of release, and there is no condition or combination of conditions of release that will assure the Defendant will not pose a danger to the safety of the community, and that Defendant is not likely to abide by a condition or combination of conditions of release. *See* 18 U.S.C. § 3148(b)(1)(A) and (B). Accordingly, it is

 **ORDERED AND ADJUDGED** that the Motion is **GRANTED**.

 **DONE AND ORDERED** in Miami, Florida, this 2nd day of October, 2019.

_____
**CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE**

cc: counsel of record