**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 18-CR-20710-ALTONAGA**

**UNITED STATES OF AMERICA**

vs.

**SENTHIL RAMAMURTHY, et al.,**

        **Defendants.**
_____/

## NOTICE OF APPEARANCE

COMES NOW, The United States of America, by and through the undersigned Assistant United States Attorney, noticing this Honorable Court that the undersigned Assistant United States Attorney has been assigned to the above captioned case.

        Respectfully submitted,

        ARIANA FAJARDO ORSHAN
        UNITED STATES ATTORNEY

By:   /s/ John C. Shipley
        JOHN C. SHIPLEY
        Assistant United States Attorney
        FL Bar No. 0069670
        99 Northeast 4th Street
        Miami, Florida 33132-2111
        Telephone: 305-961-9111
        Facsimile: 305-536-7214
        John.Shipley@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of October, 2019, the undersigned electronically filed the foregoing document, United States' Notice of Appearance, with the Clerk of the Court using CM/ECF.

/s/ John C. Shipley
John C. Shipley
Assistant United States Attorney