**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 18-Cr-20710-CMA(s)(s)**

**UNITED STATES OF AMERICA**

vs.

**SENTHIL RAMAMURTHY,**
**MANGALA RAMAMURTHY,**
**ANTHONY MAUZY,**
**THOMAS SAHS,**
**RAJESH MAHBUBANI, and**
**JOHN SCHOLTES,**

      **Defendants.**
_____/

**PROPOSED ORDER**

The United States of America, having applied to this Court for an Order compelling Defendants Senthil Ramamurthy, Mangala Ramamurthy, Anthony Mauzy, Thomas Sahs, Rajesh Mahbubani and John Scholtes, (collectively, "the Defendants") to timely disclose, and provide discovery regarding any good faith reliance on advice of counsel defense, and the Court finding good cause:

IT IS HEREBY ORDERED that the Defendants shall forthwith: (1) identify to the Government any attorneys who were purportedly consulted and provided advice of any nature related to the subject of the good faith advice of counsel defense; and (2) waive privilege over, and produce to the Government, all communications they had with those attorneys related to the same subject.

If the Defendants fail to comply, they will be barred from raising the defense before the jury.

**DONE AND ORDERED** in Miami, Florida, this ___ day of October, 2019.

_____
**CECILLIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE**