UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-Cr-20710-CMA(s)(s)

UNITED STATES OF AMERICA

vs.

SENTHIL RAMAMURTHY,
MANGALA RAMAMURTHY,
ANTHONY MAUZY,
THOMAS SAHS,
RAJESH MAHBUBANI, and
JOHN SCHOLTES,

        Defendants.
_____/

## PROPOSED ORDER

The United States of America, having applied to this Court for an Order compelling Defendants Senthil Ramamurthy, Mangala Ramamurthy, Anthony Mauzy, Thomas Sahs, Rajesh Mahbubani and John Scholtes, (collectively, "the Defendants") to provide reciprocal discovery as required by Fed. R. Crim. P. 16(b)(1)(A), and the Court finding good cause:

IT IS HEREBY ORDERED that the Defendants shall, by November 1, 2019 produce to the Government any documents or materials they may use in their case in chief at trial. If the Defendants fail to comply, they will be barred from raising the defense before the jury.

**DONE AND ORDERED** in Miami, Florida, this ___ day of October, 2019.

_____
**CECILLIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**