UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20710-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**MANGALA RAMAMURTHY**,
**MANGALA RAMAMURTHY**,
**ANTHONY MAUZY**,
**THOMAS SAHS**,
**RAJESH MAHBUBANI**, and
**JOHN SCHOLTES**,

    Defendants.
_____/

## ORDER REFERRING MOTION TO MAGISTRATE JUDGE

THIS CAUSE came before the Court on the Government's Motion to Compel Disclosure of, and Discovery Regarding, any Advice of Counsel Defense [ECF No. 230]; and the Government's Motion to Compel Defense Discovery or, in the Alternative, to Exclude Evidence [ECF No. 231]. Pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Criminal Procedure 59, and the Magistrate Judge Rules of the Southern District of Florida, the Motions [ECF Nos. 230 and 231] are **REFERRED** to United States Magistrate Judge Jonathan Goodman to take all necessary and proper action as required by law.

**DONE AND ORDERED** in Miami, Florida, this 28th day of October, 2019.

                                              **CECILIA M. ALTONAGA**
                                              **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
        Magistrate Judge Jonathan Goodman