UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20710-CR-ALTONAGA

UNITED STATES OF AMERICA,

vs.

ANTHONY MAUZY,
THOMAS SAHS,
RAJESH MAHBUBANI, and
JOHN SCHOLTES,

   *Defendants*.
_____/

## MOTION TO STRIKE

Counsel respectfully moves this Court to strike docket entries 250 and 251 from the record. Undersigned counsel inadvertently filed pleadings that did not comply with this Court's Order Continuing the Trial [D.E. 174], which required that all Motions in Limine be contained in one motion. Counsel will file a motion that complies with the Court's order forthwith. A proposed order is attached hereto as Exhibit 1.

                              Respectfully submitted,

                              s/Marissel Descalzo
                              Tache Bronis Christianson& Descalzo, P.A.
                              Florida Bar No. 0669318
                              150 S.E. 2nd Avenue, Suite 600
                              Miami, Florida 33131

Office: 305.537.9565  
Email: mdescalzo@tachebronis.com  
service@tachebronis.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was served electronically this 15th day of November, 2019 to:

By: /s/ Marissel Descalzo  
Marissel Descalzo, Esq.