UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20710-CR-ALTONAGA

UNITED STATES OF AMERICA,

vs.

ANTHONY MAUZY,
THOMAS SAHS,
RAJESH MAHBUBANI, and
JOHN SCHOLTES,

    *Defendants*.
_____/

## ORDER ON MOTION TO STRIKE

THIS CAUSE came before the Court on Defendants' Motion to Strike docket entries 250 and 251 from the record. Bring fully advised, it is

**ORDERED AND** ADJUDGED that the Motion is **GRANTED.** The Clerk of Court shall strike docket entries 250 and 251 from the record.

**DONE AND ORDERED** in Miami, Florida this \_\_\_\_ day of November, 2019.

_____
CECILIA M. ALTONAGA
UNITED STATS DISTRICT JUDGE

cc: Counsel of Record