UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:18-CR-20710-CMA/GOODMAN

UNITED STATES OF AMERICA

v.

THOMAS SAHS

RAJESH MAHBUBAHNI

    Defendants.
_____/

## EMERGENCY MOTION TO CONTINUE CHANGE OF PLEA DEADLINE

Defendants, Thomas Sahs and Rajesh Mahbubani, through counsel, respectfully move this Court to Continue the Change of Plea Deadline in this case until January 6, 2019.  In support of this motion, Defendants state as follows.

Undersigned counsel for Mr. Sahs and Mr. Mahbubani are scheduled to start a trial in *United States v. Young*, Case No. 19-cr-60157-RAR (S.D. Fla.) on December 5, 2019.  The trial is expected to last through December 20, 2019.  Counsels are scheduled to appear before Judge Ruiz for pre-trial motions hearing tomorrow, December 3, 2019 and will be moving to and have booked hotels to remain in Fort Lauderdale, Florida immediately after the scheduled hearing until the conclusion of the trial.

{00482421.DOCX. 1 }

Undersigned counsels engaged in plea negotiations with the government the morning of Wednesday, November 27, 2019.  The day before Thanksgiving.  The Government transmitted a written plea agreement on November 27, 2019 at 12:58 PM.  The Government gave counsel a deadline of Friday, November 29, 2019 to respond to the plea offer.  Undersigned counsels spent most of November 27, 2019 through November 29, 2019 discussing the plea offer, plea agreement, and collateral consequences of same with their clients.  Because Mr. Sahs lives in California and Mr. Mahbubani lives in Austin, Texas, these conversations took place over the phone.  The inability to speak in person made these conversations more tedious.

Mr. Sahs and Mr. Mahbubani agreed to pled guilty and executed the written plea agreements on Friday around noon.  Undersigned counsels transmitted the executed plea agreements to the Government.  Undersigned counsel continues to speak to clients regarding this monumental decision.

It is undersigned counsels' duty and intent to properly prepare Mr. Sahs and Mr. Mahbubani for a change of plea colloquy.  This is no easy feat.  Mr. Sahs and Mr. Mahbubani have no experience with the federal criminal justice system. Moreover, the decision to plea was very difficult for Mr. Sahs and Mr. Mahbubani. Given the trial in *United States v. Young*, and counsels' commitment and obligation to properly prepare for the trial, undersigned counsels do not have time to prepare Mr. Sahs and Mr. Mahbubani for a change of plea colloquy in advance of the trial.

In addition, Mr. Sahs and Mr. Mahbubani would need to travel to Florida for the change of plea. Undersigned counsels will need at least an entire day to spend with Mr. Sahs and Mr. Mahbubani to prepare for the plea colloquy.

In addition to the scheduling conflict caused by the trial, Ms. Descalzo is scheduled to travel to California with her family from December 25, 2019 through January 4, 2019. This travel was booked months ago. Mr. Feldman is scheduled to travel to Naples Florida beginning no later than December 20, 2019 to visit his entire family for the holiday– whom will be flying down from Washington, DC, and Oregon, and New York.

Given these circumstances, Mr. Feldman and Ms. Descalzo are requesting that the change of plea in this matter take place on January 6, 2019 or anytime thereafter that the Court finds appropriate. Alternatively, if the trial in *United States v. Young* ends earlier than anticipated, undersigned counsels can immediately alert the Court to the change of plea to take place in advance of the holidays.

### CERTIFICATION PURSUANT TO LOCAL RULE 88.9

Pursuant to Local Rule 88.9, undersigned counsel advised the government of the relief sought in this motion at 12:53PM. Prior to that email, the parties were communicating by email regarding the scheduling of the change of plea colloquy.

Undersigned counsels have not heard back. Given the urgency of this motion, undersigned counsels proceeded with filing.

Dated: December 2, 2019

        Respectfully submitted,

        TACHE, BRONIS, CHRISTIANSON AND DESCALZO, P.A.
        150 S.E. 2nd Avenue, Suite 600
        Miami, Florida 33131
        Telephone: (305) 537-9565
        Facsimile: (305) 537-9567

        By: */s/ Marissel Descalzo*
            Marissel Descalzo, Esq.
            Florida Bar No. 669319
            mdescalzo@tachebronis.com
            service@tachebronis.com
            *Counsel for Rajesh Mahbubani*

        s/Andrew S. Feldman
        Feldman Firm PLLC
        Southeast Financial Center
        200 S. Biscayne Blvd, Suite 2770
        Miami, Florida 33131
        Office: 305.714.9474
        Facsimile: 305.714.9555
        Email: afeldman@feldmanpllc.com
        FBN: 60325
        *Attorney for Thomas Sahs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was served this 2nd day of December, 2019 via CM/ECF.

By: <u>*/s/ Marissel Descalzo*</u><br>Marissel Descalzo, Esq.