UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-20710-CR- ALTONAGA

UNITED STATES OF AMERICA

v.

SENTHIL RAMAMURTHY,

    Defendant.
_____/

## UNOPPOSED MOTION TO CONTINUE SENTENCING DATE

Defendant, Senthil Ramamurthy, by his undersigned counsel, moves for a continuance of his sentencing in this matter, presently scheduled for January 17, 2020, and in support thereof, states as follows:

1. On May 9, 2019, a grand jury returned a second superseding indictment against Mr. Ramamurthy and other co-defendants, alleging violations of *inter alia*, 18 U.S.C. § 1349, conspiracy to commit health care fraud and wire fraud, and 18 U.S.C. § 371, conspiracy to defraud the United States and to receive healthcare kickbacks.

2. On November 12, 2019, Mr. Ramamurthy entered a plea of guilty to Counts One (conspiracy to commit health care fraud) and Thirty-Nine (conspiracy to defraud the United States and to receive healthcare kickbacks) of the second superseding indictment.[1] Sentencing is presently scheduled for January 17, 2019. Mr. Ramamurthy is currently detained at FDC Miami.

---

[1] All of the co-defendants have subsequently entered guilty pleas and are awaiting sentencing on February 20 and 24.

3.  Mr. Ramamurthy's presentence report was filed on December 18, but counsel did not receive a copy from the probation department until today, December 19.[2] Any objections or modifications are presently due on December 31, 2019; however, given the holiday schedule and Mr. Ramamurthy's detention, counsel will need additional time to review the presentence report with their client and prepare for the sentencing hearing.

4.  Government counsel, AUSA Kevin Larsen, has authorized undersigned counsel to represent to this Court that this motion is unopposed.

WHEREFORE, Defendant respectfully moves this Court to continue the sentencing currently scheduled for January 17, 2020 and set a new date that is convenient with the Court's and the parties' respective schedules.[3]

Dated: December 19, 2019

Respectfully submitted,

/s/ Jack E. Fernandez
Jack E Fernandez
Fla. Bar No. 843751
Zuckerman Spaeder LLP
101 E. Kennedy Blvd., Suite 1200
Tampa, FL 33602
Tel: (813) 221-1010
Fax: (813) 223-7961
jfernandez@zuckerman.com

/s/ Gregg L. Bernstein
Gregg L. Bernstein
*Pro hac vice*
Zuckerman Spaeder LLP

---

[2] Pursuant to Fed. R. Crim. P. 32(e)(2), Mr. Ramamurthy and his attorneys were to have received his presentence investigation report at least thirty-five days prior to sentencing, or December 13, 2019.

[3] If convenient for the Court, Counsel are available during the month of February and March 16-20.

100 East Pratt Street, Suite 2440
Baltimore, Maryland 21202
Tel: (410) 332-0444
Fax: (410) 659-0436
gbernstein@zuckerman.com

Attorneys for Defendant Senthil Ramamurthy

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 18th day of December, 2019 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. The Clerk of Court will serve a notice of electronic filing on all counsel of record.

/s/ Jack Fernandez