UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20710-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**SENTHIL RAMAMURTHY**,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court on Senthil Ramamurthy's Unopposed Motion to Continue Sentencing Date [ECF No. 335]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendant's sentencing hearing is rescheduled to **January 31, 2020 at 9:00 a.m.**

**DONE AND ORDERED** in Miami, Florida, this 19th day of December, 2019.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record