UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-20710-CR-ALTONAGA/GOODMAN

UNITED STATES OF AMERICA,

v.

SENTHIL RAMAMURTHY,

      Defendant.
_____/

## AMENDED CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 24, 2020, a copy of Defendant's Sentencing Memorandum with attachments was electronically filed with the Clerk of the Court and served on all counsel of record via the CM/ECF system.

Dated: January 27, 2020

/s/ Jack E. Fernandez
Fla. Bar No. 843751
Zuckerman Spaeder LLP
101 E. Kennedy Blvd., Suite 1200
Tampa, FL 33602
Tel:  (813) 221-1010
Fax:  (813) 223-7961
jfernandez@zuckerman.com

/s/ Gregg L. Bernstein
Gregg L. Bernstein
*Pro hac vice*
Zuckerman Spaeder LLP
100 East Pratt Street, Suite 2440
Baltimore, Maryland 21202
Tel:  (410) 332-0444
Fax:  (410) 659-0436
gbernstein@zuckerman.com

*Attorneys for Defendant*
*Senthil Ramamurthy*