UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-20710-CR-ALTONAGA/GOODMAN

UNITED STATES OF AMERICA,

v.

SENTHIL RAMAMURTHY,

       Defendant.
_____/

**NOTICE OF FILING OF AMENDED EXHIBIT A
TO DEFENDANT RAMAMURTHY'S SENTENCING MEMORANDUM**

      Please take Notice that the Defendant, Senthil Ramamurthy, hereby files an Amended Exhibit A to his Sentencing Memorandum (ECF No. 346), containing signed copies of letters from all character witnesses (two of which had been previously submitted in unsigned form) and one additional letter. The defendant respectfully requests that the attached Amended Exhibit A replace the Exhibit previously filed.

Dated:  January 28, 2020                  Respectfully submitted,

                                            /s/ Jack E. Fernandez
                                            Jack E Fernandez
                                            Fla. Bar No. 843751
                                            Zuckerman Spaeder LLP
                                            101 E. Kennedy Blvd., Suite 1200
                                            Tampa, FL 33602
                                            Tel:  (813) 221-1010
                                            Fax:  (813) 223-7961
                                            jfernandez@zuckerman.com

/s/ Gregg L. Bernstein
Gregg L. Bernstein (admitted *PHV*)
Zuckerman Spaeder LLP
100 East Pratt Street, Suite 2440
Baltimore, Maryland 21202
Tel:  (410) 332-0444
Fax:  (410) 659-0436
gbernstein@zuckerman.com

*Attorneys for Defendant, Senthil Ramamurthy*