UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-20710-Cr-Altonaga(s)(s)

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

SENTHIL RAMAMURTHY,

        Defendant.

**PRELIMINARY ORDER OF FORFEITURE AND FORFEITURE MONEY JUDGMENT**

     **THIS CAUSE** is before the Court upon United States' Unopposed Motion for Preliminary Order of Forfeiture and Forfeiture Money Judgment (the "Motion"). Having reviewed the Motion, the record, and the applicable law, the Court finds as follows with respect to forfeiture and the Defendant, Senthil Ramamurthy:

     1.    On May 9, 2019, the Defendant was charged by Second Superseding Indictment [ECF No. 117] (the "Indictment"). The Indictment charges the Defendant in Count 1 with knowingly and willfully conspiring with other persons to commit healthcare fraud, in violation of Title 18, United States Code, Section 1349, and in Count 39 with knowingly and willfully conspiring with other persons to defraud the United States and receive healthcare fraud kickbacks in violation of Title 18, United States Code, Section 371.

     2.    The Indictment provides notice in its forfeiture allegations that the United States intends to seek entry of a forfeiture money judgment against the Defendant upon his conviction in

1

an amount equal in value to the property, real or personal, which constitutes or is derived, directly or indirectly, from gross proceeds traceable to the offense charged in the Indictment.

3.     On November 11, 2019, the Court accepted the Defendant's guilty plea to Counts 1 and 39 of the Indictment. On pages 7-8, paragraph 15, of his Plea Agreement [ECF No. 241], the Defendant agreed to the entry of a forfeiture money judgment against him for $5,050,859 (US), which he also agreed in the same paragraph of his Plea Agreement was a sum of money equal in value to the gross proceeds he obtained that are traceable to the offense to which he pled guilty.

Therefore, based on the Plea Agreement entered into between the Defendant and the United States, the Court hereby

**ORDERS and ADJUDGES** that:

1.     A forfeiture money judgment is entered against the Defendant for $5,050,859 (US), pursuant to Title 18, United States Code, Section 982(a)(7), and Title 21, United States Code, Section 853.

2.     The forfeiture money judgment shall be announced as part of the Defendant's sentence in this case and shall be included, directly or by reference, in the judgment entered in this case after the Defendant is sentenced pursuant to Fed. R. Crim. P. 32.2(b)(4)(B).

3.     It is further ordered that the United States may, at any time, file a motion pursuant to Fed. R. Crim. P. 32.2(e) to amend this Preliminary Order of Forfeiture and Forfeiture Money Judgment so to as forfeit substitute property having a value not to exceed the aggregate sum of the outstanding balance of the forfeiture money judgment imposed herein in satisfaction of the forfeiture money judgment in whole or in part.

**DONE AND ORDERED** in Chambers, at Miami, Florida this _____ day of April 2020.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record