UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-20710-CR-ALTONAGA/GOODMAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SENTHIL RAMAMURTHY,

    Defendant.
_____/

### [PROPOSED] ORDER

**THIS CAUSE** came before the Court on Senthil Ramamurthy's Emergency Motion for Judicial Recommendation of Temporary Furlough, pursuant to S. D. Fla. R. 7.1(b)(1). Being fully advised and good cause having been shown, it is hereby

    **ORDERED AND ADJUDGED** that Mr. Ramamurthy's Motion is **GRANTED**.  It is further

    **RECOMMENDED** that the Defendant, Senthil Ramamurthy, be immediately released on a 30-day temporary furlough to home confinement, to be extended as necessary, consistent with the purpose for which this Motion is granted.

    **DONE AND ORDERED** in Miami, Florida, this __ day of May, 2020

    _____
    CECILLIA M. ALTONAGA
    UNITED STATES DISTRICT JUDGE

7252603.1