# EXHIBIT 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 18-20474-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

      Plaintiff,

vs.

**DALIA HERNANDEZ**,

      Defendant.

_____/

## ORDER

THIS CAUSE came before the Court on Defendant, Dalia Hernandez's Unopposed Motion for Compassionate Release [ECF No. 41]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendant, Dalia Hernandez is **ORDERED** immediately released subject to the following conditions:

1.    Ms. Hernandez shall serve the remainder of her custodial sentence on home confinement, with voice recognition technology. She is only permitted to leave for medical needs and otherwise remains sentenced to three years of supervised release.

2.    As she is not being surrendered to Immigration and Customs Enforcement, she is to cooperate in any removal proceedings.

3.    As a condition of her home confinement, Ms. Hernandez must remain in home quarantine for at least 14 days after her release.

**DONE AND ORDERED** in Miami, Florida, this 2nd day of April, 2020.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record