# EXHIBIT 5



**ZUCKERMAN SPAEDER**

JACK E. FERNANDEZ
PARTNER

jfernandez@zuckerman.com
813-321-8215

April 27, 2019

*VIA Electronic Mail*
OKL/ExecAssistant@bop.gov

Warden Young
PO Box 898802
Oklahoma City, OK 73189

    Re: *United States v. Senthil Ramamurthy*
       Case NO. 18-20710-CR-Altonaga(s)(s)
       Inmate Reg. # 61799-479

Dear Warden Young:

  This office is counsel to Senthil Ramamurthy (Reg. # 61799-479), an inmate at FDC Oklahoma City awaiting transfer to FCI Bastrop Texas.

  Because of serious health conditions that render Mr. Ramamurthy uniquely susceptible to the worst effects of the COVID 19 virus, we are writing to request Mr. Ramamurthy be furloughed at home until development of a viable treatment or vaccine for COVID-19

  The Director of the Bureau of Prisons may "place a prisoner in home confinement for the shorter of 10 percent of the term of imprisonment of that prisoner or 6 months." 18 U.S.C. § 3624(c)(2). The Coronavirus Aid, Relief and Economic Security Act ("CARES Act") expands the BOP's discretion in ordering home confinement: "the Director of [BOP] may lengthen the maximum amount of time for which the Director is authorized to place a prisoner in home confinement under...[§] 3624(c)(2)." CARES Act, Pub. L. No. 116-136, § 12003(b)(2), 134 Stat. 281, 516 (2020).[1]

---

[1] Alternatively, we request Mr. Ramamurthy immediately be transferred to his final designated prison, Federal Correctional Center, Bastrop, Texas, pursuant to 18 U.S.C.A. § 3621. Mr. Ramamurthy's serious health conditions, discussed below, make his continued placement at Federal Transfer Center extremely dangerous to his health.

101 E. KENNEDY BLVD., SUITE 1200, TAMPA, FL 33602-5838 | T 813.221.1010 | F 813.223.7961

WASHINGTON, DC | NEW YORK | TAMPA | BALTIMORE

### Procedural background

In a nutshell, on January 31, 2020, the United States District Court for the Southern District of Florida, Altonaga, J., sentenced Mr. Ramamurthy to 120 months imprisonment based, respectively, on his guilty plea to Counts One and Thirty-Nine of a Second Superseding Indictment charging him with conspiracy to commit health care fraud in violation of 18 U.S.C. ¶ 1349 and wire fraud, in violation of 18 U.S.C. ¶ 371. The United States Bureau of Prisons has designated Mr. Ramamurthy to serve his sentence at FCI Bastrop. He currently remains at FTC Oklahoma.

### Mr. Ramamurthy's Health Issues and COVID 19

Mr. Ramamurthy suffers from various health conditions that place him at serious risk should he contract COVID-19, which is a real possibility given that FTC Oklahoma where Mr. Ramamurthy is currently awaiting transfer is being housed. According to the Bureau of Prisons website, at https://www.bop.gov/coronavirus/, FTC Oklahoma, which as you know is the main hub for all inmate transfers in the United States, currently has 22 COVID-19 reported cases among its transient prison population. Further, it is our understanding that new inmates continue being transferred in and out of FTC Oklahoma despite the BOP ordered lockdown.

Specifically, regarding Mr. Ramamurthy's medical issues, the Bureau of Prison has diagnosed Mr. Ramamurthy with diabetes, asthma and high blood pressure, three of the highest risk factors identified as contributing to COVID-19 deaths. Indeed, asthma has formed the basis for several orders releasing inmates in the face of COVID 19. Additionally, while at FDC Miami awaiting sentencing, Mr. Ramamurthy suffered from lesions resulting from several bouts of methicillin resistant staph infection, which BOP was never fully able to resolve. FDC Miami confirmed these medical conditions when Mr. Ramamurthy was taken into custody.

### Problems Specific to FTC Oklahoma

Other factors increase Mr. Ramamurthy's risk even beyond that risk he incurs from his placement in a BOP transfer hub where 22 cases of COVID 19 have already been discovered. For one thing, FTC Oklahoma recently ran out of soap. This obviously makes it impossible for Mr. Ramamurthy and other FTC inmates to conduct the thorough handwashing Center for Disease Control guidelines required. When there was soap, at least in Mr. Ramamurthy's area, it was only available in one room during limited times of the day

Next, as I currently understand it, only a third of guards are wearing masks and only a few wear gloves. FTC does not provide masks to inmates daily and, despite Mr. Ramamurthy's

observation that a number of inmates are sick and cough frequently, they are not in self-isolation. Worse, inmates are unable to practice social distancing and are not allowed to go outside to increase distancing

- Other problems for Mr. Ramamurthy as well as other inmates are (1) FTC has no commissary available to sell hygiene products (2) FTC has no disinfectant to clean cell toilets (3) four bathroom stalls are used by over 100 inmates daily and are only cleaned once per day (4) FTC only provides clean underwear, clothing, and towels every third day.

### Home Placement Plan

Should BOP exercise its discretion to furlough Mr. Ramamurthy, his sister Meenakshi Ramamurthy, and her husband, Ajit Londhe, would drive to FTC Oklahoma to pick Mr. Ramamurthy up. The three would drive directly from FTC Oklahoma to McAllen Texas, a ten hour drive, the same day. When they arrive at the family home in McAllen, each of the three will self-isolate for a period of 14 days to ensure none has contracted COVID 19.

Specific to Mr. Ramamurthy, he will live with his parents in their family home where he will isolate in his own room and a separate restroom. The home is large enough to allow Mr. Ramamurthy to undertake social distancing from his parents. The family home is in a very rural area, the family will be able to provide living expenses and health insurance costs. Mr. Ramamurthy's longtime physician, Dr. Aleman, is nearby, and Mr. Ramamurthy will be living in the same house as his father, also a physician, who can provide immediate treatment.

Warden Young, we respectfully request you exercise your discretion to order Mr. Ramamurthy furloughed to home confinement until a vaccine for COVID 19 is developed or, alternatively, transfer him to FCI Bastrop.

Very truly yours,

Jack E. Fernandez

JEF/kmo
Cc:   Gregg Bernstein
      AUSA Kevin J. Larsen

7235920.2