# EXHIBIT 6



JACK E. FERNANDEZ
PARTNER
jfernandez@zuckerman.com
813-321-8215

May 1, 2020

*VIA Electronic Mail*
OKL/ExecAssistant@bop.gov

Warden Young
PO Box 898802
Oklahoma City, OK 73189

Re: *United States v. Senthil Ramamurthy*
Case NO. 18-20710-CR-Altonaga(s)(s)
Inmate Reg. # 61799-479

Dear Warden Young:

Please refer to our letter to you dated, April 27, 2020, with regard to the above inmate.

Our client has since advised us that because of the restrictions placed on inmates as a result of the COVID-19 pandemic, he has been unable to schedule a doctor's appointment for treatment for his re-occurring MRSA infection, which he first developed while incarcerated at FDC Miami, and which has now resurfaced; nor has he received any medication in the last two weeks to treat this condition.

We would request that a provider visit be scheduled as soon as possible before the infection becomes worse, which if untreated can lead to a life-threatening condition.

Thank you for your attention to this matter.

Very truly yours,

*Jack E. Fernandez*

Jack E. Fernandez

JEF/kmo
Cc:   Gregg Bernstein
      AUSA Kevin J. Larsen