# EXHIBIT 8



**United States Department of Justice**

Federal Bureau of Prisons

*Consolidated Legal Center*

*Federal Transfer Center*
*Oklahoma City, Oklahoma 73169*

May 22, 2020

Jack E. Fernandez
Zuckerman Spaeder LLP
101 E. Kennedy Blvd., Suite 1200
Tampa, FL 33602-5838

    Re:  Senthil Ramamurthy (Register No. 61799-479)

Dear Mr. Fernandez:

This letter is in response to your May 15, 2020 correspondence regarding Mr. Ramamurthy. In your correspondence, you requested Mr. Ramamurthy be granted a furlough and raised concerns regarding his medical care. The furlough request is being reviewed by institution staff and you will receive a response once the review is completed.

Regarding your concerns related to his medical care, I assure you, health care is provided to inmates in accordance with proven standards of care without compromising public safety concerns inherent to the agency's overall mission. The Acting Clinical Director reviewed Mr. Ramamurthy's medical record on May 4, 2020. The physician continued the prescription for Sulfamethoxazole/Trimeth DS 800-160 Mg (Bactrim DS) as one tablet twice daily for 10 days, then decreased to one tablet by mouth daily for 60 days.

On May 6, 2020, a Registered Nurse assessed Mr. Ramamurthy's wound on his buttock. During the assessment, Mr. Ramamurthy verified he was still taking Bactrim. He was provided with an antibiotic ointment (Polysporin) and dressing material, and was advised to notify Health Services if the wound changed or worsened, or as needed. On May 8, 2020, Mr. Ramamurthy informed the physician that his wound was improving. He was instructed to continue taking the Bactrim and using the Polysporin ointment.

Mr. Ramamurthy has been advised to follow up in sick call as needed and he will continue to receive medical treatment commensurate with his medical needs. I trust this information is of assistance to you. If you have additional questions, please contact me at (405) 680-4004.

Sincerely,

J. D. Crook
Supervisory Attorney