# EXHIBIT 10



**U.S. Department of Justice**
**Federal Bureau of Prisons**

**FOR IMMEDIATE RELEASE**  Contact: Office of Public Affairs
May 2, 2020  202-514-6551

## Inmate Death at FTC Oklahoma City

WASHINGTON, D.C.:  On Thursday, March 26, 2020, inmate Douglas Allen Reid arrived at the Federal Transfer Center (FTC) Oklahoma City, in Oklahoma, as a holdover inmate in-transit to FCI Beaumont-Low, in Texas.  On Monday, April 20, 2020, Mr. Reid was treated by institutional medical staff for symptoms related to COVID-19 and was immediately placed in the isolation unit.  On Thursday, April 23, 2020, Mr. Reid tested positive for COVID-19.  On Monday, April 27, 2020, Mr. Reid was evaluated by institutional medical staff and transported to the local hospital for further treatment and evaluation.  On Friday, May 1, 2020, Mr. Reid's condition declined and he was placed on a ventilator.  On Saturday, May 2, 2020, Mr. Reid, who had pre-existing medical conditions, which the CDC lists as risk factors for developing more severe COVID-19 disease, was pronounced dead by hospital staff.

Mr. Reid was a 56-year-old male, who was sentenced in the Eastern District of Texas to serve a 97- month sentence for Possession of Child Pornography.  Mr. Reid had been in custody at the Federal Transfer Center since March 26, 2020.

The Federal Transfer Center is an administrative facility that currently houses 1423 male and female offenders.

The Bureau of Prisons will continue to provide daily updates and information on actions related to COVID-19 at www.bop.gov/coronavirus/index.jsp

Additional information about the Bureau of Prisons can be found at www.bop.gov.

###