UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20710-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,
vs.

**SENTHIL RAMAMURTHY**,

    Defendant.
_____/

### ORDER

THIS CAUSE came before the Court on Defendant's Emergency Motion for Judicial Recommendation of Temporary Furlough [ECF No. 418], filed on May 22, 2020. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Government shall file a response to the Emergency Motion by June 3, 2020.

**DONE AND ORDERED** in Miami, Florida, this 28th day of May, 2020.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record