UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-20710-Cr-Altonaga

UNITED STATES OF AMERICA

vs.

SENTHIL RAMAMURTHY
_____/

**UNITED STATES' RESPONSE TO SENTHIL RAMAMURTHY'S
EMERGENCY MOTION FOR JUDICIAL RECOMMENDATION
OF TEMPORARY FURLOUGH**

The United States, through the undersigned Assistant U.S. Attorney, respectfully files this response to defendant Senthil Ramamurthy's Emergency Motion for Judicial Recommendation of Temporary Furlough. As stated by the defendant in his motion, the defendant requested a recommendation because the Court does not have jurisdiction to order a prison furlough. Today the undersigned was advised that the Bureau of Prisons (BOP) has reviewed the request and determined that inmate Ramamurthy is ineligible for furlough and ineligible for home confinement. The defendant's motion for a judicial recommendation is moot. Therefore, the United States respectfully requests that the Court deny the motion and decline to make a recommendation.

**Background**

Senthil Ramamurthy was charged in a multi-million dollar conspiracy to defraud both TriCare and Medicare over several years. In October 2019, this Court revoked Ramamurthy's bond when the he was found to be continuing to pursue health care fraud schemes. In November

1

2019, he pled guilty to the schemes to defraud TriCare and Medicare.  In January 2020, this Court sentenced him to 120 months and $9,636,176 in restitution.

After sentencing in January of 2020, Ramamurthy was transferred to Oklahoma City FTC pending transfer to his designated facility.  When COVID-19 became a concern in the U.S., the BOP limited prisoner movements as part of the wider BOP efforts to protect all inmates.  Ramamurthy remained in the same facility.

## The motion for a judicial recommendation

In his motion, the defendant seeks a judicial recommendation for the BOP to grant a temporary furlough.[1]  The defendant is understandably concerned about possibly becoming infected with the novel coronavirus.  He correctly states that he has adult onset diabetes, which the Centers for Disease Control (CDC) identifies as a risk factor for COVID-19.

There is real concern for everyone, globally, in this pandemic.  The United States Department of Justice and the Bureau of Prisons takes seriously the management of approximately 149,000 inmates in BOP facilities and Residential Reentry Centers (RRCs).  On March 26, 2020 and April 3, 2020, the Attorney General issued memoranda to the Bureau directing the Bureau to increase the use of Home Confinement, using appropriate criteria.  According to a June 2, 2020 BOP statement to the Senate Judiciary Committee, the BOP now has 6,120 inmates in RRC and 6,398 on Home Confinement.  There are an additional 985 who are scheduled to transfer to home confinement in the coming weeks.

---

[1] Prior to filing, defense counsel consulted with AUSA Kevin Larsen, who is now an AUSA in the U.S. Attorney's Office in San Diego.

With respect to Ramamurthy, this afternoon, the undersigned was provided medical records by defense counsel and by the BOP. Ramamurthy is a man still in his 30s, with type 2 diabetes which is an identified risk factor. [2]

Ramamurthy has also expressed concern over the fact that he has remained in one of the institutions that is a transfer center. However, that is because the BOP was limiting movement. Also, the BOP has a process to limit exposure from incoming inmates. It involves quarantines for incoming inmates and separation of inmates who test positive.

The BOP has different types of possible furloughs and each have different criteria and limitations. Today the undersigned was advised that the BOP had determined that Ramamurthy was not eligible for a BOP furlough or for a BOP designation of home confinement. The BOP indicated it was still reviewing Ramamurthy's request as a request for compassionate release. The defendant in this motion is not requesting release. If he did, the United States would respond on the basis of the appropriate criteria.

With respect to the request for the furlough, as noted by the defendant, that is a decision left to the BOP. A judicial recommendation is in the Court's discretion. Still, some Courts have discouraged advisory opinions regarding BOP furloughs. See, e.g., United States v. Grass, 561 F. Supp. 2d 535, 537 (E.D. Pa. 2008).

---

[2] In his motion, the defendant also mentions asthma. Moderate to severe asthma is identified by the CDC as a risk factor. It is understandable to be concerned if one has ever had asthma as a child. However, the undersigned did not see asthma noted in the BOP medical records. In his motion the defendant also mentions hypertension as well as recurring infected wounds. Although it is common sense that all conditions create increased concern, those are not identified as a risk factor by the CDC. From the records obtained, the wounds were responding well to treatment and at times the blood pressure was normal with no indication of need for continued medication.

## Conclusion

The BOP has denied Ramamurthy's request for a furlough. The motion for a judicial recommendation for a furlough is moot. The United States respectfully requests that the motion be denied and that the Court decline to make a recommendation.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:   s/ Ana Maria Martinez
ANA MARIA MARTINEZ
ASSISTANT U.S. ATTORNEY
Florida Bar No.0735167
99 N.E. 4th Street
Miami, FL 33132
Phone: (305) 961-9431
Fax: (305) 536-5321
Email: Ana.Maria.Martinez@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 3, 2020 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via Notices of Electronic Filing generated by CM/ECF.

s/Ana Maria Martinez
Ana Maria Martinez
Assistant United States Attorney