UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20710-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,
vs.

**SENTHIL RAMAMURTHY**,

    Defendant.
_____/

### ORDER

**THIS CAUSE** came before the Court on Defendant, Senthil Ramamurthy's Motion to Seal **[ECF No. 424]**. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Exhibit 12 [ECF Nos. 424-2, 424-3, 424-4] is permitted to be filed under seal and shall remain under seal until June 4, 2021. This Order and the Motion to Seal [ECF No. 424] shall not be filed under seal.

**DONE AND ORDERED** in Miami, Florida, this 4th day of June, 2020.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record