# EXHIBIT 14



**U.S. Department of Justice**
**Federal Bureau of Prisons**

**FOR IMMEDIATE RELEASE**　　　　　　　　　　Contact: Office of Public Affairs
May 25, 2020　　　　　　　　　　　　　　　　　　202-514-6551

### Inmate Death at FCI Butner (Low)

WASHINGTON, D.C.:  On Friday, May 22, 2020, inmate Eric Spiwak, went into respiratory failure at the Federal Correctional Institution (FCI) Butner (Low), in Butner, North Carolina. He was evaluated by institutional medical staff and transported to a local hospital for further treatment and evaluation.  Mr. Spiwak tested positive for COVID-19 on May 22, 2020.  On Monday, May 25, 2020, Mr. Spiwak, who had long-term, pre-existing medical conditions which the CDC lists as risk factors for developing more severe COVID-19 disease, was pronounced dead by hospital staff.

Mr. Spiwak was a 73-year-old male who was sentenced in the Eastern District of North Carolina to a 188-month sentence for Possession of Child Pornography.  He had been in custody at the Federal Correctional Complex (FCC) Butner since June 22, 2009.

FCI Butner is a Low security facility that currently houses 1,201 male offenders.

The Bureau of Prisons will continue to provide daily updates and information on actions related to COVID-19 at www.bop.gov/coronavirus/index.jsp.

Additional information about the Bureau of Prisons can be found at www.bop.gov.

###



**U.S. Department of Justice**
**Federal Bureau of Prisons**

---

**FOR IMMEDIATE RELEASE**  Contact: Office of Public Affairs
May 26, 2020                                     202-514-6551

### Inmate Death at USP Terre Haute

WASHINGTON, D.C.:  On Sunday, May 24, 2020, inmate Gregory Phinton Glenn reported chest pains and shortness of breath at the United States Penitentiary (USP) Terre Haute in Terre Haute, Indiana.  Responding staff immediately escorted Mr. Glenn to the Health Services department.  Staff requested emergency medical services (EMS).  Mr. Glenn was transported by EMS to a local hospital for further treatment.  While at the hospital, Mr. Glenn was subsequently pronounced dead by hospital staff following cardiac arrest.

Mr. Glenn tested positive for COVID-19 prior to his departure from the institution to the hospital.

Mr. Glenn was a 56-year-old male who was sentenced in the Southern District of Iowa to a 14-month sentence for a Supervised Release Violation.  His original conviction was for Possession with Intent to Distribute Heroin and Fentanyl.   He had been in custody at USP Terre Haute since April 21, 2020.

USP Terre Haute is a High security facility that currently houses 1320 male offenders.

The Bureau of Prisons will continue to provide daily updates and information on actions related to COVID-19 at www.bop.gov/coronavirus/index.jsp.

Additional information about the Federal Bureau of Prisons can be found at www.bop.gov.

###



**U.S. Department of Justice**
**Federal Bureau of Prisons**

---

**FOR IMMEDIATE RELEASE**  
May 26, 2020

Contact: Office of Public Affairs  
202-514-6551

## Inmate Death at FCI Butner I's Satellite Camp

WASHINGTON, D.C.: On Monday, April 23, 2020, Isaac Lamar Byers, an inmate at the Federal Correctional Institution (FCI) Butner I's Satellite Prison Camp (SPC), in Butner, North Carolina, tested positive for COVID-19. On April 27, 2020, Mr. Byers went into respiratory failure. He was evaluated by institutional medical staff and transported to a local hospital for further treatment and evaluation. On Sunday, May 10, 2020, his condition declined and he was placed on a ventilator. On Tuesday, May 26, 2020, Mr. Byers, who had long-term, pre-existing medical conditions which the CDC lists as risk factors for developing more severe COVID-19 disease, was pronounced dead by hospital staff.

Mr. Byers was a 52-year-old male who was sentenced in the Western District of North Carolina to a 151-month sentence for Possession With Intent to Distribute at Least 28 Grams of Cocaine Base. He had been in custody at SPC Butner since November 5, 2019.

SPC Butner is a minimum security facility adjacent to FCI Butner I and currently houses 211 male offenders.

The Bureau of Prisons will continue to provide daily updates and information on actions related to COVID-19 at www.bop.gov/coronavirus/index.jsp.

Additional information about the Bureau of Prisons can be found at www.bop.gov.

###



U.S. Department of Justice
Federal Bureau of Prisons

---

**FOR IMMEDIATE RELEASE**  
May 27, 2020

Contact: Office of Public Affairs  
202-514-6551

## Inmate Death at the FCI Terminal Island

WASHINGTON, D.C.:  On April 16, 2020, inmate Adrian Solarzano, tested positive for COVID-19 at the Federal Correctional Institution (FCI) Terminal Island in San Pedro, California.  On May 10, 2020, in accordance with Centers for Disease Control and Prevention (CDC) guidelines, Mr. Solarzano was converted to a status of recovered following the completion of isolation and presenting with no symptoms.

On Friday, May 15, 2020, Mr. Solarzano was admitted to the local hospital, due to complaints of chest pains and anxiety.  He was tested for COVID-19 by hospital staff on May 15 and 16, 2020, with negative results.  Mr. Solarzano's condition continued to decline.  On Sunday, May 24, 2020, Mr. Solarzano, who had long-term, pre-existing medical conditions, which the CDC lists as risk factors for developing more severe COVID-19, was pronounced dead by hospital staff.

Mr. Solarzano was a 54-year-old male who was sentenced in the Central District of California to a 293-month sentence for Racketeer Influenced and Corrupt Organizations Conspiracy, Conspiracy to Possess with Intent to Distribute and Distribute Methamphetamine, Possession With Intent to Distribute Methamphetamine and Felon in Possession of Firearm.  He had been in custody at FCI Terminal Island since August 14, 2013.

FCI Terminal Island is a low security facility that currently houses 1,023 male offenders in San Pedro, California.

The Bureau of Prisons will continue to provide daily updates and information on actions related to COVID-19 at www.bop.gov/coronavirus/index.jsp.

Additional information about the Federal Bureau of Prisons can be found at www.bop.gov.

###



**U.S. Department of Justice**
**Federal Bureau of Prisons**

**FOR IMMEDIATE RELEASE**  Contact: Office of Public Affairs
May 28, 2020  202-514-6551

## Inmate Death at FCI Butner (Low)

WASHINGTON, D.C.: On Monday, May 18, 2020, inmate Dongfan Greg Chung, went into respiratory failure at the Federal Correctional Institution (FCI) Butner (Low), in Butner, North Carolina. He was evaluated by institutional medical staff and transported to a local hospital for further treatment and evaluation. Mr. Chung tested positive for COVID-19 on May 18, 2020. On Thursday, May 28, 2020, Mr. Chung, who had long-term, pre-existing medical conditions which the CDC lists as risk factors for developing more severe COVID-19 disease, was pronounced dead by hospital staff.

Mr. Chung was an 84-year-old male who was sentenced in the Central District of California to a 188-month sentence for Economic Espionage, Acting as an Agent of Foreign Government Without Prior Notification to the Attorney General, and False Statements. He had been in custody at the Federal Correctional Complex (FCC) Butner since June 28, 2012.

FCI Butner is a Low security facility that currently houses 1,197 male offenders.

The Bureau of Prisons will continue to provide daily updates and information on actions related to COVID-19 at www.bop.gov/coronavirus/index.jsp.

Additional information about the Bureau of Prisons can be found at www.bop.gov.

###



**U.S. Department of Justice**
**Federal Bureau of Prisons**

**FOR IMMEDIATE RELEASE**  Contact: Office of Public Affairs
May 29, 2020   202-514-6551

## Inmate Death at FCI Butner (Low)

WASHINGTON, D.C.:  On Sunday, May 10, 2020, inmate Bernardo Luis Olarta-Loaiza, tested positive for COVID-19 at the Federal Correctional Institution (FCI) Butner (Low), in Butner, North Carolina and was immediately placed in isolation.  On Thursday, May 21, 2020, Mr. Olarta-Loaiza, was evaluated by institutional medical staff for issues with his Automatic Implantable Cardiac Defibrillator (AICD).  He was transported to a local hospital for treatment and further evaluation.  On Thursday, May 28, 2020, Mr. Olarta-Loaiza, who had long-term, pre-existing medical conditions which the CDC lists as risk factors for developing more severe COVID-19 disease, was pronounced dead by hospital staff.

Mr. Olarta-Loaiza was a 63-year-old male who was sentenced in the Middle District of Florida to a 144-month sentence for Maritime Drug and Conspiracy to Possess With Intent to Distribute Five Kilograms or More of Cocaine While on Board a Vessel Subject to the Jurisdiction of the United States.  He had been in custody at the Federal Correctional Complex (FCC) Butner since May 22, 2018.

FCI Butner is a Low security facility that currently houses 1,197 male offenders.

The Bureau of Prisons will continue to provide daily updates and information on actions related to COVID-19 at www.bop.gov/coronavirus/index.jsp.

Additional information about the Bureau of Prisons can be found at www.bop.gov.

###



**U.S. Department of Justice**
**Federal Bureau of Prisons**

---

**FOR IMMEDIATE RELEASE**                    Contact: Office of Public Affairs
May 29, 2020                                             202-514-6551

### Inmate Death at FCI Lompoc

WASHINGTON, D.C.:  On Monday, May 25, 2020, at approximately 1:00 p.m., Mohamed Yusuf was found unresponsive at the Federal Correctional Institution (FCI) in Lompoc, California.  Responding staff immediately initiated life-saving measures.  Staff requested emergency medical services (EMS) and life-saving efforts continued; however, Mr. Yusuf was subsequently pronounced dead by EMS personnel.  Mr. Yusuf tested positive for COVID-19 on May 7, 2020, and was placed in isolation in accordance with Centers for Disease Control and Prevention guidance.

Mr. Yusuf was a 37-year-old male who was sentenced in the Eastern District of New York to a 132-month sentence for Conspiracy to Provide Material Support to a Foreign Terrorist Organization.  He had been in custody at the Federal Correctional Complex Lompoc since May 24, 2018.

FCI Lompoc is a low security facility that currently houses 949 male offenders in Lompoc, California.

The Bureau of Prisons will continue to provide daily updates and information on actions related to COVID-19 at www.bop.gov/coronavirus/index.jsp.

Additional information about the Bureau of Prisons can be found at www.bop.gov.

###



**U.S. Department of Justice**
**Federal Bureau of Prisons**

**FOR IMMEDIATE RELEASE**  Contact: Office of Public Affairs
May 31, 2020                                          202-514-6551

## Inmate Death at FCI Butner (Low)

WASHINGTON, D.C.: On Monday, May 25, 2020, inmate Steve Arthur Robinette went into respiratory failure at the Federal Correctional Institution (FCI) Butner (Low), in Butner, North Carolina. He was evaluated by institutional medical staff and transported to a local hospital for further treatment and evaluation. Mr. Robinette tested positive for COVID-19 on May 25, 2020. On Saturday, May 30, 2020, Mr. Robinette, who had long-term, pre-existing medical conditions which the CDC lists as risk factors for developing more severe COVID-19, was pronounced dead by hospital staff.

Mr. Steve Arthur Robinette was a 79-year-old male who was sentenced in the Middle District of North Carolina to a 216-month sentence for Coercing a Minor to Engage in Sexually Explicit Conduct for the Purpose of Producing Child Pornography. He had been in custody at the Federal Correctional Complex (FCC) Butner since September 11, 2012.

FCI Butner is a Low security facility that currently houses 1,192 male offenders.

The Bureau of Prisons will continue to provide daily updates and information on actions related to COVID-19 at www.bop.gov/coronavirus/index.jsp.

Additional information about the Bureau of Prisons can be found at www.bop.gov.

###



**U.S. Department of Justice**
**Federal Bureau of Prisons**

---

**FOR IMMEDIATE RELEASE**
May 31, 2020

Contact: Office of Public Affairs
202-514-6551

**Inmate Death at FCI Butner (Low)**

WASHINGTON, D.C.:  On Monday, May 25, 2020, inmate David Grant tested positive for COVID-19.  On Tuesday, May 26, 2020, he went into respiratory failure at the Federal Correctional Institution (FCI) Butner (Low), in Butner, North Carolina.  He was evaluated by institutional medical staff and transported to a local hospital for further treatment and evaluation.  On Sunday, May 31, 2020, Mr. Grant, who had long-term, pre-existing medical conditions which the CDC lists as risk factors for developing more severe COVID-19, was pronounced dead by hospital staff.

Mr. Grant was a 63-year-old male who was sentenced in the District of South Carolina to a 180-month sentence for Firearms, Gun Control, and Felon in Possession of a Firearm, Ammunition, and Possession With Intent to Distribute Heroin.  He had been in custody at the Federal Correctional Complex (FCC) Butner since May 7, 2019.

FCI Butner is a Low security facility that currently houses 1,192 male offenders.

The Bureau of Prisons will continue to provide daily updates and information on actions related to COVID-19 at www.bop.gov/coronavirus/index.jsp.

Additional information about the Bureau of Prisons can be found at www.bop.gov.

###



**U.S. Department of Justice**
**Federal Bureau of Prisons**

**FOR IMMEDIATE RELEASE**           Contact: Office of Public Affairs
June 1, 2020                                          202-514-6551

## Inmate Death at FCI Lompoc

WASHINGTON, D.C.:  On Saturday, May 2, 2020, inmate Daniel Lee Vadnais tested positive for COVID-19 at the Federal Correctional Institution (FCI) in Lompoc, California.  Institution medical staff provided treatment and monitored his condition.  On May 6, 2020, Mr. Vadnais was transported to the local hospital due to a rapid pulse and difficulty breathing.  While at the hospital, his condition declined and he was placed on a ventilator on Friday, May 8, 2020.  On Monday, June 1, 2020, Mr. Vadnais was pronounced dead by hospital staff.

Mr. Vadnais was a 56-year-old male who was sentenced in the Eastern District of Washington to a 108-month sentence for Receipt of Child Pornography.  He had been in custody at the FCI Lompoc since August 23, 2019.

FCI Lompoc is a Low security facility that currently houses 949 male offenders within the Federal Correctional Complex in Lompoc, California.

The Bureau of Prisons will continue to provide daily updates and information on actions related to COVID-19 at www.bop.gov/coronavirus/index.jsp

Additional information about the Bureau of Prisons can be found at www.bop.gov.

###



**U.S. Department of Justice**
**Federal Bureau of Prisons**

---

**FOR IMMEDIATE RELEASE**
June 2, 2020

Contact: Office of Public Affairs
202-514-6551

### Inmate Death at FCI Butner (Low)

WASHINGTON, D.C.:  On Sunday, May 10, 2020, inmate Juan Ledoux-Moreno, was evaluated by institutional medical staff at the Federal Correctional Institution (FCI) Butner (Low), in Butner, North Carolina, for issues relating to bacterial sepsis due to pelvic osteomyelitis.  He was transported to a local hospital for treatment and further evaluation.  Mr. Ledoux-Moreno tested positive for COVID-19 on Friday, May 19, 2020.  On Monday, June 1, 2020, Mr. Ledoux-Moreno, who had long-term, pre-existing medical conditions which the CDC lists as risk factors for developing more severe COVID-19 disease, was pronounced dead by hospital staff.

Mr. Ledoux-Moreno was a 74-year-old male who was sentenced in the District of Puerto Rico to a 12-month and 1-day sentence for Firearms, Gun Control, Aiding and Abetting Prohibited Person in Possession of a Firearm, and Aiding and Abetting Possession With Intent to Distribute Controlled Substance.  He had been in custody at the Federal Correctional Complex (FCC) Butner since August 20, 2019.

FCI Butner (Low) is a Low security facility that currently houses 1,170 male offenders.

The Bureau of Prisons will continue to provide daily updates and information on actions related to COVID-19 at www.bop.gov/coronavirus/index.jsp.

Additional information about the Bureau of Prisons can be found at www.bop.gov.

###



**U.S. Department of Justice**
**Federal Bureau of Prisons**

**FOR IMMEDIATE RELEASE**  Contact: Office of Public Affairs
June 3, 2020  202-514-6551

### Inmate Death at FCI Butner (Low)

WASHINGTON, D.C.:  On Wednesday, May 20, 2020, inmate Bobby Lee Medford was evaluated by institutional medical staff at the Federal Correctional Institution (FCI) Butner (Low), in Butner, North Carolina for issues relating to hypoxia.  He was transported to a local hospital for treatment and further evaluation.  While at the outside hospital Mr. Medford tested positive for COVID-19.  On Thursday, May 21, 2020, his condition declined and he was placed on a ventilator.  On Wednesday, June 3, 2020, Mr. Medford, who had long-term, pre-existing medical conditions which the CDC lists as risk factors for developing more severe COVID-19 disease, was pronounced dead by hospital staff.

Mr. Medford was a 74-year-old male who was sentenced in the Western District of North Carolina to a 180-month sentence for Racketeering, Violence, Conspiracy to Commit Extortion, Conspiracy to Commit Mail Fraud, Mail Fraud, Conspiracy to Commit Money Laundering, Obstruction of State and Local Law Enforcement, and Conspiracy to Conduct an Illegal Gambling Business.  He had been in custody at the Federal Correctional Complex (FCC) Butner since December 9, 2008.

FCI Butner (Low) is a Low security facility that currently houses 1,184 male offenders.

The Bureau of Prisons will continue to provide daily updates and information on actions related to COVID-19 at www.bop.gov/coronavirus/index.jsp.

Additional information about the Bureau of Prisons can be found at www.bop.gov.

###



**U.S. Department of Justice**
**Federal Bureau of Prisons**

---

**FOR IMMEDIATE RELEASE**                               Contact: Office of Public Affairs
June 3, 2020                                            202-514-6551

### Inmate Death at FMC Devens

WASHINGTON, D.C.:   On Wednesday, May 20, 2020, inmate Robert Herndon tested positive for COVID-19 and was immediately placed in isolation at the Federal Medical Center (FMC) Devens in Ayer, Massachussetts. On Tuesday, May 25, 2020, he was evaluated by institutional medical staff due to the inability to maintain sufficient oxygen, a fever and respiratory failure. He was transported to a local hospital for further evaluation and treatment. Mr. Herndon's condition quickly declined and he was placed on a ventilator on Wednesday, May 27, 2020. On Tuesday, June 2, 2020, Mr. Herndon, who had long-term, pre-existing medical conditions, which the CDC lists as risk factors for developing more severe COVID-19 disease, was pronounced dead by hospital staff.

Mr. Herndon was a 62 year-old male who received a mental health commitment by court order. He had been in custody at FMC Devens since January 17, 2007.

FMC Devens is an Administrative security facility that currently houses 1,004 male offenders.

The Bureau of Prisons will continue to provide daily updates and information on actions related to COVID-19 at www.bop.gov/coronavirus/index.jsp.

Additional information about the Federal Bureau of Prisons can be found at www.bop.gov.

###



**U.S. Department of Justice**
**Federal Bureau of Prisons**

**FOR IMMEDIATE RELEASE**  Contact: Office of Public Affairs
June 4, 2020  202-514-6551

### Inmate Death at FCI Butner (Low)

WASHINGTON, D.C.:  On Thursday, May 21, 2020, inmate Andrew Charles Markovci was evaluated by institutional medical staff at the Federal Correctional Institution (FCI) Butner (Low), in Butner, North Carolina.  He tested positive for COVID-19 and was immediately placed in isolation.  On Thursday, May 28, 2020, Mr. Markovci was transported to a local hospital for treatment and further evaluation for issues relating to shortness of breath and hypoxia.  On Thursday, June 4, 2020, Mr. Markovci, who had long-term, pre-existing medical conditions which the CDC lists as risk factors for developing more severe COVID-19 disease, was pronounced dead by hospital staff.

Mr. Markovci was a 56-year-old male who was sentenced in the District of South Carolina to a 144-month sentence for Bank Robbery and Armed Bank Robbery, Unarmed Bank Robbery, Firearms Laws, and Possession of a Firearm in Furtherance of a Crime of Violence.  He had been in custody at the Federal Correctional Complex (FCC) Butner since July 30, 2019.

FCI Butner (Low) is a Low security facility that currently houses 1,181 male offenders.

The Bureau of Prisons will continue to provide daily updates and information on actions related to COVID-19 at www.bop.gov/coronavirus/index.jsp.

Additional information about the Bureau of Prisons can be found at www.bop.gov.

###



U.S. Department of Justice
Federal Bureau of Prisons

**FOR IMMEDIATE RELEASE**  Contact: Office of Public Affairs
June 4, 2020  202-514-6551

## Inmate Death at FMC Lexington

WASHINGTON, D.C.: On Wednesday, May 13, 2020, inmate Stephen Cook tested positive for COVID-19 and was immediately placed in isolation at the Federal Medical Center (FMC) in Lexington, Kentucky. On Tuesday, May 19, 2020, he was transported to a local hospital for further evaluation and treatment. On Friday, May 29, 2020, his condition declined and he was placed on a ventilator. On Wednesday, June 3, 2020, he was pronounced dead by hospital staff.

Mr. Stephen Cook was a 48 year-old male sentenced in the Western District of Tennessee to a 360-month sentence for Conspiracy to Possess with Intent to Distribute Marijuana. He had been in custody at FMC Lexington since May 7, 2013.

FMC Lexington is an Administrative security facility that currently houses 1,354 offenders.

The Bureau of Prisons will continue to provide daily updates and information on actions related to COVID-19 at www.bop.gov/coronavirus/index.jsp.

Additional information about the Bureau of Prisons can be found at www.bop.gov.

###



**U.S. Department of Justice**
**Federal Bureau of Prisons**

---

**FOR IMMEDIATE RELEASE**  Contact: Office of Public Affairs
June 4, 2020  202-514-6551

### Inmate Death at FCI Yazoo City (LOW)

WASHINGTON, D.C.:  On Tuesday, May, 26, 2020, at approximately 2:40 p.m., inmate Emanuel Brewster Jr. was found unresponsive at the Federal Correctional Institution (FCI) Yazoo City in Yazoo City, Mississippi.  Responding staff immediately initiated life-saving measures.  Staff requested emergency medical services (EMS) and life-saving efforts continued.  On Tuesday, May, 26, 2020, Mr. Brewster Jr., who had long-term, pre-existing medical conditions which the CDC lists as risk factors for developing more severe COVID-19, was pronounced dead by EMS staff.

Mr. Emanuel Brewster Jr. was a 50-year-old male who was sentenced in the Southern District of Indiana to a 135-month sentence for Conspiracy to Possess with intent to Distribute and to Distribute 1 Kilogram or More of Heroin, and Felon in Possession of a Firearm.  He had been in custody at FCI Yazoo City since July 3, 2019.

FCI Yazoo City is a Low security level facility that currently houses 1651 male offenders.

The Bureau of Prisons will continue to provide daily updates and information on actions related to COVID-19 at www.bop.gov/coronavirus/index.jsp

Additional information about the Bureau of Prisons can be found at www.bop.gov.

###



**U.S. Department of Justice**
**Federal Bureau of Prisons**

---

**FOR IMMEDIATE RELEASE**  
June 6, 2020

Contact: Office of Public Affairs  
202-514-6551

### Inmate Death at FCI Butner (Low)

WASHINGTON, D.C.:  On Friday, May 22, 2020, inmate John A. Brust was evaluated by institutional medical staff at the Federal Correctional Institution (FCI) Butner (Low), in Butner, North Carolina.  He tested positive for COVID-19 and was immediately placed in isolation.  On Monday, May 25, 2020, Mr. Brust was transported to a local hospital for treatment and further evaluation for issues relating to pulmonary infection and hypoxia.  He was placed on a ventilator that same day.  On Friday, June 5, 2020, Mr. Brust, who had long-term, pre-existing medical conditions which the CDC lists as risk factors for developing more severe COVID-19 disease, was pronounced dead by hospital staff.

Mr. Brust was a 77-year-old male who was sentenced in the Eastern District of Michigan to a 120-month sentence for Obscene Matter, Receipt of Child Pornography, and Possession of Child Pornography.  He had been in custody at the Federal Correctional Complex (FCC) Butner since December 17, 2014.

FCI Butner (Low) is a Low security facility that currently houses 1,181 male offenders.

The Bureau of Prisons will continue to provide daily updates and information on actions related to COVID-19 at www.bop.gov/coronavirus/index.jsp.

Additional information about the Bureau of Prisons can be found at www.bop.gov.

###



**U.S. Department of Justice**
**Federal Bureau of Prisons**

**FOR IMMEDIATE RELEASE**　　　　　　　　　　Contact: Office of Public Affairs
June 10, 2020　　　　　　　　　　　　　　　　　202-514-6551

## Inmate Death at FMC Lexington

WASHINGTON, D.C.: On Thursday, May 7, 2020, inmate Charles Woolsey tested positive for COVID-19 and was admitted to the local hospital due to shortness of breath. On Friday, May 8, 2020, his condition declined and he was placed on a ventilator. On Monday, May 25, 2020, Mr. Woolsey was placed on a trach with a ventilator. On Tuesday, June 9, 2020, Mr. Woolsey, who had a pre-existing medical condition, which the CDC lists as a risk factor for developing more severe COVID-19 disease, was pronounced dead by hospital staff.

Mr. Charles Woolsey was a 69 year-old male sentenced in the Southern District of Indiana to a 300-month sentence for Possession of 500 Grams or More of Methamphetamine (mixture), Possession with Intent to Distribute Cocaine, Possession of Marijuana, Possession of a Firearm in Furtherance of Drug Trafficking, and Prohibited Person in Possession of a Firearm. He had been in the custody at the Federal Medical Complex (FMC) Lexington since July 5, 2017.

FMC Lexington is an Administrative security facility that currently houses 1,335 offenders.

The Bureau of Prisons will continue to provide daily updates and information on actions related to COVID-19 at www.bop.gov/coronavirus/index.jsp.

Additional information about the Bureau of Prisons can be found at www.bop.gov.

###