UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20710-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**SENTHIL RAMAMURTHY**,

    Defendant.

_____/

# ORDER

**THIS CAUSE** came before the Court on Defendant's Emergency Motion for Judicial Recommendation of Temporary Furlough [ECF No. 418], the United States' Response . . . [ECF No. 423], and Defendant's Reply in Support . . . [ECF No. 426]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Should the request not be moot, as suggested by the Government in its Response that it is, the Court recommends the Bureau of Prisons grant Defendant a temporary furlough under home confinement pending his transfer to FCI Bastrop given he presents at least one medical conditions that is a COVID-19 risk factor.

**DONE AND ORDERED** in Miami, Florida, this 11th day of June, 2020.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record