UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:18-CR-20710-CMA/GOODMAN

UNITED STATES OF AMERICA

v.

SENTHIL RAMAMURTHY, and
MANGALA RAMAMURTHY, ANTHONY
MAUZY, THOMAS SAHS, RAJESH
MAHBUBANI, and JOHN SCHOLTES
     Defendants.
_____/

## JOINT MOTION TO EXTEND DEADLINE FOR SELF-SURRENDER FOR ANTHONY MAUZY, THOMAS SAHS, AND RAJESH MAHBUBANI UNTIL MAY 15, 2021

Defendants Anthony Mauzy, Thomas Sahs, and Rajesh Mahbubani, hereby file this Joint Motion to Extend their voluntary self-surrender dates to the Bureau of Prisons (the "BOP") to May 15, 2021.

The COVID-19 pandemic is a national emergency.[1] The United States has surpassed twenty-five million cases and COVID continues to pose many unique and challenging issues for federal prisons across the country.[2] As a response to the pandemic, the BOP maintains a COVID-19 page which is updated daily to provide the most recent updates and statistics.[3]

Mr. Mauzy and Mr. Mahbubani were sentenced to a term of 49 months on February 24, 2020. (ECF No. 400). On that same day, Mr. Sahs was sentenced to a term of 45 months. (ECF No. 401). At the time of sentencing, the Court agreed to an extended surrender period in order to

---

[1] https://www.cms.gov/About-CMS/Agency-Information/Emergency/EPRO/Current-Emergencies/Current-Emergencies-page

[2] https://covid.cdc.gov/covid-data-tracker/#cases_casesper100klast7days

[3] https://www.bop.gov/coronavirus/

give them an opportunity to cooperate. Additionally, at sentencing the Court also noted Mr. Mahbubani's numerous serious medical issues, including the fact that he is a two-time cancer survivor. On November 12, 2020, the Court granted a Joint Motion to Extend Deadline for-Self Surrender for Anthony Mauzy, Thomas Sahs, and Rajesh Mahbubani, setting their voluntary date of surrender for February 15, 2021. (ECF No. 447).

On October 14, 2020, Dr. Anthony Fauci, the nation's leading infectious disease expert, told CBS Evening News "that the United States needs to redouble its efforts to contain the coronavirus as we enter the fall and winter months…coronavirus cases are surging in 37 states, a concerning rise affecting over three-quarters of the country."[4] Dr. Fauci stressed that "the same protocols health officials have been advising for months…wash your hands frequently, social distance, wear a mask, and avoid crowds, especially indoors – are as essential as ever, seven months into the pandemic."[5]

According to public health experts, incarcerated individuals "are at special risk of infection given their living situations," and "may also be less able to participate in proactive measures to keep themselves safe."[6] "[I]nfection control is challenging in these settings."[7] With respect to COVID-19, cases are "proportionally higher and have spread faster in prisons than in the outside population" according to Brendan Saloner, an assistant professor at Johns Hopkins Bloomberg School of Public Health who is studying the issue.[8] "The inability to quarantine or practice social

---

[4] https://www.cbsnews.com/news/fauci-covid-19-surge-travel-thanksgiving-trump-recovery/.

[5] *Id*.

[6] https://law.yale.edu/sites/default/files/area/center/ghjp/documents/final_covid-19_letter_from_public_health_and_legal_experts.pdf

[7] *Id*.

[8] https://www.washingtonpost.com/nation/2020/08/24/prisoners-guards-agree-about-federal-coronavirus-response-we-do-not-feel-safe/

distancing, together with overcrowding, imperils the lives of many people incarcerated in jails and prisons. Incarcerated people are infected by the coronavirus at a rate of more than five times higher than the nation's overall rate."[9]

As of today, Mr. Mauzy, Mr. Sahs, and Mr. Mahbubani have not received instructions on placement within the BOP. If they were to surrender on February 15, 2021, they would need to surrender at the Federal Detention Center in Miami ("FDC Miami"). To date because of the COVID-19 Pandemic, the BOP website for FDC Miami continues to state that "All visiting at this facility has been suspended until further notice.[10] At FDC Miami, there are currently 45 active cases of COVID-19 among inmates and staff.[11] In total, FDC Miami has confirmed 160 positive tests among inmates, with an additional 21 inmates currently pending test results.[12] Moreover, several inmates have died at FDC Miami from COVID-19.[13] Furthermore, the closest BOP facility which meets the scrutiny classifications for Mr. Mauzy and Mr. Sahs, who reside in Southern California, is Lompoc-FCI which has confirmed 646 positive tests among inmates to date.[14]

In addition to the health issues presented by the COVID-19 pandemic, it has also continued to be very difficult for Mr. Mauzy, Mr. Sahs, and Mr. Mahbubani to engage in meaningful cooperation because of the shelter in orders across the country. Additionally, AUSA Kevin

---

[9] https://eji.org/news/covid-19s-impact-on-people-in-prison/#:~:text=Incarcerated%20people%20are%20infected%20by,(29%20deaths%20per%20100%2C000).

[10] https://www.bop.gov/locations/institutions/mim/

[11] https://www.bop.gov/coronavirus/

[12] *Id*.

[13] *Id*.

[14] Id.

Larsen's relocation to San Diego and multiple prosecutions complicate coordination of cooperation and/or debriefs.

Given the health issues associated with COVID-19 and the challenges in engaging in meaningful cooperation under the circumstances, Mr. Mauzy, Mr. Sahs, and Mr. Mahbubani respectfully request the Court allow them to avoid traveling or contacting others during this time period. They also request to extend their deadline for self-surrender to allow the BOP to further develop policies and procedures to protect them from COVID-19. An extension until May 15, 2021, would hopefully provide adequate protection to Mr. Mauzy, Mr. Sahs, and Mr. Mahbubani as well as sufficient time to cooperate.

Undersigned counsel has conferred with AUSA Larsen and AUSA Ani Martinez regarding the relief requested herein. Both AUSA Larsen and AUSA Martinez do not oppose this request.

WHEREFORE, Defendants respectfully move this Court to grant their Joint Motion and extend the surrender date until May 15, 2021.

Dated: February 3, 2020

Respectfully submitted,

STUMPHAUZER FOSLID SLOMANROSS & KOLAYA PLLC

*/s/ Ryan K. Stumphauzer*
**Ryan K. Stumphauzer, Esq.**
Florida Bar No. 12176
**Erica L. Perdomo, Esq.**
Florida Bar No. 105466
2 S. Biscayne Blvd., Suite 1600
Miami, Florida 33131
(305) 614-1400
rstumphauzer@sfslaw.com
eperdomo@sfslaw.com
*Counsel for Anthony Mauzy*

FELDMAN FIRM PLLC

/s/ Andrew S. Feldman
**Andrew S. Feldman, Esq.**
Florida Bar No. 60325
200 S. Biscayne Blvd., Suite 2770
Miami, Florida 33131
(305) 719-9474
afeldman@feldmanpllc.com
*Counsel for Thomas Sahs*

TACHE, BRONIS, CHRISTIANSON AND DESCALZO, P.A.

/s/ Marissel Descalzo
**Marissel Descalzo, Esq.**
Florida Bar No. 669319
150 S.E. 2nd Ave., Suite 600
Miami, Florida 33131
(305) 537-9565
mdescalzo@tachebronis.com
service@tachebronis.com
*Counsel for Rajesh Mahbubani*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was served this 3rd day of February, 2021 via CM/ECF.

By: /s/ Marissel Descalzo
　　　Marissel Descalzo, Esq.