UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-20710-CR-ALTONAGA/GOODMAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SENTHIL RAMAMURTHY,

    Defendant.

_____/

## MOTION TO WITHDRAW AS COUNSEL OF RECORD AND TO TERMINATE CM/ECF NOTICES

Alicia L. Shelton hereby moves to withdraw as counsel of record for Defendant Senthil Ramamurthy, and to terminate CM/ECF notices to her, and states as follows:

1. Undersigned counsel will no longer be associated with the undersigned law firm, effective June 3, 2022.

2. Mr. Ramamurthy will continue to be represented by Jack E. Fernandez and Gregg Bernstein of Zuckerman Spaeder LLP. Mr. Fernandez's mailing address is 101 East Kennedy Boulevard, Suite 1200, Tampa, FL 33602-5838. Mr. Bernstein's mailing address is 100 E. Pratt Street, Suite 2440, Baltimore, MD 21202-1031.

**WHEREFORE**, Alicia L. Shelton respectfully requests the entry of an Order granting her Motion to Withdraw and terminating CM/ECF notices.

    Respectfully submitted,

    /s/ Alicia L. Shelton
    Alicia L. Shelton
    Federal Bar No. 1412180140
    Zuckerman Spaeder LLP
    100 E. Pratt Street, Suite 2440
    Baltimore, MD 21202
    Tel: (410) 332-1245
    Fax: (410) 659-0436
    ashelton@zuckerman.com

    *Attorney for Defendant*
    *Senthil Ramamurthy*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this 11th day of May, 2022 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. The Clerk of Court will serve a notice of electronic filing on all counsel of record.

/s/ Alicia L. Shelton

6948677.1