**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 18-20710-CR-ALTONAGA/GOODMAN**

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**SENTHIL RAMAMURTHY**,

    Defendant.

_____/

**[PROPOSED] ORDER**

THIS CAUSE came before the Court on Attorney Alicia L. Shelton's Motion to Withdraw as Counsel of Record and to Terminate CM/ECF Notices. [ECF No. _] Being fully advised, it is

**ORDERED AND ADJUDGED** that Alicia L. Shelton's Motion is **GRANTED**. Alicia L. Shelton shall be removed as counsel of record for Mr. Ramamurthy, and the Clerk shall terminate all CM/ECF notices to Ms. Shelton.

**DONE AND ORDERED** in Miami, Florida this __th day of _____ , 2022.

                                                              **CECILIA M. ALTONAGA**
                                                              **UNITED STATES DISTRICT JUDGE**

Copies furnished to:
Counsel of record