UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20710-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**SENTHIL RAMAMURTHY**,

    Defendant.

_____/

**ORDER**

THIS CAUSE came before the Court on Attorney Alicia L. Shelton's Motion to Withdraw as Counsel of Record and to Terminate CM/ECF Notices [ECF No. 493]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Alicia L. Shelton shall be removed as counsel of record for Mr. Ramamurthy, and the Clerk shall terminate all CM/ECF notices to Ms. Shelton.

**DONE AND ORDERED** in Miami, Florida, this 13th day of May, 2022.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record