UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20710-CR-ALTONAGA(s)(s)

UNITED STATES OF AMERICA

v.

SENTHIL RAMAMURTHY,

    **Defendant.**
_____/

### GOVERNMENT'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 35

Pursuant to Fed. R. Crim. P. 35(b), the United States of America hereby moves for a downward departure from the sentence of defendant Senthil Ramamurthy ("Ramamurthy"), in order to reflect his substantial assistance in the investigation and prosecution of others. In support of this motion, the government states the following:

1.    In November 2019, Ramamurthy pled guilty to two counts of conspiracy: (1) conspiracy to commit health care fraud, in violation of 18 U.S.C. § 1349; and (2) conspiracy to defraud the United States and to receive health care kickbacks, in violation of Title 18, United States Code, Section 371. On January 31, 2020, Ramamurthy was sentenced to 120 months' imprisonment and three years' supervised release. Mr. Ramamurthy was taken into custody pre-plea when this Court revoked his bond on October 8, 2019.

2.    Mr. Ramamurthy provided substantial assistance to the government in the prosecution of health care fraud cases in multiple districts and his cooperation arguably induced the subsequent guilty pleas of co-defendants Anthony Mauzy, Rajesh Mahbubani and Thomas Sahs in this case.

1

In February 2020, this Court sentenced Mauzy and Mahbubani to 49 months incarceration and Sahs to 45 months incarceration.1  Mr. Ramamurthy would have also been relied upon to testify against defendant John Scholtes in this case, who pled guilty at the eleventh hour and received a sentence from this Court of 97 months incarceration.

3. In the Southern District of California, Mr. Ramamurthy was one of several co-conspirators identified in an indictment returned against the owners of NHS Pharma, Inc. and NHS Pharma Sales, Inc., Charles Ronald Green and Melinda Elizabeth green (collectively "the Greens") in Case No. 20-cr-1566-DMS.  The government would have relied upon Mr. Ramamurthy as one of its witnesses called to testify at the Greens' trial which ultimately became unnecessary due to the fact that they pled guilty to two counts of health care fraud (conspiracy and a substantive count) in September 2021.  The Greens are due to be sentenced later this year.  Mr. Ramamurthy may have also been called as a witness in a second prosecution in the Southern District of California against Ronald James Green, the Greens' son, who pled guilty to a single count information (Case No. 21-cr-1275-DMS) (S.D.Cal.)) charging health care fraud in May 2021 and is due to be sentenced in February 2023.

4. Most recently, in November 2022, Ramamurthy testified on behalf of the government in *United States v. Patel,* Case No. 19-cr-80181-RAR (S.D.Fla.).  This case involved allegations that the defendant, an owner of an Atlanta, GA genetic testing laboratory, submitted more than $463 million in false and fraudulent claims to the Medicare program claims tied to medically unnecessary genetic cancer testing services.  Ramamurthy was a key cooperating witness for the United States and his testimony no doubt contributed to the jury finding Patel guilty

---

1 In July 2022, this Court granted the government's unopposed motion made pursuant to Fed. R. Crim. P. 35 to reduce defendant Anthony Mauzy's sentence by 40% [DE 496].

of fraud and kickback charges as alleged in the indictment.

5. As this Court might also recall, Ramamurthy's bond was justifiably revoked a mere few months prior to the onslaught of the COVID-19 pandemic. However, this unfortunate timing resulted in Ramamurthy suffering incarceration during the brunt of the pandemic while his co-defendants remained out on bond for more than a year. The government respectfully submits that this circumstance is worthy of consideration by this Court in connection with the instant motion.

6. Based on his substantial cooperation as described above, as well as based on the timing of Ramamurthy's incarceration during the COVID pandemic, the government moves now for a reduction of the defendant's sentence by 50% to a sentence of sixty (60) months. This motion is based on the totality of the assistance rendered by Ramamurthy to the government to date. The government does not anticipate moving this Court for any subsequent reduction of the defendant's sentence.

7. The undersigned conferred with defense counsel Gregg Bernstein who concurs with the government's recommendation.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: *s/ Kevin J. Larsen*
Kevin J. Larsen
Assistant United States Attorney
Special Court No. A5501050
99 N.E. 4th Street
Miami, Florida 33132
Tel: (305) 961-9176
Fax: (305) 530-7976

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2022, the undersigned filed the foregoing document using the CM/ECF system.

*s/Kevin J. Larsen*
Kevin J. Larsen
Assistant United States Attorney
