UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   18-20710-CR-ALTONAGA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

SENTHIL RAMAMURTHY,
Reg. No. 61799-479,

      Defendant.

_____/

## ORDER GRANTING MOTION FOR REDUCTION OF SENTENCE

THIS MATTER came before the Court on the Government's Motion for Reduction of Sentence Pursuant to Federal Rule of Criminal Procedure 35 [ECF No. 501].   The Government requests a 50 percent reduction of Defendant, Senthil Ramamurthy's sentence; Defendant agrees. (*See id.*).   The Court has carefully reviewed the Motion, the record, and applicable law.

"[T]he only factor that may militate *in favor* of a Rule 35(b) reduction is the defendant's substantial assistance."   *United States v. Manella*, 86 F.3d 201, 204 (11th Cir. 1996) (alteration added; emphasis in original).   Conversely, "[n]othing in the text of [Rule 35(b)] purports to limit what factors may militate *against* granting a Rule 35(b) reduction."   *Id.* (alterations added; emphasis in original).

After careful consideration of the nature and extent of Defendant's cooperation, as well as other relevant factors in 18 U.S.C. section 3553(a), *see United States v. Dobson*, 315 F. App'x 192, 195 (11th Cir. 2008); and *United States v. McMahan*, 872 F.3d 717 (5th Cir. 2017), it is

**ORDERED AND ADJUDGED** that the Government's Motion for a Rule 35 Reduction **[ECF No. 501**] is **GRANTED**.   The Judgment in a Criminal Case entered on January 30, 2020, is **AMENDED** as follows: "The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **sixty (60) months**.   This sentence consists of 60

CASE NO.   18-20710-CR-ALTONAGA

months as to Count 1, and 1 month as to Count 39, to be served concurrently."   All other provisions

of the Judgment in a Criminal Case, entered on January 30, 2020, remain in full force and effect.

**DONE AND ORDERED** in Miami, Florida, this 6th day of January, 2023.


_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:     counsel of record
        U.S. Marshal

2